FILED

07 DEC 12  PM 12: 26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ _____ DEPUTY

1   Amos Cendali Jr

2   US Address

3   1112 Portola Av

4   Spring valley CA 91977

5   (619) 469-6045

6   Attorney, Pro se.

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10  AMOS CENDALI JR                    '07 CV 2323 LAB NLS

11          PLAINTIFF              CIVIL No.

12                                 TRIAL BY JURY DEMAND

13      vs                         COMPLAINT, U.S.C 42 12101 CIVIL RIGHTS.

14  TREX ENTERPRISES CORP          TITLE, RIGHT TO SUE FOR DISAVILITY

15          DEFENDANT              DISCRIMINATION.

16                                 & LONG TURM DISAVILITY INSURANC

17                                 ONTRACTUAL LEGAL OBLIGATION.

18                                 NOTICE, HEARING

19                                 DATE.           TIME.          DEP.

20                                 MOTION TO  PROSECUTE, (1) & (2)

21                                 WILLFULY COMMITING VIOLATION

22                                 OF PUBLIC POLICY.

23                                 CIVIL CODE 51, 54 . U.S.C. 42. 12101 ADA 1990

24                                 INTITLEMENT TO A JUDGEMENT, (3) & (4)

25                                 INTITLEMENT TO RELIEF, (5)

26                                 DEMANDING REFREANCE LETTER.

27                                 DEMANDING, INJURY REPORT DOI: 11-20-200

28                                 DEMAND $1,000,000.00 MILLION.

1   The initial Complaint filled on June 12, 2006 in the Superior Court of Cal, County of

2   San Diego, Hall of Justice 330 West Broadway, SD CA 92112

3   Civil Dep 69 Before The Honorable Jeffrey B. Barton, Filling Fee W, Lien, Case No.GIC867339

4   for Civil Rights & Private Insurance offered by Trex Enterprises Corp thrue

5   Unum Life Insurance of America, Certificate of Coverage, The policy is delivered in & is

6   governed by the laws of the governing jurisdiction & to the extent appliable, Fed Law.

7

8   TITLE 28 PART IV CHAPTER 89  1441 (b) Right arising under the Constitution

9

10  FED RULES OF CIVIL PROCEDURE, Rule 81. Applicability in General, (c)

11  The intitled civil action is removed (transfer) to the United States district court from the state

12  court and govern procedure after removal (transfer) REPLEADING IS NOT NECESSARY

13  UNLESS THE COURT SO ORDERS.

14  In a removed (transfer) action in which the defendant has not answerd, the defendant shall

15  answer or present the othere defenses.

16

17      The Defendant deverted from answering to the (5) count charges,

18  Amos Cendali Jr Request the court for authorization approval to have the service of process

19  an Order to Compel the Defendant Trex Enterprises Corp to Answer the Charging Document

20  Pleading & Produce Documents in the Civil Supeona.

21  by the US Marshal or a person specially for that purpose, who shall make proof of service.

22  the fee for processing the service can go to the Case No. GIC867339 (Lien)

23

24      The following are the last 2 Court Rullings Superior Court Civil Dep 69

25  The hearing on 8-24-2007 tentative rulling    (NOTE) In complaince with court rule 2900

26  Plaintif Amos Cendali Jr motion seeking prosecution for willfully commiting violation of

27  public policy is off calamder for failing to file a proof of service showing service on trex

28  Enterprises Corp.

1  The hearing on 8-24-2007 Court Minute Order.

2  the court finds that it is appropriate to allow defendant time to file perempetory opposition

3  the perempetory was not documented on the court min order.

4  the court continues this hearing to 9-28-2007 at 9:00 am Dep 69 the Court sets the following

5  briefing schedule.

6  Opposition is due by August 31, 2007

7  Reply is due by September 14, 2007

8  Motion Hearing (Civil) continued to 9-28-2007 at 9:00 AM

9

10  The Tentative Rulling September 27, 2007

11  Event Date 9-28-2007

12  Event Type: Motion Hearing (Civil)

13  Causal Document Date Filed

14  (NOTE) Causal Document Was Filled on Sep 14, 2007

15  Tentative Rulling

16  plaintiffs Amos Cendali Jr motion seeking prosecution for willfully committing violation of

17  public policy is off calendar, The entire case was dismissed on April 24, 2007, and the Court

18  is without jurisdiction to heare this motion.

19

20  The hearing on 9-28-2007 Court Minute Order.

21  this being the time previosly set for oral argument on Plaintiffs Motion Seekin Prosecution

22  the Court heares oral argument.

23  the Court CONFIRMS the tentative rulling as follows:

24  plaintiffs Amos Cendali Jr motion seeking prosecution for willfully committing violation of

25  public policy is off calendar, The entire case was dismissed on April 24, 2007, and the Court

26  is without jurisdiction to heare this motion.

27

28

# CERTIFICATE OF COVERAGE

UNUM Life Insurance Company of America (referred to as UNUM) welcomes you as a client.

This is your certificate of coverage as long as you are eligible for coverage and you become insured. You will want to read it carefully and keep it in a safe place.

UNUM has written your certificate of coverage in plain English. However, a few terms and provisions are written as required by insurance law. If you have any questions about any of the terms and provisions, please consult UNUM's claims paying office. UNUM will assist you in any way to help you understand your benefits.

If the terms and provisions of the certificate of coverage (issued to you) are different from the policy (issued to the policyholder), the policy will govern. Your coverage may be cancelled or changed in whole or in part under the terms and provisions of the policy.

The policy is delivered in and is governed by the laws of the governing jurisdiction and to the extent applicable by the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments. When making a benefit determination under the policy, UNUM has discretionary authority to determine your eligibility for benefits and to interpret the terms and provisions of the policy.

For purposes of effective dates and ending dates under the group policy, all days begin at 12:01 a.m. and end at 12:00 midnight at the Policyholder's address.

**UNUM Life Insurance Company of America**
2211 Congress Street
Portland, Maine 04122

# Trex Enterprises Corporation

## Your Group Long Term Disability Policy

Policy No. 552549.011

Underwritten by Unum Life Insurance Company of America

10-2000    M8

Douse unum policy replace or affect any workers compensation or state disavility Insurance the policy doss not replace or effect the requirements for coverage by any workers compensation or state disavility insurance.

EVIDANCE EXIBIT (2) Trex Enterprises Corp Termination Letter Dated 11-21-2003

EVIDANCE EXIBIT (5) St Paul Insurance Accepted Liability WC Claim DOI:11-20-2003

EVIDANCE EXIBIT (5) St Paul Ins, PD Initial base Check stube WC Claim DOI:11-20-2003

EVIDANCE EXIBIT (8) Unum Life Insurance of America Original LTD Certificate Policy

After the Defendant Trex Enterprises Corp, answers to each specific count 1, 2, 3, 4, 5.

Amos Cendali Jr, Request to the Unite States District Court, Southern District of Cal

Magistrate Judge a Hearing

Approval of the Prosecution for Charges, (1) CC, 51   (2) CC, 54, ADA, 42 U.S.C. 12101

Willfully Committing Violation of Public Policy.

Intitlement to a judgment, (3) (4)     .Right to Recover Penaltys

Intitlement to Relief, (5).Right to Recover Unum Life Ins of America  Ins, Ben.

Superciding Notification right to sue notice, Notice right to sue letter

Master remedys provided for violations of california civil code 51, 54, 42 U.S.C. 12101

Intitles Amos Cendali Jr,  to recover for each offence for the actual damages and any

amounts as may be determined by jury, or the court sitting without a jury, up to

a maximum of three times the amount of actual damages but in no case less that

one thousand dollars ($1,000),

1    I Certify, that chainges have been made & aditional Information is included & I

2  declare under penalty of perjury under the law of the state of california that the forgoing

3  is thru & correct.

4

5  Executed on  12-12-07  at San Diego, California.

6

7

8

9    Respecfully submitted:

10

11

12  Plaintiff Amos Cendali Jr                          DATE  12-12-2007

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Amos Cendali Jr

2  US Address

3  1112 Portola Av

4  Spring valley CA 91977

5  (619) 469-6045

6  Attorney, Pro se.

7

8  # UNITED STATES DISTRICT COURT

9  # SOUTHERN DISTRICT OF CALIFORNIA

10  AMOS CENDALI JR

11         PLAINTIFF

12

13     vs

14  TREX ENTERPRISES CORP

15         DEFENDANT

16

17

18

19

20

21

22

23

24

25

26

27

28

CIVIL No.

TRIAL BY JURY DEMAND
SUPERIOR COURT CIVIL CASE N. GIC867339
CIVIL RIGHTS, CC 51, 54, U.S.C. 42. 12101
INS PORTAVILITY BENEFIT CONTRACT.
RE PLEADING FROM 8-24-2007
**NOTICE, HEARING**

DATE.              TIME.              DEP.
MOTION TO PROSECUTE, (1) & (2)
WILLFULY COMMITING VIOLATION
OF PUBLIC POLICY.
CIVIL CODE 51, 54 . U.S.C. 42. 12101 ADA 1990
INTITLEMENT TO A JUDGEMENT, (3) & (4)
INTITLEMENT TO RELIEF, (5)
DEMANDING REFREANCE LETTER.
DEMANDING, INJURY REPORT DOI: 11-20-2003
DEMAND $1,000,000.00 MILLION.

1   Amos Cendali Jr

2   1112 Portola Av

3   Spring valley CA 91977

4   (619) 469-6045

5   Attorney. Propia Persona.

6

7               SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                   OF THE COUNTY OF SAN DIEGO

9

10  AMOS CENDALI JR                    Title. Right to Sue for Disavility Discrimination.

11            PLAINTIFF                DEFH. E200405D0384-00-p

12                                     Case No. GIC867339

13       vs                            Complaint filled June 12 2006

14  TREX ENTERPRISES CORP              Assiggned to The Hon Jeffrey B. Barton.

15            DEFENDANT                On the Rec Trial by Jury          Jury D. (Y)

16                                     Trial Date:       Trial Time:        Dep 69

17                                     Prosecution Date:              Est Time: 2Hrs.

18                                     Court Reporter Requested (Y)

                                       NOTICE. MOTION HEARING

20                                     SEEKING PROSECUTION

21                                     WILLFULY COMMITING VIOLATION OF PUBLIC F

22                                     CIVIL CODE 51. 54.

23

24  NOTICE. to Trex Enterprises Corp 10455 Pacific Center Court. San Diego CA 92121. (858) 646-5300

25  and Sheppard Mullin Richter & Hampton LLP, Attorneys at Law. 501 West Broadway 19th floor

26  San Diego CA 92101. (619) 338-6500. Attn Stacey E. James.

27

28  Mr Amos Cendali Jr has scheduled a Motion Hearing Seeking Prosecution. Date 8-24-2007

29  in san diego superior court before honorable Jeffrey B. Barton. Dep 69

I Certify. that chainges have been made & aditional Information is included & I declare under ) of perjury under the law of the state of california that the forgoing is thru & correct of perjury under the law of the state of california that the forgoing is thru & correct.

executed on 8-24-2007 at San Diego. California.

PLAINTIFF AMOS CENDALI JR



DATE 8-24-2007

1  Amos Cendali Jr

2  1112 Portola Av

3  Spring valley CA 91977

4  (619) 469-6045

5  Attorney. Propia Persona.

6

7              SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                  OF THE COUNTY OF SAN DIEGO

9

10  AMOS CENDALI JR              Title. Right to sue for Disavility Discrimination.

11          PLAINTIFF             DEFH. E200405D0384-00-p

12                               Case No. GIC867339

13      vs                       Complaint filed June 12 2006

14  TREX ENTERPRISES CORP        Assigned to The Hon Jeffrey B. Barton.

15          DEFENDANT            On the Rec Trial by Jury          Jury D. (Y)

16                               Trial Date:      Trial Time:      Dep 69

17                               Prosecution Date:         Est Time: 2 Hrs.

18                               Court Reporter Requested (Y)

19                               NOTICE. MOTION TO PROSECUTE

20                               DECLERATION OF PERSONAL RIGHTS

21                               WILLFULY COMMITING VIOLATION OF PUBLIC

22                               CIVIL CODE 51. 54 .

23                               DEMANDING REFREANCE LETTER.

24                               DEMANDING. INJURY REPORT DOI: 11-20-2003

25                               DEMAND $1,000,000.00 MILLION.

26  Amos Cendali Jr is authorized to charge Trex Enterprises Corp for commiting violations of public policy

27  the defendant will be prosecuted in san diego superior court before honorable Jeffrey B. Barton. De

28  Cal Constitution. Article 1 Decleration of Rights.

29  Sec. 16. Trial by jury is an inviolate right and shall be secured to all.

STATE OF CALIFORNIA - State and Consumer Services Agency                                    ARNOLD SCHWARZENEGGER, Governor

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
1350 Front Street, Suite 3005, San Diego, CA 92101
(619) 645-2681 TTY (800) 700-2320 Fax (619) 645-2683
www.dfeh.ca.gov



March 11, 2005

AMOS AMITO CENDALI
1112 PORTOLA AVENUE
SPRING VALLEY, CA 91977

RE:     E200405D0384-00-p
        CENDALI/TREX ENTERPRISES CORP.

Dear AMOS AMITO CENDALI:

Your complaint of discrimination (identified above) is on file with our office. According to the Fair Employment and Housing Act, the Department of Fair Employment and Housing (DFEH) must notify you of your right to request a right-to-sue notice which will authorize you to file a private lawsuit in a California Justice, Municipal or Superior Court on your own behalf. This letter is your notification of your right to request that notice.

No action is required by you unless you decide to request a right-to-sue notice. If you choose to exercise this option you must:

1)     notify DFEH in writing of your intent; and

2)     provide your own legal counsel; and

3)     file your lawsuit within one year from receipt of the right-to-sue notice.

If you do request a right-to-sue, DFEH will discontinue its investigation and close your complaint. If you do not request a right-to-sue, DFEH will continue to process your complaint. A right-to-sue notice will then be issued upon conclusion of our investigation, or one year after your complaint was filed, whichever comes first.

If you do not wish to request a right-to-sue notice, you need not respond to this letter.

Sincerely,

Belinda De La Cruz

Belinda DeLa Cruz
District Administrator

DFEH-200-21 (06/98)                                                                         BDLPVE/GL

1  COUNT 1. ( 9 Pages ) Attached. the evidence supporting the charge.

2

3  Initial report of accident on 11-20-2003 is included.

4

5  On Nov. 21, 2003 as I was terminated as a General Maintenance Technician safety Technician II

6  $14.45 per hour plus benefits. I was hired on or about May 19, 1999

7

8  On November 21, 2003, Nickolas Amicone, Human Resources Director, toled me that Today is your

9  last day. You cant handle your job.

10

11  I was denied resonable accommodation when terminated because of my disability & the conflict of intrensat

12  of the HR Director & consulted by the Ex HR Manager proceeded to terminate Mr Cendali Jr on Nov 21 2003

13

14  On November 20, 2003 I suffered a work related injury & reported the injury to Hr Dep assistant

15  veronica luna & HR Director Nickolas Amicone.

16  On Nov 21, 2003 I provided Mr Amicone with a doctor note indicating restrictions & recomending

17  acommodations, Mr Amicone proceeded to terminate Mr Cendali Jr

18

19  There was no legitimate business or performance reason for termination only calling when I got in to work

20  my restriction did not represent an undue hardship for the employer.

21

22

23

24

25

26

27

28

Amos Cendali Jr

2

1. Home address
2. 1112 Portola rd
3. Spring valley, ca 91977
4. (619) 469-6045
5. www.amosc69@yahoo.com
6.
7. Company name
8. Trex Enterprises Corp
9. 10455 pacific center court
10. San Diego, CA 92121-4339
11. (858) 646-5300
12.
13. Amos Cendali Jr
14. Titile
15. Facility administrator and coordinator/ general maintenance/safety tech II
16.
17. On Thursday 11/20/03. I was covering Gilberto Carrillo for a few days in shipping and receiving, I was told by my boos Nick amicone Director of Human Recourses that it was urgent to get the furniture packet And on its way to Maui, I contracted and had aprubel for San Diego crating to build some crates for the cubicle walls and Office furniture and library Book Shelf's, and to help me, take the furniture Down from the 2nd floor and tacking it to, the south side of the building wear the (cvc) department is located, this is the area wear we had empty crates that San Diego crating had build for the office furniture that was going to Maui.

At around 3:30 PM, I moved some items sow we cut have, the finish crates in one side and the empty crates in another side, because the finisht crates had to be weight on a scale for proper shipping documentation, and the next day finish out the rest of the crates, I picket up a gray (3'x 2') industrial fuse box, and got stuck on the corner of the table next to the reactor, and fell on my left foot toe, I sat down for a few minutes the pain was indescribable, then I went to see if the guys where ready to pack up for the day, when they sow me limping seat what happened I told them what just happened One of them told me they sow me leaning over, but thinking I was resting, they moved all the crates in side the building, I went to get some Ice for the inflation and pain then closed the 2 Roll up Doors and went to see Veronica Luna , She is HR administrator Asst, and Injuries claim administer the person to report in case of an Injury, She was in Shipping and Receiving Department, I told Her I had injured My Toe, She Respondent by saying I Don't wan to Hear about it, Brett Perkins was next to me and just rays his eye bra use Sow I Went to the East side of the Building wear some old crates needed to trashed I cut them up But I dint finish the I was in to Much pain so I graved my tools and went to see my boss, left the tools in facility Room, then when to His office Nalkt on the door and told him I had an accident and injured my toe and that I need it to see a doctor and told him that I wood need the pair of Steel toe boots (he has rejected for the past month,) in order for me to do my job because my toe was in pain.

The first thing that ca..., out of his Mouth was, Ho gave you pe...eation to hire this Morons To Help you take the furniture down stairs, Mr. amicone was told by me in beginning when I Sheared the Project Plan He seat Do it, He new about the additional charge, included Seeing two of the workers Carrying the wall mount book case on to a rolling cart and Joked about it, (this book cases Weigh over 50 Lbs)

Early that day San Diego Crating office Dep, sent a fax to MR Amicone indicating they will be charging $500.00 for moving the furniture down stairs, San Diego Crating sent 3 workers for the 2 Day Job and A good Job they did, MR Amicone told me He was not going to pay for that service and that it will come out from my Facility Dept.

But He had no problem Paying $ 5,200.00 Dlls for (10 crates) Plus Shipping When this funding was approved by all three managers.

I mention the doctor assistance, he seat he needed to go and on our way out of the office I ask him Will you approve (sign) the petty cash receipt $ 80.00 to perches steel toe boots

He seat   NO.

I drive a Saturn stick shift pressing down the clutch feels like a hot needle inside my toe On my way out off the Building I felt sad, because the person I work for turn his back on me when I was injured, I wood never do that to anybody

One of my responsibilities and goes whit my nature is for the safety for my self and the people around me.

The next day Friday 11/21/03 my toe was in bad shape swollen black & purple walking was painful driving the car was tremendously irritating, I went to see the company's doctor, the receptionist told me is this job related I seat yes then I had to have paper work from the company stating this clam, sow I call Veronica Luna to get her approval for the examination, Veronica responded she needed to fill out the paper work and have my report first, but if I cud walk back to the company that wood be good, I told hear I AM hear And I am In pain, she seat hold on then about 4 mints she seat ok, I talk to the doctor tuck some x ray pictures and told me I had 11/2 Broken Boones on my toe, whit good rest they shot Heal in about 8 to 14 weeks if now complication occur .

I went to Trex Picket up the selected winning bidder for the coming project, I then went to shipping and receiving then went to see Veronica filled out the report went to see nick Amicone and told me today is your last day whit the company.


I Have work for MR Amicone for past 6 months half this time I Have Requested safety steel toe boots, for my co worker Gilberto Carrillo and my self first they are to expensive $80.00 Dlls, then had Veronica locking for more lower Prize Boots, She never fallowed thru, went back over and over answer was no,

I talk to Allen Wolsky, the vice president administrative asst, and Sheered my concern the best answer I cut get, was MR Amicone is your boos, when I tried the vice precedent for a fue Minutes of hear time all I got was msuve, to purchasing talk to Vicky Jackson and Donny Wilder, I expressed the lack of support from MR Amicone

Mr. Amicone tock away my opportunity for growth and income, Based on successful training accomplishments, Facility Management, Business Writing, Electrical safety, laser safety, that was scheduled on 6/03 thru 12/03

Constantly not to use co workers for help.

## GRIEVANCE FORM

Employee                    Amos Cendali Jr          Date 1/14/04
Department                  Facility's

Statement of grievance and aggrieved act(s)

In the Month of Nov 2003 I Requested New Steel toe boots for my co worker and my self
Amicone set fine out how much, on my break I went to Sears in la Jolla I triad  a pair they
where whiter on the tip of the Boot I ask the lady for the prize they where $80.00 a pear I
mention if Trex steel had the account open she set yes but I needed Permeation for the
purchase and credit card and to fill the purchase requisition I went back to work and stopped at
the purchasing Dept, and ask
Vicky Jackson and Donny Wilder about sears account and VJ mention the Trouble  they had
with sears accounting Dept they recommended to get petty cash, sow I ask Jacky Jepson, for a
Petty cash then went to see Amicone and told him the prize He Went what, Amicone told me to
wait he was going to talk to an ex employee that work for him, that purchased boots much
chipper, days went on then I went to see nick, I  mentioned the boots Amicone told me
Veronica Luna was Lucking for the boots, and then I sow Veronica at the reception and ask
fine anything she told me no
Days later ask for the boots and I address the HAZ over the (CVC) Silicone Carbide Dept
Amicone wood change the subject, other days wood just say no  11/20/03


**Statement of efforts to resolve Grievance**  I talk to the company president and expressed
about the Amicone Lucking in to the Prize for the Boots

I talk to the Company Vice President expressed about Mr Amicone working against me
Not with me, when I tried to set an appt, **the answer was Maybe**

I know the facility compliance and in house Program and
I did my part to get Amicone related to are Facility

I told Mr Amicone to set an appt with the Vice President Him Self  and Me, Amicone set
OK, It  Never Happened

Just about all the Building personnel Know about this Issue.

In the beginning under Amicone wing Supervision I talk to the vice president about
Amicone Refusing training Progression, **the answer was his your Boos.**

State of California
Department of Industrial Relations
DIVISION OF WORKERS' COMPENSATION

*Estado de California*
*Departamento de Relaciones Industriales*
*DIVISION DE COMPENSACIÓN AL TRABAJADOR*

## EMPLOYEE'S CLAIM FOR WORKERS' COMPENSATION BENEFITS

If you are injured or become ill because of your job, you may be entitled to workers' compensation benefits.

Complete the "Employee" section and give the form to your employer. Keep the copy marked "Employee's Temporary Receipt" until you receive the dated copy from your employer. You may call the Division of Workers' Compensation at **1-800-736-7401** if you need help in filling out this form or in obtaining your benefits. An explanation of workers' compensation benefits is included on the back of this form.

You should also have received a pamphlet from your employer describing workers' compensation benefits and the procedures to obtain them.

## PETICION DEL EMPLEADO PARA BENEFICIOS DE COMPENSACIÓN DEL TRABAJADOR

*Si Ud. se ha lesionado o se ha enfermado a causa de su trabajo, Ud. tiene derecho a recibir beneficios de compensación al trabajador.*

*Complete la sección "Empleado" y entregue la forma a su empleador. Quédese con la copia designada "Recibo Temporal del Empleado" hasta que Ud. reciba la copia fechada de su empleador. Si Ud. necesita ayuda para completar esta forma o para obtener sus beneficios, Ud. puede hablar con la Division de Compensación al Trabajador llamando al **1-800-736-7401**. En la parte de atrás de esta forma se encuentra una explicación de los beneficios de compensación al trabajador.*

*Ud. también debería haber recibido de su empleador un folleto describiendo los beneficios de compensación al trabajador lesionado y los procedimientos para obtenerlos.*

**Employee:**
*Empleado:*

1. Name. *Nombre.* Ana Casola L.                    Today's Date. *Fecha de Hoy.* 11/21/03
2. Home Address. *Dirección Residencial.* 111_ _____
3. City. *Ciudad.* Spring Valley    State. *Estado.* CA    Zip. *Código Postal.* 91971
4. Date of Injury. *Fecha de la lesión(accidente).* 11/24/03    Time of Injury. *Hora en que ocurrió.* ____ a.m. 3:30 p.m.
5. Address and description of where injury happened. *Dirección/lugar dónde occuró el accidente.* 10455 pacific center court _____ (CVC) and _____ 
6. Describe injury and part of body affected. *Describa la lesión y parte del cuerpo afectada.* _____
7. Social Security Number. *Número de Seguro Social del Empleado.* 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
8. Signature of employee. *Firma del empleado.* _____

**Employer—complete this section and give the employee a copy immediately as a receipt.**
*Empleador—complete esta sección y déle inmediatamente una copia al empleado como recibo.*

9. Name of employer. *Nombre del empleador.* Trex Enterprises Corporation
10. Address. *Dirección.* 10455 Pacific Center Court, San Diego, CA 92121
11. Date employer first knew of injury. *Fecha en que el empleador supo por primera vez de la lesión o accidente.* 11/20/03
12. Date claim form was provided to employee. *Fecha en que se le entregó al empleado la petición.* 11/21/2003
13. Date employer received claim form. *Fecha en que el empleado devolvió la petición al empleador.* 11/21/2003
14. Name and address of insurance carrier or adjusting agency. *Nombre y dirección de la compañía de seguros o agencia administradora de seguros.* Saint Paul Fire & Marine Insurance Co. Palatine, IL 60055-7072
15. Insurance Policy Number. *El número de la póliza del Seguro.* WVA6101471
16. Signature of employer representative. *Firma del representante del empleador.* _____
17. Title. *Título.* Human Resources Asst.    18. Telephone. *Teléfono.* 858 646-5459

**Employer:** You are required to date this form and provide copies to your insurer or claims administrator and to the employee, dependent or representative who filed the claim within **one working day** of receipt of the form from the employee.

*Empleador: Se requiere que Ud. feche esta forma y que provéa copias a su compañía de seguros, administrador de reclamos, o dependiente/representante de reclamos y al empleado que hayan presentado esta petición dentro del plazo de un día hábil desde el momento de haber sido recibida la forma del empleado.*

# U.S. HealthWorks
### M E D I C A L   G R O U P

## WORK STATUS REPORT

Name. Last: __Candal1__   First: __Amos__   Date of Exam: __11/21/03__   Case #: __103015938__

SS#: ____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____   Date of Birth: __11/27/69__   Date of Injury: __11/20/03__   Claim #: _____

Employer: __TREX ENTERPRISES__   Contact: __VERONICA LUNA__   Tel.: __(858) 646-5300__   Fax: __858  646-5581__

Claims Administrator: __KEMPER INSURANCE GROUP__   Tel.: __(800) 800-7885__   Fax: _____

**PATIENT STATUS** Since the last exam, this patient's condition has:
- ☐ improved as expected
- ☐ worsened
- ☐ improved, but slower than expected
- ☐ reached plateau and no further improvement is expected
- ☐ work status pending PR2
- ☐ not improved significantly
- ☐ been determined to be non-work related

**DIAGNOSES** (Include ICD-9 code, if possible)

| 928.3 | CRUSH INJURY TOES |
| 826.0 | FRACTURE/TOE |

DOL 11-20-03 c AC
DOL 2-6-03 c A c

**TREATMENT**

☒ Office Visit / Injury Treatment   ☐ Start / ☐ Continue Therapy : ___ times / week for _____ weeks ☐ Other_____

☒ Medications / Supplies Dispensed __IBU 600MG/BUDDY TAPE_____

☐ Consultation / ☐ Referral   ☐ Requested / ☐ Pending. Specialty_____   ☐ Work status to be determined by specialist.

  Estimated length of treatment is now _____ weeks

**WORK STATUS**   ☐ First Aid Case

☐ Return / ☐ Continue to work without restrictions.

☐ Off the balance of this shift only. Then RTW on  ☐ Full  / ☐ Modified duty.   ☐ Re-evaluate work status before next shift.

☐ Off work. Estimated period of total temporary disability_____days.

☒ Return to work as of __11/21/03__ with the restrictions indicated below. Estimated duration of modified duty is __7__ days.

- ( ) No work near moving machinery
- ( ) No / ( ) Limited use of R / L hand to _____ hrs/day
- ( ) No / (X) Limited standing or walking to _____ hrs/day
- ( ) No / ( ) Limited overhead work to _____ hrs/day
- ( ) No / ( ) Limited stooping and bending to _____ hrs/day
- (X) No / ( ) Limited kneeling or squatting to _____ hrs/day
- ( ) No / ( ) Limited ☐ Lift ☐ Pull ☐ Push
    Up to: ( ) 10 lbs ( ) 25 lbs ( ) 50 lbs ( )___ lbs
- (X) No climbing

- (X) Sit down job.
- (X) Must wear: ( ) Splint ( ) Immobilizer ( ) Back support ( ) Cage
    (X) Other __POST OP SHOE__
- (X) Must keep __LT FOOT__ elevated
- ( ) Keep wound/bandage clean and dry
- ( ) Must take a _____ minute stretch break every _____ minutes from
    ( ) Keyboard / ( ) _____
- ( ) Other _____
    _____

☐ Medical status was discussed with employer representative.   Name _____

### IF NO MODIFIED WORK IS AVAILABLE AT PLACE OF WORK, EMPLOYEE SHOULD BE OFF WORK.

**DISCHARGE STATUS**  ☐ Patient discharged as cured without ratable disability.
☐ Patient discharged as permanent and stationary with ratable disability and/or need for future medical care. A PR-3 to follow.
☐ NON-INDUSTRIAL. Patient instructed to see physician at own expense.

**TREATING PROVIDER**

Name __ROMANO, JOHN__   Lic. # __G074689__   Date of Exam __11/21/03__

Specialty_____   Signature_____

Issued at:   USHW of California - Sorrento Mesa  5887 OBERLIN DRIVE, SUITE 100  SAN DIEGO, CA  92121

# S. HealthWorks
M E D I C A L   G R O U P

STATE OF CALIFORNIA
Division of Workers' Compensation
**PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)**

Last: **Kendall**            First: **Argo**        M.I. ____ Date of Exam: **11/21/03**  Case #: **103015938**

SSN: **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**      Date of Birth: **11/27/63**    Date of Injury: **11/21/03**    Claim #: ____

Employer: **TREX ENTERPRISES**        Contact: **VERONICA LUNA**    Tel: **(858) 646-8300**   Fax **858  646-5582**

Claims Administrator: **KEMPER INSURANCE GROUP**                Tel: **(910) 900-7805**    Fax: ____

REASON FOR SUBMITTING REPORT   (Check all that apply. If any box aside from "Other" applies, this report qualifies as mandatory.)
☐ significant change in patient's condition     ☐ Need for referral or consultation        ☐ Info. requested by ____
☐ significant change in work status             ☐ Need for surgery or hospitalization       ☐ Discharged
☐ significant change in treatment plan          ☐ Periodic Report (45 days after last report) ☒ Other: _____

PATIENT STATUS  Since the last exam, this patient's condition has   **N/O**
☐ improved as expected          ☐ improved, but slower than expected           ☐ not improved significantly
☐ resolved                      ☐ reached plateau and no further improvement is expected   ☐ been determined to be non-work related

SUBJECTIVE COMPLAINTS  (Document and date all significant complaints if this report qualifies as mandatory.)

*See chart*

OBJECTIVE FINDINGS  (Document significant exam findings, lab, imaging, and other diagnostic testing. If this report qualifies as mandatory.)

DIAGNOSES (Include ICD-9 codes if possible.)

*(handwritten, illegible)*

TREATMENT

*(handwritten, illegible)*

WORK STATUS
☐ First Aid Case

Return to work as of **11/21/03** with the restrictions indicated below.  Estimated duration of modified duty = ____ days

☐ No work near moving machinery
☐ No/Limited use of R/L hand            to ____ hrs/day
☐ No/Limited standing or walking        to ____ hrs/day
☐ No/Limited overhead work              to ____ hrs/day
☐ No/Limited stooping and bending       to ____ hrs/day
☐ No/Limited kneeling or squatting      to ____ hrs/day
☐ No/Limited Lift ☐ Lift ☐ Pull ☐ Push
   Up to ☐ 10 lbs ☐ 25 lbs ☐ 50 lbs ☐ ____ lbs
☒ No climbing

☒ Sit down job
☒ Must wear ☐ Splint ☐ ____ ☒ Back support ☐ Cast
☒ Must keep ____ elevated
☐ Keep wound/bandage clean and dry
☐ Must take a ____ minute stretch break every ____ minutes from
☐ Other ____

Medical status was discussed with employer representative **Veronica**

IF NO MODIFIED WORK IS AVAILABLE AT PLACE OF WORK, EMPLOYEE SHOULD BE OFF WORK.

DISCHARGE STATUS   ☐ Patient discharged as cured without ratable disability.
☐ Patient discharged as permanent and stationary with ratable disability and/or need for future medical care. A PR-3 to follow.
☐ NON-INDUSTRIAL  Patient instructed to see physician at own expense.

PRIMARY TREATING PHYSICIAN
I am under penalty of perjury that this report is true and correct to the best of my knowledge and that I have not violated Labor Code S 139.3.

Signature ____     Provider # ____      Date of Exam   **11/21/03**

# U.S. HealthWorks
### MEDICAL GROUP

## WORK STATUS REPORT

Name. Last: __Cendali__    First: __Amos__    Date of Exam: __11/25/03__   Case #: __103015938__

SS#: __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__   Date of Birth: __11/27/69__   Date of Injury: __11/20/03__   Claim #: _____

Employer: __TREK ENTERPRISES__   Contact: __VERONICA LUNA__   Tel.: __(858) 646-5300__   Fax: __858 646-5581__

Claims Administrator: __KEMPER INSURANCE GROUP__ _____ Tel.: __(800) 800-7885__   Fax: _____

**PATIENT STATUS** Since the last exam, this patient's condition has:
- [x] improved as expected
- [ ] improved, but slower than expected
- [ ] worsened
- [ ] reached plateau and no further improvement is expected
- [ ] work status pending PR2
- [ ] not improved significantly
- [ ] been determined to be non-work related

**DIAGNOSES** (Include ICD-9 code, if possible)

928.3   CRUSH INJURY TOES
826.0   FRACTURE/TOE    DOL 2-6-03

**TREATMENT**
- [x] Office Visit / Injury Treatment
- [ ] Start / [ ] Continue Therapy : ____ times / week for _____ weeks
- [ ] Other _____
- [ ] Medications / Supplies Dispensed
- [ ] Consultation / [ ] Referral   [ ] Requested / [ ] Pending. Specialty _____   [ ] Work status to be determined by specialist.

Estimated length of treatment is now _____ weeks.

**WORK STATUS**   [ ] First Aid Case

- [ ] Return / [ ] Continue to work without restrictions.
- [ ] Off the balance of this shift only. Then RTW on [ ] Full / [ ] Modified duty.   [ ] Re-evaluate work status before next shift.
- [ ] Off work. Estimated period of total temporary disability _____ days.
- [x] Return to work as of __11/26/03__ with the restrictions indicated below. Estimated duration of modified duty is __7__ days.

| | |
|---|---|
| ( ) No work near moving machinery | (x) Sit down job. |
| ( ) No / ( ) Limited use of R / L hand to ____ hrs/day | (x) Must wear: ( ) Splint ( ) Immobilizer ( ) Back support ( ) Cage |
| ( ) No / (x) Limited standing or walking to ____ hrs/day | (x) Other __POST OP SHOE__ |
| ( ) No / ( ) Limited overhead work to ____ hrs/day | ( ) Must keep _____ elevated |
| ( ) No / ( ) Limited stooping and bending to ____ hrs/day | ( ) Keep wound/bandage clean and dry |
| (x) No / ( ) Limited kneeling or squatting to ____ hrs/day | ( ) Must take a ____ minute stretch break every ____ minutes from |
| ( ) No / ( ) Limited ( ) Lift ( ) Pull ( ) Push | ( ) Keyboard / ( ) _____ |
| Up to. ( ) 10 lbs ( ) 25 lbs ( ) 50 lbs ( ) ____ lbs | ( ) Other _____ |
| (x) No climbing | _____ |

- [ ] Medical status was discussed with employer representative. Name _____

### IF NO MODIFIED WORK IS AVAILABLE AT PLACE OF WORK, EMPLOYEE SHOULD BE OFF WORK.

**DISCHARGE STATUS** [ ] Patient discharged as cured without ratable disability.
- [ ] Patient discharged as permanent and stationary with ratable disability and/or need for future medical care. A PR-3 to follow.
- [ ] NON-INDUSTRIAL. Patient instructed to see physician at own expense.

**TREATING PROVIDER**

Name __TIBBELS, TERRENCE__   Lic. #. __C31826__   Date of Exam. __11/25/03__

Specialty _____   Signature _____

Issued at: __USHW of California - Sorrento Mesa, 5897 OBERLIN DRIVE, SUITE 100, SAN DIEGO, CA 92121 Tel: (858) 455-0200__

Arrival Time __2:30 PM__   Release Time __3:10 PM__   Next Visit Date __12/02/03__ Time __11:00 AM__

# S. HealthWorks
MEDICAL GROUP

STATE OF CALIFORNIA
PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)

t Last **Cendali** ___ First **Anne** ___ M.I. ___ Date of Exam: **11/25/03** ___ Case #: **103015828**

___ **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** ___ Date of Birth **11/27/69** ___ Date of Injury **11/20/03** ___ Claim # ___

yer: **TREX ENTERPRISES** ___ Contact: **VERONICA LUNA** ___ Tel: **(888) 646-5400** ___ Fax: **858  646-5301**

s Administrator **KEMPER INSURANCE GROUP** ___ Tel: **(500) 800-7885** ___ Fax: ___

**ION FOR SUBMITTING REPORT** (Check all that apply. If any box aside from "Other" applies, this report qualifies as mandatory.)

ignificant change in patient's condition ☐ Need for referral or consultation ☐ Info. requested by: ___
ignificant change in work status ☐ Need for surgery or hospitalization ☐ Discharged ___
ignificant change in treatment plan ☐ Periodic Report (45 days after last report) ☐Other: ___ *alb* ___

**ENT STATUS** Since the last exam, this patient's condition has:

nproved as expected ☐ Improved, but slower than expected [ ] not improved significantly
worsened ☐ reached plateau and no further improvement is expected [ ] been determined to be non-work related

**JECTIVE COMPLAINTS** (Document and describe significant complaints if this report qualifies as mandatory.)

*lns swelling, pain*

**ECTIVE FINDINGS** (Document significant exam findings, lab, imaging, and other diagnostic tests if this report qualifies as mandatory.)

*edema & ecch*
*↓ ROM*

**NOSES** (include ICD-9 code, if possible)

*fracture ® great toe*

Office Visit / Injury Treatment ☐ Start / ☐ Continue Therapy : ___ times / week for ___ weeks ☐ Other ___

Medications / Supplies Dispensed ___

Consultation / ☐ Referral ☐ Requested / ☐ Pending. Specialty ___ ☐ Work status to be determined by specialist.

Estimated length of treatment is now ___ weeks

**RK STATUS** ☐ First Aid Case

☐ Return / ☐ Continue to work without restrictions.

Off work. Estimated period of total temporary disability ___ days.

☐ Off the balance of this shift only. Then RTW on ☐ Full / ☐ Modified duty. ☐ Re-evaluate work status before next shift.

Return to work as of **11/25/3** with the restrictions indicated below. Estimated duration of modified duty is ___ days.

( ) No work near moving machinery                    ☒ Sit down job
( ) No / ( ) Limited use of R / L hand     to ___ hrs/day    ☒ Must wear ☐ Splint ☒ Immobilizer ☐ Back support ☐ Cast
( ) No / ☒ Limited standing or walking    to ___ hrs/day    (☒) to her ___ *Post op shoe*
( ) No / ( ) Limited overhead work        to ___ hrs/day    ( ) Must keep ___ elevated
( ) No / ( ) Limited stooping and bending to ___ hrs/day    ( ) Keep wound/bandage clean and dry
☒ No / ( ) Limited kneeling or squatting  to ___ hrs/day    ( ) Must take a ___ minute stretch break every ___ minutes from
( ) No / ( ) Limited ☐ Lift ☐ Pull ☐ Push                   ( ) Keyboard / ( )
     Up to: ☐ 10 lbs ☐ 25 lbs ☐ 50 lbs ___ lbs            ( ) Other ___
☒ No climbing

**Medical status was discussed with employer representative** ___

IF NO MODIFIED WORK IS AVAILABLE AT PLACE OF WORK, EMPLOYEE SHOULD BE OFF WORK.

**CHARGE STATUS** ☐ Patient discharged as cured without ratable disability.
☐ Patient discharged as permanent and stationary with ratable disability and/or need for future medical care. A PR-3 to follow.
☐ NON-INDUSTRIAL Patient instructed to see physician at own expense.

**IMARY TREATING PHYSICIAN**

eclare under penalty of perjury that this report is true and correct to the best of my knowledge and that I have not violated Labor Code S 139.3.

me ___ Cal. Lic # **C31820** Date of Exam ___ **11/25/03**

ecialty: ___ Signature ___

ecuted at: USHW of California - Sorrento Mesa, 5897 OBERLIN DRIVE, SUITE 100, SAN DIEGO, CA 92121 Tel: (858) 455-0200

| YOUR NEXT APPOINTMENT WITH THE DOCTOR IS ON: | | | | | | YOUR NEXT APPOINTMENT FOR PHYSICAL THERAPY IS ON: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ MON | ☒ TUE | ☐ WED | ☐ THUR | ☐ FRI | ☐ SAT | ☐ MON | ☐ TUE | ☐ WED | ☐ THUR | ☐ FRI | ☐ SAT |
| A | 2 | 11 | | | | DATE: | | TIME: | | | ☐ Before / After Shift |

# U.S. HealthWorks
MEDICAL GROUP

**WORK STATUS REPORT**

Name. Last: __Cendali__   First: __Amos__   Date of Exam: __12/04/03__   Case #: __103015938__

SS#: __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__   Date of Birth: __11/27/69__   Date of Injury: __11/20/03__   Claim #: _____

Employer: __TREX ENTERPRISES__   Contact: __VERONICA LUNA__   Tel.: __(858) 646-5300__   Fax: __858  646-5581__

Claims Administrator: __KEMPER INSURANCE GROUP__   Tel.: __(800) 800-7885__   Fax: _____

**PATIENT STATUS**  Since the last exam, this patient's condition has:
- [X] improved as expected
- [ ] improved, but slower than expected
- [ ] worsened
- [ ] reached plateau and no further improvement is expected
- [ ] work status pending PR2
- [ ] not improved significantly
- [ ] been determined to be non-work related

**DIAGNOSES**  (include ICD-9 code, if possible)
- 928.3    CRUSH INJURY TOES
- 826.0    FRACTURE/TOE

**TREATMENT**
- [X] Office Visit / Injury Treatment   [ ] Start /[ ] Continue Therapy : ___ times / week for _____ weeks   [ ] Other _____
- [ ] Medications / Supplies Dispensed _____
- [ ] Consultation /[ ] Referral   [X] Requested /[ ] Pending. Specialty _____   [ ] Work status to be determined by specia
- Estimated length of treatment is now ___4___ weeks

**WORK STATUS**   [ ] First Aid Case
- [ ] Return /[ ] Continue to work without restrictions.
- [ ] Off the balance of this shift only. Then RTW on  [ ] Full /[ ] Modified duty.   [ ] Re-evaluate work status before next shift.
- [ ] Off work.  Estimated period of total temporary disability _____ days.
- [X] Return to work as of __12/04/03__ with the restrictions indicated below.  Estimated duration of modified duty is __7__ days.
  - ( ) No work near moving machinery
  - ( ) No /( ) Limited use of R / L hand to ____ hrs/day
  - ( ) No /(X) Limited standing or walking to ____ hrs/day
  - ( ) No /( ) Limited overhead work to ____ hrs/day
  - ( ) No /( ) Limited stooping and bending to ____ hrs/day
  - ( ) No /( ) Limited kneeling or squatting to ____ hrs/day
  - ( ) No /( ) Limited ( ) Lift ( ) Pull ( ) Push
    - Up to: ( ) 10 lbs ( ) 25 lbs ( ) 50 lbs ( )___ lbs
  - ( ) No climbing
  - ( ) Sit down job.
  - (X) Must wear: ( ) Splint ( ) Immobilizer ( ) Back support ( ) Cage
    - (X) Other __POST OP SHOE__
  - ( ) Must keep _____ elevated
  - ( ) Keep wound/bandage clean and dry
  - ( ) Must take a ____ minute stretch break every ____ minutes from
    - ( ) Keyboard / ( ) _____
  - (X) Other __SIT AS NEEDED FOR PAIN.__

- [ ] Medical status was discussed with employer representative.  Name _____

**IF NO MODIFIED WORK IS AVAILABLE AT PLACE OF WORK, EMPLOYEE SHOULD BE OFF WORK.**

**DISCHARGE STATUS**  [ ] Patient discharged as cured without ratable disability.
[ ] Patient discharged as permanent and stationary with ratable disability and/or need for future medical care. A PR-3 to fol
[ ] NON-INDUSTRIAL. Patient instructed to see physician at own expense.

**TREATING PROVIDER**

Name __ROMANO, JOHN__   Lic. # __G074689__   Date of Exam __12/04/03__

Specialty _____   Signature _____

Issued at: USHW of California - Sorrento Mesa, 5897 OBERLIN DRIVE, SUITE 100, SAN DIEGO, CA 92121 Tel: (858) 455-0200

Arrival Time 12:40 PM      Release Time 2:21 PM      Next Visit Date 12/18/03 Time 1:30 PM

*Employer Terminated my Doctors appt. for*

# HealthWorks
### MEDICAL GROUP

PATIENT INFORMATION / INFORMACIÓN DEL PACIENTE

☑ r (Patrón): **TREX Enterprises**   Date (Fecha): **11/21/08**   SSN: **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**

ne (Nombre): **Amos Cendoli**   Middle Initial (Inicial): **A**   Last Name (Apellido): **Cendoli**

Is your first visit, please fill the blanks included in this box. (Si esto es su primera visita, por favor llene los espacios incluidos en este recuadro)

ss (Dirección): **10455 pacific center court**   City (Ciudad): **SD**   State (Estado): **CA**   Zip (C. Postal): **92121**

Phone (No. Teléfono en casa): **858-254-6367**   Work Phone (No. Teléfono en el trabajo): **(858) 646 5800**

ate (Nacimiento): **11/27/69**   Sex (Sexo): **M**   Marital Status (Estado Civil): **Single**

of Injury (Fecha de lesión): **11/20/08**   Time (Hora): **3:30**   Last day worked (Último día que trabajó): **11/20/08**

ation (Ocupación): **Facility worker**

se where injury occurred (Lugar donde ocurrió la lesión): **10455 pacific center court 92121**

our problem caused by something that happened at work? (¿Fue su problema causado por algo sucedido en su trabajo?   ☑ Yes (Sí)   ☐ No (No)

was reported to (La lesión fue reportada a): **Veronica (can Nick Anlione**   Date (Fecha): **11/21/08**   Time (Hora): 3:45/4:00

.S. HealthWorks ever treated you before? (Alguna vez ha sido tratado en U.S. HealthWorks?): **yes**   When? (¿Cuándo?): **March**

Is your first visit, describe how your present injury/illness occurred. (Si esta es su primera visita, describe cómo ocurrió su actual lesión ó enfermedad.)
s a follow up visit, indicate any improvement or changes in your condition. (Si esta es su primera visita, describe cualquier mejoría o cambio en su condición)

as moving an electrical commartial panel box 4x2 as I was pushing
got cut on something, and dropt right on my left toe the same
thas got fractured in march, I have been wraid steel toes
n my boos many times.

E COMPLETE THE FOLLOWING DIAGRAM (Por favor complete el diagrama a continuación.)
feel any of the symptoms below, mark the areas of the body where you feel them on the figures below and indicate the type of symptom.
te alguno de los síntomas listados a continuación, marque la zona del cuerpo en donde las siente en las figuras e indique el tipo de síntoma.)

toms (Síntomas)     Example (Ejemplo)

in (Dolor)
mbness (Adormecimiento)
rning (Quemazón)
ns/Needles (Pinchazos)

Rate the intensity of your pain:   NO PAIN   MOST PAIN
Indique la intensidad de su dolor:   SIN DOLOR   DOLOR INTENS

0 1 2 3 4 5 6 ⑦ 8 9 10



Left Toe

November 21, 2003


Amos A. Cendali
1112 Portola Avenue
Spring Valley, CA 91977

Dear Amos:

It is with regret that is has become necessary to terminate your employment as of November 21, 2003. The information below outlines the status of your pay and benefits program, which are based on your length of service with the company.

**Payroll Status:** Your last day of work at Trex Enterprises Corporation is today, November 21, 2003. You will receive a lump sum payment for PTO accrued (27.73 hours) through November 21, 2003. There will be no further PTO accrual beyond your last day worked.

You will not be eligible to receive severance pay in accordance with the Company's severance pay policy, due to willful breach of duty.

**Medical, Dental, and Vision Insurance:** Coverage continues through November 30, 2003. Beginning December 1, 2003, you have an option to continue your medical, dental, and vision coverage through COBRA for a period of 18 months, provided you pay the monthly premiums. Information and rates regarding COBRA coverage will be sent to you in a separate.

**Life and AD & D Insurance:** Coverage will cease at midnight on November 21, 2003. A conversion option for your basic life insurance is available through UNUM. If you are interested in this option, please contact Veronica Luna for the proper forms.

Long-Term and Short-Term Disability Insurance coverage's cease at midnight on November 21, 2003. A conversion option is not available.

**Trex 401(k) Savings Plan:** If you are enrolled in the Trex Enterprises 401(k) Savings Plan, you have the options of continuing to maintain your account with Fidelity, however, if you would like to terminate your account, please contact Fidelity at 1-800-835-5097. Distribution will occur approximately 7-10 business days after your request for Distribution or Deferral of your account to Fidelity.

**Company Property:** All company property such as: company badge, keys to office and building, credit cards, cellular phone, computer equipment and related software, books, files, etc. must be returned to me today.


Initial(s) _____

Amos A. Cendali
November 21, 2003
Page 2 of 2

You agree that you will continue to comply with the provisions of the Business Conduct Policy, a copy of which you previously received and the Company Information and Invention Agreement, which you previously signed.

Please let me know if you have any questions at all in this regard.

Sincerely,                                          Acknowledged and Agreed,

Director of Human Resources                          *Amos Cendali Jr*        11/21/03
                                                     Amos A. Cendali          Date

X ENTERPRISES CORPORATION • 10455 Pacific Center Court • San Diego, CA • 92121-4339

| DESCRIPTION | HOURS | PAY RATE | AMOUNT | DEDUCT. CODE | DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|---|---|
| | | | | | | | CHECK |
| | | | | | | | CHECK |
| | | | | | | | NET P |
| | TOTAL EARNINGS ⇨ | | | | TOTAL DEDUCTIONS ⇨ | | |

| GROSS EARN. | YTD EIC | YTD SOC. SEC | YTD FED TAX | YTD STATE TAX | YTD SDI | YTD LOCAL TA |
|---|---|---|---|---|---|---|
| | | | | | | |

THIS IS A RECORD OF YOUR EARNINGS. PLEASE DETACH AND RETAIN.

Initial(s)
AC

1 | COUNT 2 ( 3 Pages ) Attached evidance supporting the charge

2 | the defendant violations knowing there was a probleam whith the Big toe area

3 | canceled the medical servises before the up comming Dr appt on 12-18-2003 knowing that there

4 | actions will couse more injury whith out medical attention and violating my civil rights.

5 | as a direct and proximate couse of the conduct of the Defendant Trex Enterprises Corp

6 | Amos Cendali Jr has sufferd and will continue to suffer perminant disavility to my left foot Big toe

7 | the defendant Trex Enterprises Corp have violated Amos Cendali Jr Rights to be free from

8

9

10

11

12

13

14

15

16

17

18

20

21

22

23

24

25

26

27

28

29

# U.S. HealthWorks
MEDICAL GROUP

## WORK STATUS REPORT

Name. Last: **Cendali**_____ First: **Amos**_____ Date of Exam: **12/04/03**___ Case #: **103015938**____

SS#: _____**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**_____ Date of Birth: **11/27/69**__ Date of Injury: **11/20/03**__ Claim #: _____

Employer: **TREX ENTERPRISES**_____ Contact: **VERONICA LUNA**___ Tel.: **(858) 646-5300** Fax: **858 646-5581**

Claims Administrator: **KEMPER INSURANCE GROUP**_____ Tel.: **(800) 800-7885** Fax: _____

**PATIENT STATUS**  Since the last exam, this patient's condition has:

- [X] improved as expected
- [ ] improved, but slower than expected
- [ ] worsened
- [ ] reached plateau and no further improvement is expected
- [ ] work status pending PR2
- [ ] not improved significantly
- [ ] been determined to be non-work related

**DIAGNOSES**  (Include ICD-9 code, if possible)

928.3    CRUSH INJURY TOES
826.0    FRACTURE/TOE

**TREATMENT**

- [X] Office Visit / Injury Treatment  [ ] Start / [ ] Continue  Therapy : ___ times / week for _____ weeks  [ ] Other_____
- [ ] Medications / Supplies Dispensed _____
- [ ] Consultation / [ ] Referral    [ ] Requested / [ ] Pending. Specialty_____ [ ] Work status to be determined by specia
- Estimated length of treatment is now __4.__ weeks

**WORK STATUS**   [ ] First Aid Case

- [ ] Return / [ ] Continue to work without restrictions.
- [ ] Off the balance of this shift only. Then RTW on  [ ] Full / [ ] Modified duty.   [ ] Re-evaluate work status before next shift.
- [ ] Off work.  Estimated period of total temporary disability_____days.
- [X] Return to work as of ___**12/04/03**___ with the restrictions indicated below.  Estimated duration of modified duty is __**7**__ days.
  - ( ) No work near moving machinery
  - ( ) No / ( ) Limited  use of R / L hand to ____ hrs/day
  - ( ) No / (X) Limited standing or walking to ____ hrs/day
  - ( ) No / ( ) Limited overhead work to ____ hrs/day
  - ( ) No / ( ) Limited stooping and bending to ____ hrs/day
  - ( ) No / ( ) Limited kneeling or squatting to ____ hrs/day
  - ( ) No / ( ) Limited  ( ) Lift  ( ) Pull  ( ) Push
  - Up to: ( ) 10 lbs ( ) 25 lbs ( ) 50 lbs ( )___ lbs
  - ( ) No climbing
  - ( ) Sit down job.
  - (X) Must wear: ( ) Splint ( ) Immobilizer  ( ) Back support ( ) Cage
  - (X) Other  **POST OP SHOE**
  - ( ) Must keep _____elevated
  - ( ) Keep wound/bandage clean and dry
  - ( ) Must take a ____ minute stretch break every ____ minutes from
    - ( ) Keyboard / ( ) _____
  - (X) Other  **SIT AS NEEDED FOR PAIN.**
  - _____
- [ ] Medical status was discussed with employer representative.  Name _____

   **IF NO MODIFIED WORK IS AVAILABLE AT PLACE OF WORK, EMPLOYEE SHOULD BE OFF WORK.**

**DISCHARGE STATUS**  [ ] Patient discharged as cured without ratable disability.
- [ ] Patient discharged as permanent and stationary with ratable disability and/or need for future medical care. A PR-3 to fol
- [ ] NON-INDUSTRIAL. Patient instructed to see physician at own expense.

**TREATING PROVIDER**

Name  **ROMANO, JOHN**_____  Lic. #  **G074689**_____ Date of Exam  **12/04/03**_____

Specialty_____  Signature _____

Issued at:  USHW of California - Sorrento Mesa, 5897 OBERLIN DRIVE, SUITE 100, SAN DIEGO, CA  92121  Tel: (858) 455-0200

Arrival Time 12:40 PM        Release Time  2:21 PM        Next Visit Date  12/18/03  Time 1:30 PM

*Employer Terminated my Doctors appt for*

0237738611

ST PAUL TRAVELERS

8140 Rev. 4-2004 Printed in U.S.A.

**Claim Number:**
WVA610149.88A001

**Carrier:**
ST. PAUL MERCURY INSURANCE COMPANY

**Coverage:**
WORKER COMP INDEMNITY

**Cause:**
STRUCK OR INJURED BY

**Date of Loss:**
11/20/03

**Questions, please call:**
ANDRIA PRIMUS
(651) 310-3596

**Check Amount:**
$*******370.00

TWIN CITIES W.C. CTR
385 WASHINGTON STREET
MAIL CODE 104W 1-877-787-8555
ST. PAUL   MN   55102

AMOS   CENDALI
1112 PORTOLA AVE
SPRING VALLEY   CA   91917

Payment period: FROM  05/12/04    TO   05/25/04

INITIAL PERMANENT DISABILITY ADVANCE BASED
5/12-5/25/04

1  COUNT 3. ( 19 Pages ) Attached  the evidance supporting the charge

2

3          US Health Works Medical Group. Med Reports. Pages (14)

4  EVID EXIBITS. (25) a. US HEALTH WORKS MG, (Specifics) Med Rep, date 11-21-03 to WCAB.

5  EVID EXIBITS. (26) b. US HEALTH WORKS MG. (Specifics) Med Rep, date 11-25-03 to WCAB.

6  EVID EXIBITS. (27) c  US HEALTH WORKS MG, (Specifics) Med Rep, date 12-04-03 to WCAB.

7  EVID  EXIBITS. (28) d. US HEALTH WORKS MG, Trex canceled the scheduled Dr appt 12-18-03

8

9  - Date of the medical report 11-21-03  that whent to TREX  has ICD Code  826.0  &  ICD Code 928.3

10  recommendes 7 days accommodations

11              &

12  - Date of the medical report 11-21-03  that whent to the WCAB

13  ( Mixt DOI:2-6-03 ICD Code Whit DOI: 11-20-03 ICD Code )

14  this medical report indicates (the report qualifyes as mandatory)

15  recommendes __ days accommodations

16

17  EVID  EXIBITS. (25)  US HEALTH WORKS MG, Med Rep. date 11-21-03 (Missing X Ray Rep)

18  Trex Enterprises Corp must have requested special services from US HW MG tailored to the cliant

19  specifications, Trex Enterprises Corp demands strict proof thereof.

20  The SDI Inquiery letter & the application specifications of serious willful misconduct justifies it

21  EVID EXIBIT (X) US Health Works Medical Group. Original X Ray No. (25496) Dated 11-21-2003

22

23          UNUM LIFE INSURANCE OF AMERICA.

24          CERTIFICATE. LTD. POLICY PROIVITIONS.

25

26  Any disability which occurs after 6 months from the date your prior claim ended will be treated

27  as a new claim. The new claim will be subject to all of the policy proivitions. LTD-BEN-8 (8 1 200 Pag 17

28

29      ( AME Byron F. King, MD. Medical Report (ML 104-94-97) DOS: 10-4-2005 )

# U.S. HealthWorks

MEDICAL GROUP

## WORK STATUS REPORT

Name: Last: **Cendall** _____ First: **Amos** _____ Date of Exam: **11/21/03** _ Case #: **103015936**

SS#: **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** _____ Date of Birth: **11/27/69** _ Date of Injury: **11/20/03** _ Claim #: _____

Employer: **TREX ENTERPRISES** _____ Contact: **VERONICA LUNA** _ Tel.: **(858) 646-5300** _ Fax: **858 646-5581**

Claims Administrator: **KEMPER INSURANCE GROUP** _____ Tel.: **(800) 800-7885** _ Fax: _____

**PATIENT STATUS** Since the last exam, this patient's condition has:
☐ improved as expected    ☐ improved, but slower than expected    ☐ work status pending PR2
☐ worsened    ☐ reached plateau and no further improvement is expected    ☐ not improved significantly
    ☐ been determined to be non-work related

**DIAGNOSES** (Include ICD-9 code, if possible)
928.3    CRUSH INJURY TOES    DOL 11-20-03 C
826.0    FRACTURE/TOE    DOL 2-6-03 C

**TREATMENT**
☒ Office Visit / Injury Treatment    ☐ Start / ☐ Continue Therapy : ___ times / week for _____ weeks    ☐ Other _____
☒ Medications / Supplies Dispensed **IBU 800MG/BUDDY TAPE**
☐ Consultation / ☐ Referral    ☐ Requested / ☐ Pending. Specialty _____    ☐ Work status to be determined by specialist
    Estimated length of treatment is now _____ weeks

**WORK STATUS**    ☐ First Aid Case
☐ Return / ☐ Continue to work without restrictions.
☐ Off the balance of this shift only. Then RTW on    ☐ Full / ☐ Modified duty.    ☐ Re-evaluate work status before next shift.
☐ Off work. Estimated period of total temporary disability _____ days.
☒ Return to work as of _**11/21/03**_ with the restrictions indicated below. Estimated duration of modified duty is _**7**_ days.
    ( ) No work near moving machinery    (x) Sit down job.
    ( ) No / ( ) Limited use of R / L hand to ___ hrs/day    (x) Must wear: ( ) Splint ( ) Immobilizer ( ) Back support ( ) Cage
    ( ) No / (x) Limited standing or walking to ___ hrs/day    (x) Other _**POST OP SHOE**_
    ( ) No / ( ) Limited overhead work to ___ hrs/day    (x) Must keep _**LT FOOT**_ elevated
    ( ) No / ( ) Limited stooping and bending to ___ hrs/day    ( ) Keep wound/bandage clean and dry
    (x) No / ( ) Limited kneeling or squatting to ___ hrs/day    ( ) Must take a ___ minute stretch break every ___ minutes from
    ( ) No / ( ) Limited ( ) Lift ( ) Pull ( ) Push    ( ) Keyboard / ( ) _____
        Up to: ( ) 10 lbs ( ) 25 lbs ( ) 50 lbs ( ) ___ lbs    ( ) Other _____
    (x) No climbing    _____

☐ Medical status was discussed with employer representative.    Name _____

### IF NO MODIFIED WORK IS AVAILABLE AT PLACE OF WORK, EMPLOYEE SHOULD BE OFF WORK.

**DISCHARGE STATUS**    ☐ Patient discharged as cured without ratable disability.
    ☐ Patient discharged as permanent and stationary with ratable disability and/or need for future medical care. A PR-3 to follow
    ☐ NON-INDUSTRIAL. Patient instructed to see physician at own expense.

**TREATING PROVIDER**

Name _**ROMANO, JOHN**_ _____ Lic. # _**G074689**_ _ Date of Exam _**11/21/03**_

Specialty _____ Signature _____

Issued at:    USHW of California - Sorrento Mesa, 5897 OBERLIN DRIVE, SUITE 100, SAN DIEGO, CA 92121 Tel: (858) 455-0200

Arrival Time 11:30 AM    _3 Hrs 20 Min._    Release Time 2:10 PM    Next Visit Date 11/25/03 Time 3:00 PM

8:00 AM TO 11:30 AM    11:30 AM TO 2:20 PM

# S. HealthWorks
MEDICAL GROUP

STATE OF CALIFORNIA
Division of Workers' Compensation
**PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)**

Last: **Candell** _____ First: **Amos** _____ M.I. ___ Date of Exam: **11/21/03** _____ Case #: SD1015538

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 _____ Date of Birth: 11/27/69 _____ Date of Injury: 11/21/03 _____ Claim #: _____

For **TREE ENTERPRISES** _____ Contact **VERONICA LUNA** _____ Tel: (818) 646-8300 _____ Fax: 858-646-5581

Administrator **KEEPER INSURANCE GROUP** _____ Tel: (619) 803-7885 Fax: _____

**ON FOR SUBMITTING REPORT**   (Check all that apply. If any box aside from "Other" applies, this report qualifies as mandatory.)

- ☐ gnificant change in patient's condition
- ☐ gnificant change in work status
- ☐ gnificant change in treatment plan

- ☐ Need for referral or consultation
- ☐ Need for surgery or hospitalization
- ☐ Periodic Report (45 days after last report)

- ☐ Info. requested by _____
- ☐ Discharged
- ☒ Other: **1st Visit**

**NT STATUS**  Since the last exam, this patient's condition has:   N/A

- ☐ proved as expected
- ☐ treated
- ☐ improved, but slower than expected
- ☐ reached plateau, and no further improvement is expected
- ☐ not improved significantly
- ☐ been determined to be non work related

**CTIVE COMPLAINTS**  (Document and describe significant complaints if this report qualifies as mandatory.)

_See chart_

**CTIVE FINDINGS**  (Document significant exam findings, lab, imaging, and other diagnostic testing if this report qualifies as mandatory.)

**NOSES** (Include ICD-9 code, if possible)

R ankle / R knee injury    airfoil toe

**MENT**

Recommended Treatment:  ☐ Stop  ☐ Continue Therapy _____ times/week for _____ weeks  ☐ Other _____

Medications / Supplies Dispensed: _____ Ibuprofen 800 g , bulky dressing

Consultation:  ☐ Referral    ☐ Requested  ☐ Pending   Specialty _____   ☐ Work status to be determined by specialist.

Estimated length of treatment is now: _____ weeks

**K STATUS**   ☐ First Aid Case

Return  ☐ Continue to work without restrictions

- ☐ For the balance of this shift only.  Then RTW on  ☐ Full  ☐ Modified duty.   ☐ Re-evaluate work status before next shift.
- ☐ Off work. Estimated period of total temporary disability _____ days.

☒ Return to work as of: **11/21/03**   with the restrictions indicated below.  Estimated duration of modified duty: _____ days

- ☐ No nun neat moving machinery
- ☐ No ( ) Limited use of R / L hand _____ to _____ hrs/day
- ☐ No ( ) Limited standing or walking _____ to _____ hrs/day
- ☒ No ( ) Limited overhead work _____ to _____ hrs/day
- ☐ No ( ) Limited stooping and bending _____ to _____ hrs/day
- ☒ No ( ) Limited kneeling or squatting _____ to _____ hrs/day
- ☐ No ( ) Limited  ☐ Lift  ☐ Pull  ☐ Push
- up to:  ☐ 10 lbs  ☐ 25 lbs  ☐ 50 lbs  ☐ _____ lbs
- ☒ No climbing

- ☒ Sit down job
- ☐ Must wear  ☐ Splint  ☐ Immobilizer  ☐ Back support  ☐ Cage  Brace re **RLE Op Shoe**
- ☐ Must keep _____ **RLE** _____ elevated
- ( ) Keep wound/bandage clean and dry
- ( ) Must take a _____ minute stretch break every _____ minutes from ( ) Keyboard / ( )
- ( ) Other _____

Medical status was discussed with employer representative: **Veronica**

**IF NO MODIFIED WORK IS AVAILABLE AT PLACE OF WORK, EMPLOYEE SHOULD BE OFF WORK.**

**HARGE STATUS**
- ☐ Patient discharged as cured without ratable disability.
- ☐ Patient discharged as permanent and stationary with ratable disability and/or need for future medical care. A PR-3 to follow.
- ☐ NON-INDUSTRIAL. Patient instructed to see physician at own expense.

**ARY TREATING PHYSICIAN**

are under penalty of perjury that this report is true and correct to the best of my knowledge and that I have not violated Labor Code S 139.3

Name _____   Signature _____   Date of Exam: 11/21/03

Used at: U.S. HEALTHWORKS / SORRENTO MESA  9291 OBERLIN DRIVE, SUITE 100  SAN DIEGO, CA  92121  Tel: (858) 455-C200

YOUR NEXT APPOINTMENT WITH THE DOCTOR IS ON:   YOUR NEXT APPOINTMENT FOR PHYSICAL THERAPY IS ON:

11/25/03   ☐ WED   ☐ THUR   ☐ FRI.   ☐ SAT.     ☐ MON.   ☐ TUE   ☐ WED   ☐ THUR   ☐ FRI.   ☐ SAT.
_____ 2 PM _____   _____ DATE _____

Name. Last: __Candali__    First: __Amos__    Date of Exam: __11/25/03__   Case #: __103015938__

SS#: __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__   Date of Birth: __11/27/69__   Date of Injury: __11/20/03__   Claim #: _____

Employer: __TREX ENTERPRISES__   Contact: __VERONICA LUNA__   Tel.: __(858) 646-5300__   Fax: __858 646-5581__

Claims Administrator: __KEMPER INSURANCE GROUP__    Tel.: __(800) 800-7885__   Fax: _____

**PATIENT STATUS** Since the last exam, this patient's condition has:

- ☒ improved as expected
- ☐ improved, but slower than expected
- ☐ worsened
- ☐ reached plateau and no further improvement is expected

- ☐ work status pending PR2
- ☐ not improved significantly
- ☐ been determined to be non-work related

**DIAGNOSES** (Include ICD-9 code, if possible)

| 928.3 | CRUSH INJURY TOES |
| 826.0 | FRACTURE/TOE |

DOL 2-6-03

**TREATMENT**

☒ Office Visit / Injury Treatment   ☐ Start / ☐ Continue   Therapy : ___ times / week for _____ weeks   ☐ Other _____

☐ Medications / Supplies Dispensed _____

☐ Consultation / ☐ Referral   ☐ Requested / ☐ Pending. Specialty _____   ☐ Work status to be determined by specialist.
    Estimated length of treatment is now _____ weeks

**WORK STATUS**   ☐ First Aid Case

☐ Return / ☐ Continue to work without restrictions.

☐ Off the balance of this shift only. Then RTW on   ☐ Full / ☐ Modified duty.   ☐ Re-evaluate work status before next shift.

☐ Off work. Estimated period of total temporary disability _____ days.

☒ Return to work as of ___11/25/03___ with the restrictions indicated below. Estimated duration of modified duty is ___7___ days.

| | |
|---|---|
| ( ) No work near moving machinery | (X) Sit down job. |
| ( ) No / ( ) Limited use of R / L hand to ___ hrs/day | (X) Must wear: ( ) Splint ( ) Immobilizer ( ) Back support ( ) Cage |
| ( ) No / (X) Limited standing or walking to ___ hrs/day | (X) Other __POST OP SHOE__ |
| ( ) No / ( ) Limited overhead work to ___ hrs/day | ( ) Must keep _____ elevated |
| ( ) No / ( ) Limited stooping and bending to ___ hrs/day | ( ) Keep wound/bandage clean and dry |
| (X) No / ( ) Limited kneeling or squatting to ___ hrs/day | ( ) Must take a ___ minute stretch break every ___ minutes from |
| ( ) No / ( ) Limited ( ) Lift ( ) Pull ( ) Push | ( ) Keyboard / ( ) _____ |
|    Up to ( ) 10 lbs ( ) 25 lbs ( ) 50 lbs ( ) ___ lbs | ( ) Other _____ |
| (X) No climbing | _____ |

☐ Medical status was discussed with employer representative. Name _____

IF NO MODIFIED WORK IS AVAILABLE AT PLACE OF WORK, EMPLOYER SHOULD BE OFF WORK.

**DISCHARGE STATUS**   ☐ Patient discharged as cured without ratable disability.

    ☐ Patient discharged as permanent and stationary with ratable disability and/or need for future medical care. A PR-3 to follow

    ☐ NON-INDUSTRIAL. Patient instructed to see physician at own expense.

**TREATING PROVIDER**

Name __TIBBELS, TERRENCE__   Lic. # __C31826__   Date of Exam.   11/25/03

Specialty _____   Signature _____

Issued at: USHW of California - Sorrento Mesa, 5897 OBERLIN DRIVE, SUITE 100, SAN DIEGO, CA 92121 Tel: (858) 455-0200

Arrival Time 2:30 PM    Release Time 3:10 PM    Next Visit Date 12/02/03 Time 11:00 AM

# S. HealthWorks
M E D I C A L   G R O U P

**PRIMARY TREATING PHYSICIAN'S PROGRESS REPORT (PR-2)**

Last **Condali** ____ First **Alaus** ____ M.I. ____ Date of Exam: **11/25/03** ____ Case #: **103018938**

**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** ____ Date of Birth **11/27/69** ____ Date of Injury **11/20/03** ____ Claim # ____

:yer **TREX ENTERPRISES** ____ Contact: **VERONICA LUNA** ____ Tel: **(858) 646-5100** ____ Fax: **858   646-5301**

:s Administrator **KEMPER INSURANCE GROUP** ____ Tel: **(800) 800-7885** ____ Fax: ____

**:ON FOR SUBMITTING REPORT**   (Check all that apply. If any box aside from "Other" applies, this report qualifies as mandatory.)

- □ ignificant change in patient's condition
- □ ignificant change in work status
- □ ignificant change in treatment plan
- □ Need for referral or consultation
- □ Need for surgery or hospitalization
- □ Periodic Report (45 days after last report)
- □ Info. requested by: ____
- □ D/C charged
- □ Other: ____

**ENT STATUS**   Since the last exam, this patient's condition has:

- nproved as expected
- □ versened
- □ Improved, but slower than expected
- □ reached plateau and no further improvement is expected
- □ not improved significantly
- □ been determined to be non-work related

**JECTIVE COMPLAINTS**   (Document and describe significant complaints if this report qualifies as mandatory.)

*less swelling, pain*

**JECTIVE FINDINGS**   (Document significant exam findings, lab, imaging, and other diagnostic testing if this report qualifies as mandatory.)

*tenderness ↓ eccly ↓ ROM*

**:NOSES** (Include ICD-9 code, if possible)

*fracture (R) great toe*

Office Visit / Injury Treatment   □ Start / □ Continue Therapy : ____ times / week for ____ weeks   □ Other ____

Medications / Supplies Dispensed ____

Consultation / □ Referral   □ Requested / □ Pending, Specialty ____   □ Work status to be determined by specialist.

Estimated length of treatment is now ____ weeks

**RK STATUS**   □ First Aid Case

Return / □ Continue to work without restrictions.

Off the balance of this shift only. Then RTW on □ Full / □ Modified duty.   □ Re-evaluate work status before next shift.

Off work. Estimated period of total temporary disability ____ days.

Return to work as of **11/25/3** ____ with the restrictions indicated below. Estimated duration of modified duty is ____ days.

- ( ) No work near moving machinery
- ( ) No / ( ) Limited use of R / L hand ____ to ____ hrs/day
- ( ) No / (X) Limited standing or walking ____ to ____ hrs/day
- ( ) No / ( ) Limited overhead work ____ to ____ hrs/day
- ( ) No / ( ) Limited stooping and bending ____ to ____ hrs/day
- (X) No / ( ) Limited kneeling or squatting ____ to ____ hrs/day
- ( ) No / ( ) Limited   □ Lift   □ Pull □ Push
  Up to:   □ 10 lbs   □ 25 lbs   □ 50 lbs   □ ____ lbs
- (X) No climbing

- (X) Sit down job
- (X) Must wear   □ Splint □ Immobilizer □ Back support □ Cast/
  (X) hm ____ *post op shoe*
- ( ) Must keep ____ elevated
- ( ) Keep wound/bandage clean and dry
- ( ) Must take a ____ minute stretch break every ____ minutes from
  ( ) Keyboard / ( ) ____
- ( ) Other ____

(X) Medical status was discussed with employer representative ____

**IF NO MODIFIED WORK IS AVAILABLE AT PLACE OF WORK, EMPLOYEE SHOULD BE OFF WORK.**

**:CHARGE STATUS**   □ Patient discharged as cured without retable disability.
□ Patient discharged as permanent and stationary with retable disability and/or need for future medical care. A PR-3 to follow.
□ NON-INDUSTRIAL  Patient instructed to see physician at own expense.

**IMARY TREATING PHYSICIAN**

eclare under penalty of perjury that this report is true and correct to the best of my knowledge and that I have not violated Labor Code S 139.3.

me ____ Cal. Lic # **C31824....** ____ Date of Exam ____ **11/25/03**

ecialty: ____ Signature ____

ecuted at: USHW of California - Sorrento Mesa. 5897 OBERLIN DRIVE, SUITE 100, SAN DIEGO, CA 92121 Tel: (858) 458-0200

| YOUR NEXT APPOINTMENT WITH THE DOCTOR IS ON: | | | | | | YOUR NEXT APPOINTMENT FOR PHYSICAL THERAPY IS ON: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| □ MON | (X) TUE | □ WED | □ THUR | □ FRI | □ SAT | □ MON | □ TUE | □ WED | □ THUR | □ FRI | □ SAT |

CE LABEL HERE or

U.S. HealthWorks
MEDICAL GROUP

**ANKLE 900T**
New Patient
Page 1 of 2

Cendali, Amos          Incident #: 103 - 13938     Date: 11-21-03

Associated Symptoms:  ☐ None   (Check all that apply)   ☒ greb toe
☐ Yes ☒ No  Leg pain?    ☒ Yes ☐ No  Leg numbness or tingling?   ☐ Yes ☒ No  Leg weakness?   ☒ Yes ☐ No  Pain with motion?
☒ Yes ☐ No  Swelling?    ☒ Yes ☐ No  Restricted motion?   ☐ Other: _____

EXAMINATION:  ☐ Right ☒ Left   (Check all that apply and explain any Yes answers below)
Inspection:
1. ☐ Yes ☒ No  Disoriented to time, place and person and/or non-alert?
2. ☒ Yes ☐ No  Abnormal gait?  Minimal → mild limping
3. ☒ Yes ☐ No  Erythema, ecchymosis, scars, swelling, masses or deformities in feet or ankles?
4. ☒ Yes ☐ No  Points of tenderness in feet or ankles?

**LOOK AT DOL 2-6-03 REPORT**

Range of Motion
☐ Yes ☐ No  Restrictions to the ankle's range of motion?  (If Yes, specify restrictions below)
   Dorsiflexion R / L ____/20°    Plantar Flexion R / L ____/50°    Inversion R / L ____/30°    Eversion R / L ____/20°
☒ Yes ☐ No  Restrictions to the Great Toe's range of motion?  (If Yes, specify restrictions)   MT: R ___ L ___   IP: R ___ L ___
☐ Yes ☐ No  Restrictions to the Lesser Toes' ROM?  (If Yes, specify restrictions)   Toes #: ___   MT: R ___ L ___   IP: R ___ L ___

Motor, Neurological, Vascular
☐ Yes ☐ No  Muscle weakness?  (If Yes, grade any weakness)   Dorsiflexion R ___ L ___/5    Plantar Flexion R ___ L ___/5
☐ Yes ☐ No  Abnormal deep tendon reflexes?  (If Yes, grade the response)
   Patellar reflex (L2-4) R ___ L ___/2    Achilles reflex (S1) R ___ L ___/2
☒ Yes ☐ No  Any sensory changes in light touch and pinprick?
☐ Yes ☐ No  Asymmetry or decrease in distal pulses?  (If Yes, grade the intensity)  Dorsal Pedal R __ L __/5    Post. Tibial R ___ L ___/5
12. ☐ Yes ☒ No  Abnormal exam of the ipsilateral hip, thigh, knee or leg?

Maneuvers and Tests
☐ Neg ☐ Pos  Inversion Stress Test for lateral instability of ankle.    14. ☐ Neg ☐ Pos  Eversion Stress test for medial instability of ankle.
☐ Neg ☐ Pos  Anterior Drawer Sign for instability of the ankle joint.   15. ☐ Neg ☐ Pos  Thomas Squeeze test for Achilles tendon integrity.
☐ Neg ☐ Pos                                                              16. ☐ Neg ☐ Pos

Description of abnormalities and other physical findings:
☒ greb toe — Mild (Rt Pox) phlx ecchymosis, mild swelling,
↓ fxn to IP joint, mild ttp over phlx
subluxation + tip, ↓ sensation to TT distal
tip.



**ORIGINAL X RAYS ABAILABLE No 25496c**

Other injuries associated with this incident: none     (Document appropriately)

DIAGNOSTIC TESTS:  Radiographic series of the R / L ☐ Ankle ☐ Foot ☒ Other: greb toe   Number of views ___   X-Ray #: ___
Results:  Wet x-ray reading:  ☐ Normal ☒ Abnormal:  non-displaced fx of medial base of phlx
blistering with subchon swell with, non displace

USHW of California - Sorrento Mesa                                  Case # 103015938

## DOCTOR'S FIRST REPORT OF OCCUPATIONAL ILLNESS OR INJURY

| 2. EMPLOYER   TREX ENTERPRISES | 7. INSURER   BROADSPIRE/CALIFORNIA EDU | PLEASE DO NOT USE THIS COLUMN |
|---|---|---|
| 3. Street Address   10455 PACIFIC CENTER CT   City, State, Zip   SAN DIEGO          CA 92121 | Street Address   P.O. BOX 25100   City, State, Zip   LEHIGH          PA 18002 | Case No. |
| 4. Business Type | Claim #   792145914 | |

| 5. PATIENT NAME (First, Middle, Last)   Cendali, Amos | 6. Sex  ☒ Male  ☐ Female | 7. Date of Birth   11/27/69 | Industry |
|---|---|---|---|

| 8. Address: No. and Street City   10465 Pacific Center     San Diego | Zip   92121 | 9. Telephone Number   (858) 254-6367 | County |
|---|---|---|---|

| 10. Occupation (Specific Job Title)   Facility Worker | 11. Social Security Number   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 | Age |
|---|---|---|

| 12. Injured at:                    City   10455 PACIFIC CENTER CT      SAN DIEGO | County   SAN DIEGO | Hazard |
|---|---|---|

| 13. Date and hour of injury or onset of illness   11/20/03    3:30 PM | 14. Date last worked   Mo. Day Yr.   11/20/03 | Disease |
|---|---|---|

| 15. Date and hour of first examination or treatment   11/21/03    12:26 PM | 16. Have you (or your office) previously treated patient?  ☐ Yes  ☒ No | Hospitalization |
|---|---|---|

| 17. PATIENT, PLEASE DESCRIBE HOW THE ACCIDENT OR EXPOSURE HAPPENED (Be specific) | Occupation |
|---|---|
| PATIENT STATES THAT YESTERDAY AT WORK, HE WAS PUSHING ELECTRICAL BOX PANEL ALONG FLOOR AND IT GOT STUCK, TIPPING OVER ONTO LEFT GREAT TOE. HAD IMMEDIATE SEVERE PAIN IN LEFT GREAT TOE. PAIN BETTER 15 MINUTES LATER WITH ICE. | Return Date Code |

18./19./20. SUBJECTIVE COMPLAINTS/OBJECTIVE FINDINGS/DIAGNOSIS   Chemical or toxic compounds involved? ☐ Yes ☒ No
SUBJECTIVE COMPLAINTS: COMPLAINING OF PAIN IN LEFT GREAT TOE. POSITIVE
NUMBNESS LEFT GREAT TOE LAST EVENING. BETTER SENSATION TODAY. TAKING
IBUPROFEN WITH RELIEF. PAIN WITH DRIVING AND WALKING. NO
FEVER/CHILLS/NAUSEA/VOMITING.

OBJECTIVE FINDINGS: LEFT GREAT TOE-MILD DORSAL PROXIMAL ECCHYMOSIS, MILD
SWELLING, DECREASED RANGE OF MOTION AT INTERPHALANGEAL JOINT, MILD
TENDERNESS TO PALPATION OVER PROXIMAL PHALANX AND TIP, DECREASED SENSATION
TO LIGHT TOUCH OVER TIP. MINIMAL-MILD LIMPING.

## DOL 11-20-03                    DOL 2-6-03

Diagnosis: 928.3   CRUSH INJURY TOES              826.0    FRACTURE/TOE

X-ray and laboratory results (state if none or pending)   LEFT GREAT TOE-NON DISPLACED FRACTURE OF MEDI
AL BASE OF PROXIMAL PHALANX NOT INVOLVING MUCH OF JOINT SPACE

| 21. Findings consistent with patient's statement?  ☒ Yes  ☐ No | 22. Other condition that will impede recovery  ☐ Yes  ☒ No | Explain: |
|---|---|---|

23. TREATMENT RENDERED
PATIENT WAS EXAMINED AND VITAL SIGNS WERE TAKEN. LEFT GREAT TOE X-RAYS WERE
PERFORMED. BUDDY TAPING LEFT TOES 1 & 2. PATIENT INSTRUCTED TO WEAR
POST-OP SHOE WHICH HE ALREADY HAS. PATIENT SHOULD REST, ICE AND ELEVATE
FOOT. IBUPROFEN 800MG, 1" COBAN AND 2" X 2"'S WERE DISPENSED.

24. If further treatment required, specify treatment.   11/25/03

25. If hospitalized as inpatient, give hospital name and location

Estimated Days
Date Admitted          Estimated stay

26. WORK STATUS Is patient able to perform usual work? ☐ Yes ☒ No   If no, extended return date to:
Regular Work                           Mod Work   11/21/03

1/20/0413:02-212P2164-
8C IN VERIFIES TD 384.53 FROM 112103/PRESENT. ANDRIA 651 310 3556

1/14/0413:30-212D1444-LETTERS FROM WC,DATED 121103.. CLAIM IS ON DELAYED.
OFF. _____

1/13/0407:51-212D3833-
8A; VERONICA LUNA; CONFIRMS WCC. DOI 112003

1/13/0407:34-212D3833-1) ISSUE: ER INFORMATION
) SOURCE: 2503
) COMMENTS:
ERONICA LUNA; 858.646.5459
MPLOYMENT WAS TERMINATED FOR CAUSE, NOT RELATED TO INJURY
CC: THE ST PAUL
    385 WASHINGTON ST

20 PF6 LAST PAGE / PF2 FIRST PAGE      597 PF8 NEXT PAGE / PF7 PRIOR PAGE

1  LAW OFFICES OF BRIAN W. COLLINS, INC.
   1980 Orange Tree Lane, Ste. 105
2  Redlands, CA   92373
   (909) 335-7010
3
   Attorneys for Defendant,
4  Trex Enterprises Corporation

5

6

7
                    STATE OF CALIFORNIA
8
          WORKERS' COMPENSATION APPEALS BOARD
9

10
   AMOS CENDALI,                  ) WCAB Case No:   SDO 0317134;and
11                                ) SDO 0323292
              Petitioner,         )
12                                )
        vs.                       )
13                                )
   TREX ENTERPRISES CORPORATION;  ) ANSWER TO APPLICANT'S
14 ST. PAUL MERCURY INSURANCE CO.,) ALLEGATIONS AND SPECIFICATIONS
   BROADSPIRE                     ) OF SERIOUS AND WILLFUL
15            Defendant(s).       ) MISCONDUCT OF THE EMPLOYER
                                  )
16
                                  )
17 _____)

18       COMES NOW, Defendant, Trex Enterprises Corporation (refered

19 to  herein  as  "Trex"  or  "Defendant"),  by  and  through  its

20 attorneys of record, LAW OFFICES OF BRIAN W. COLLINS, INC., and

21 file this Answer to Applicant's Allegations and Specifications

22 of  Serious  and  Willful  Misconduct  of  the  Employer  (the

23 "Application for  Additional  Benefits")  and  would  respectfully

24 show the Court as follows:

25       Defendant denies each and every allegation contained in the

26 Application for Additional Benefits and demands strict proof

27 thereof.  Defendant specifically denies any violation of Labor

28 Code Section 4553.

         Further, Defendant Trex asserts that this claim is bar

1 ┆    Wherefore, Defendant Trex requests that the Board wholly

2 ┆ deny any and all relief requested in the aforesaid 132(a)

3 ┆ petition and for such other and further relief deemed just and

4 ┆ proper.

5 ┆ Dated this 4th day of January, 2006.

6 ┆                              Respectfully submitted,

7 ┆                              LAW OFFICES OF BRIAN W. COLLINS, INC.

8

9 ┆                    By:    _Joel Hardman, Hearing Rep._

10 ┆                              Attorney for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATE OF CALIFORNIA              )          **PROOF OF SERVICE BY MAIL**
                                 )
COUNTY OF SAN BERNARDINO         )

    I am employed in the aforesaid county, State of California.
I am over the age of 18 years and not a party to the within
action.  My business address is Law Offices of Brian W. Collins,
Inc., 1980 Orange Tree Lane, Suite 105, Redlands, CA  92374.  On
**January 4, 2006,** I served or caused to be served the foregoing
document described as Answer to Allegation of Serious and
Willful Misconduct on the interested parties in this action.

[X]  a true copy thereof enclosed in a sealed envelope(s)
     addressed as follows:

Broadspire                          Grey & Prouty (for St. Paul)
Attn: Cynthia Cali                  4025 Camino del Rio, ste. 105
Claim NO. 792-CU-145914, 149148     San Diego, CA 92108
Post Office Box 15810
Sacramento, CA 95852

Amos Cendali                        St. Paul Mercury Insurance
1112 Portola Avenue                 P.O. Box 64907
Spring Valley, CA 91977             St. Paul, MN 55164-0907

Trex Enterprises Corp.              Shelburne Sherr Court Rept.
Attn: Nick Amicone, Dir, H.R.       501 W. Broadway, suite 1330
10455 Pacific Center Court          San Diego, CA 92101
San Diego, CA 92121-4339

[X]  (BY MAIL) I caused such envelope(s) with postage thereon
     fully prepaid to be placed in the United States mail at
     Redlands, California.

[ ]  (BY PERSONAL SERVICE) I delivered such envelope(s) by hand
     to the offices of the addressed.

[X]  (STATE) I declare under the penalty of perjury under the
     laws of the State of California that the foregoing is true
     and correct.

Executed on **January 4 2006,** at Redlands, California.

RE: CENDALI, AMOS                                                      2
October 4, 2005

I note Amos Cendali's injury was to his left great toe on November 20, 2003, and I note the working diagnoses were:

1.  Comminuted fracture minimally displaced, proximal phalanx left great toe, 2/06/2003, healed.
2.  Fracture distal phalanx left great toe with associated symptoms of sesamoiditis, secondary to the injury of 11/20/2003, persisting and symptomatic.

At the time of my evaluation on June 28, 2004, I opined a foot and ankle specialist should be consulted as to the diagnosis of a sesamoiditis, the known facts of a fracture of the proximal phalanx and distal phalanx of the left great toe, and noted Mr. Cendali had sustained two injuries to his left great toe, with the first on February 6, 2003 and the second on November 20, 2003.

In my report of June 28, 2004, I noted it had been seven months since the injury occurred. I noted Mr. Cendali's current complaint and the physical findings about the left great toe/left forefoot.

I indicated Mr. Cendali was not permanent and stationary for rating purposes as healing was in progress and had not become complete.

I recommended a foot and ankle specialist be consulted which was apparently done. Mr. Cendali was examined by Dr. Sharon Dreeben. Dr. Dreeben recommended a triple-phase bone scan which was performed at her request on March 16, 2005 at Radiology Medical Group and was reported as essentially negative.

I further noted Dr. Dreeben's comment that were the study negative she did not believe there was anything else she would be able to do.

I noted Mr. Cendali was of the opinion his left foot remained unacceptably symptomatic, and he continued to experience pain in the left foot, specifically, the left great toe.

I indicated Mr. Cendali would be best accommodated if he could sit a while, stand a while, and walk a while, and noted he was wearing a steel-toed sneaker with a foot insert of a gel-type material.

I indicated with the information presently known Mr. Cendali should be re-examined by Dr. Dreeben who could give a final recommendation as to whether any additional foot/ankle surgery would be indicated.

I indicated I would be happy to re-examine Mr. Cendali after the consultation with Dr. Dreeben had been completed.

RE: CENDALI, AMOS                                                                                       5
October 4, 2005

## REASONS FOR OPINIONS

My opinions are based on a history taken from Amos Cendali by myself, a review of medical records and special studies regarding his injuries by myself, my personal experience in treating foot and ankle disorders, both conservatively and, when necessary, surgically, and my knowledge of established medical principles regarding the lower extremities and their treatment.

**Approximately one hour of my professional time was required to review my entire file on Amos Cendali, review literature pertinent to forefoot and great toe injury, perform necessary research, assemble the material into meaningful form, and to dictate the final report.**

**Issues of causation and apportionment are addressed.**

**This report is billed therefore as an ML104-94-97 level of services provided and billed at the current medical/legal rate.**

If I can be of any further assistance in this matter, please do not hesitate to contact me.

**AFFIDAVIT OF COMPLIANCE:**
"In compliance with Labor Code §4628(b), §4628(j) and §5703(a)(2) and Regulation 9795, I declare under penalty of perjury that the information contained in this report and its attachments, if any, is true and correct to the best of my knowledge and belief, except as to information that I have indicated I received from others. As to that information, I declare under penalty of perjury that the information accurately describes the information provided to me and, except as noted herein, that I believe it to be true."

"I further declare under penalty of perjury that I personally performed the evaluation on the date and at the location stated on the face sheet of this report and that, except as stated herein, the evaluation was performed under, and the time spent performing the evaluation, was in compliance with the guidelines, if any, established by the Industrial Medical Council or the administrative director pursuant to §5307.6 of the California Labor Code."

"I further declare under penalty of perjury that I have not violated the provisions of California Labor Code §139.3 with regard to the evaluation of this patient or the preparation of this report."

Date of Report:        October 4, 2005

Signed this 17th day of January 2006, in San Diego County California.

Sincerely,

Byron F. King, M.D.

BFK/cmm
cc: St. Paul Fire & Marine/ Attn: Andrea Primus

# ≡BYRON F. KING M.D., INC.

### *Diplomate of The American Board of Orthopaedic Surgery*

Agreed Medical Examiner
Qualified Medical Examiner
Independent Medical Examiner

October 4, 2005

Hand Surgery
Orthopaedic Surgery
Arthroscopic Surgery

James B. James, Esq.
LAW OFFICES OF GRAY & PROUTY
4025 Camino Del Rio S., Suite 105
San Diego, CA  92108

Brian C. Mitchell, Esq.
LAW OFFICES OF MITCHELL & SHEA
1540 6th Avenue
San Diego, CA   92101

| | | |
|---|---|---|
| RE: | CENDALI, AMOS | #37242 |
| EMP: | Trex Enterprises Corp. | |
| CLM #: | WV A610147122A001 | |
| WCAB#: | SDO 323292 | |
| DOI: | 11/20/2003 | |
| DOS: | 10/04/2005 | |

**AGREED MEDICAL EXAMINER'S SUPPLEMENTAL REPORT (ML104-94-97)**

Today, October 4, 2005, I have had the opportunity to review and respond to a request for additional information on Amos Cendali from James B. James, Esq., legal counsel for the defense.

Amos Cendali is represented by Brian C. Mitchell, Esq.

In a letter dated August 11, 2005 and date stamped into my office on August 15, 2005, Attorney James acknowledges my Agreed Medical Examiner's Report of June 21, 2005 and my recommendation that Amos Cendali return to Dr. Sharon Dreeben, a foot and ankle specialist, for follow-up care.

Attorney James also indicates a three-phase bone scan requested by Dr. Dreeben on January 11, 2005 as reported as normal by Dr. Buckley, a radiologist.

Mr. James indicates Dr. Dreeben had indicated should the study be negative there was nothing further that could be done. Mr. James requests that I submit a final permanent and stationary report on Amos Cendali.

In order to do so, I reviewed my file on Amos Cendali including my Agreed Medical Examiner's Reports dated June 28, 2004 and June 21, 2005.

UNUM will not pay a benefit for any period of disability during which you are incarcerated.



## WHAT IS A PRE-EXISTING CONDITION?

You have a pre-existing condition if:

- you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines in the 3 months just prior to your effective date of coverage; or you had symptoms for which an ordinarily prudent person would have consulted a health care provider in the 3 months just prior to your effective date of coverage; and
- the disability begins in the first 12 months after your effective date of coverage.

## WHAT HAPPENS IF YOU RETURN TO WORK FULL TIME AND YOUR DISABILITY OCCURS AGAIN?

If you have a **recurrent disability**, UNUM will treat your disability as part of your prior claim and you will not have to complete another elimination period if:

- you were continuously insured under the plan for the period between your prior claim and your recurrent disability; and
- your recurrent disability occurs within 6 months of the end of your prior claim.

Your recurrent disability will be subject to the same terms of this plan as your prior claim.



Any disability which occurs after 6 months from the date your prior claim ended will be treated as a new claim._ The new claim will be subject to all of the policy provisions.

If you become entitled to payments under any other group long term disability plan, you will not be eligible for payments under the UNUM plan.

# CERTIFICATE OF COVERAGE

UNUM Life Insurance Company of America (referred to as UNUM) welcomes you as a client.

This is your certificate of coverage as long as you are eligible for coverage and you become insured. You will want to read it carefully and keep it in a safe place.

UNUM has written your certificate of coverage in plain English. However, a few terms and provisions are written as required by insurance law. If you have any questions about any of the terms and provisions, please consult UNUM's claims paying office. UNUM will assist you in any way to help you understand your benefits.

If the terms and provisions of the certificate of coverage (issued to you) are different from the policy (issued to the policyholder), the policy will govern. Your coverage may be cancelled or changed in whole or in part under the terms and provisions of the policy.

The policy is delivered in and is governed by the laws of the governing jurisdiction and to the extent applicable by the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments. When making a benefit determination under the policy, UNUM has discretionary authority to determine your eligibility for benefits and to interpret the terms and provisions of the policy.

For purposes of effective dates and ending dates under the group policy, all days begin at 12:01 a.m. and end at 12:00 midnight at the Policyholder's address.

**UNUM Life Insurance Company of America**
**2211 Congress Street**
**Portland, Maine 04122**

# Trex Enterprises Corporation

## Your Group Long Term Disability Policy

### Policy No. 552549.011

Underwritten by Unum Life Insurance Company of America

C.1

10-2000   M8

# Trex Enterprises Corporation

## Your Group Life & Accidental Death and Dismemberment Plan

Policy No. 552549.012

Underwritten by Unum Life Insurance Company of America

C.1

10-2000   M8

1   COUNT 4. ( 5 Pages ) Attached  the evidance supporting the charge

2

3       THE JUSTIFICATION OF THE US HEALTH WORKS MEDICAL GROUP PRACTICE.

4

5   EVIDANCE EXIBITS. (37) US Health Works Medical Group.

6   Date 2-6-03 Comminuted fracture 1st Proximal Phalanx, ( original yellow receit Case S 66584 )

7   Date 2-6-03 Abnormal Comminuted fracture 1st Proximal Phalanx.

8   violating the Unum Life Insurance of America LTD proivitions.

9

10

11      EVIDANCE EXIBITS. (37) b DOCTORS FIRST REPORT OF OCCUPATIONAL ILLNES OR INJ

12   Dated 2-6-03 Abnormal Comminuted fracture 1st Proximal Phalanx.

13   Diagnostic  826.0 Fracture Toe.

14   Box Indicating  Work Status is the patient  able to perform usual work (YES)

15   (NOTE) TTD for 3 Days off work, Trex accommodated my restrictions until I was back to speed.

16   violating the Unum Life Insurance of America LTD proivitions.

17

18

20

21              UNUM LIFE INSURANCE OF AMERICA, LTD POLICY.

22              PROIVITIONS FOR PRE EXISTING CONDITIONS

23

24   You received medical treatment, consultation, care or service in the 3 months just prior

25   to your effective date of coverage.

26    what the intent was to make it look like I had a (occupational illneee) means any (abnormal condit

27   or disorder caused by exposure to environmental factors associated with employment etc.

*PINK*
*GREEN*
*YELLOW*

1 of

STATE OF CALIFORN
Division of Workers' Compensati

## S. HealthWorks
MEDICAL GROUP TREX ENTERPRISES 66584 AN'S PROGRESS REPORT (PR-

DOS: 2/06/03 DOI: 2/06/03 DOB: 11/27/69

Patient Last _____ Inc.#: _____

SS#: _____ Patient: Cendali, Amos Claim# _____

Employer: _____ Case # : 103-009438 Ref # : Injury Fax: _____

Claims Administrator _____ Tel: _____ Fax: _____

**REASON FOR SUBMITTING REPORT** (Check all that apply. If any box aside from "Other" applies, this report qualifies as mandatory.)
- ☐ Significant change in patient's condition
- ☐ Need for referral or consultation
- ☐ Info. requested by: _____
- ☐ Significant change in work status
- ☐ Need for surgery or hospitalization
- ☐ Discharged
- ☐ Significant change in treatment plan
- ☐ Periodic Report (45 days after last report)
- ☑ Other: 1st visit

**PATIENT STATUS** Since the last exam, this patient's condition has: N/A
- ☐ improved as expected
- ☐ improved, but slower than expected
- ☐ not improved significantly
- ☐ worsened
- ☐ reached plateau and no further improvement is expected
- ☐ been determined to be non-work related

**SUBJECTIVE COMPLAINTS** (Document and describe significant complaints if this report qualifies as mandatory.)

*See chart*

**OBJECTIVE FINDINGS** (Document significant exam findings, lab, imaging, and other diagnostic testing if this report qualifies as mandatory.)

*original yellow copy available AC*

**DIAGNOSES** (Include ICD-9 code, if possible)
Comminuted Fracture (L) Great toe Proximal Phalanx

**TREATMENT**
- ☑ Office Visit / Injury Treatment
- ☐ Start / ☐ Continue P. Therapy: ____ times / week for ____ weeks ☐ Other _____
- ☑ Medications / Supplies Dispensed Ibuprofen 800mg, 1 #3, Crutches / anti biomin
- ☐ Consultation / ☐ Referral ☐ Requested / ☐ Pending. Specialty _____ ☐ Work status to be determined by speci
  - Estimated length of treatment is now 6-8 weeks Post-Op Shoe, Buddy Tap

**WORK STATUS** ☐ First Aid Case
- ☐ Return / ☐ Continue to work without restrictions.
- ☐ Off the balance of this shift only. Then RTW on ☐ Full / ☐ Modified duty. ☐ Re-evaluate work status before next shift.
- ☑ Off work. Estimated period of total temporary disability 3-4 days.
- ☐ Return to work as of _____ with the restrictions indicated below. Estimated duration of modified duty is ____ days.
  - ( ) No work near moving machinery
  - ( ) No / ( ) Limited use of R / L hand to ____ hrs/day
  - ( ) No / ( ) Limited standing or walking to ____ hrs/day
  - ( ) No / ( ) Limited overhead work to ____ hrs/day
  - ( ) No / ( ) Limited stooping and bending to ____ hrs/day
  - ( ) No / ( ) Limited kneeling or squatting to ____ hrs/day
  - ( ) No / ( ) Limited ☐ Lift ☐ Pull ☐ Push
    - Up to: ☐ 10 lbs ☐ 25 lbs ☐ 50 lbs ☐ ____ lbs
  - ( ) No climbing
  - ( ) Sit down job
  - ( ) Must wear ☐ Splint ☐ Immobilizer ☐ Back support ☐ Cage ☐ Other _____
  - ( ) Must keep _____ elevated
  - ( ) Keep wound/bandage clean and dry
  - ( ) Must take a ____ - minute stretch break every ____ minutes f
    - ( ) Keyboard / ( ) _____
  - ( ) Other _____
- ☐ Medical status was discussed with employer representative _____

IF NO MODIFIED WORK IS AVAILABLE AT PLACE OF WORK, EMPLOYEE SHOULD BE OFF WORK.

**DISCHARGE STATUS** ☐ Patient discharged from care effective this date. ☐ NON-INDUSTRIAL. Patient instructed to see physician at own expense.

**PERMANENT AND STATIONARY** ☐ No ☐ Yes as of _____ ☐ with/ ☐ without permanent work restrictions or ratable factors of permanent disability. Therefore, there is no need for future medical care.

**PRIMARY TREATING PHYSICIAN**
I declare under penalty of perjury that this report is true and correct to the best of my knowledge and that I have not violated Labor Code § 139.3.

Name _____ Cal. Lic # _____ Date of Exam 2/6/03

Specialty: _____ Signature (Original) _____ 2/6/03

Executed at: U.S. HealthWorks / Sorrento Mesa, 5897 Oberlin Drive, Suite 100, San Diego, CA 92121 Tel: (858) 455-0200 • Fax: (858) 455-0044

| YOUR NEXT APPOINTMENT WITH THE DOCTOR IS: | YOUR NEXT APPOINTMENT FOR PHYSICAL THERAPY IS: |
|---|---|
| ☐ MON ☐ TUE ☐ WED ☐ THUR ☑ FRI ☐ SAT | ☐ MON ☐ TUE ☐ WED ☐ THUR ☐ FRI ☐ SA |
| DATE: 7x7 O2 TIME: 7:30 am ☐ Before / After Shift | DATE: _____ TIME: _____ ☐ Before / After Shi |

U. S. HEALTHWORKS MEDICAL GROUP

U.S. HEALTHWORKS MEDICAL GROUP, PC

Case# 103-009438

## DOCTOR'S FIRST REPORT OF OCCUPATIONAL ILLNESS OR INJURY

| | | | PLEASE DO NOT USE THIS COLUMN |
|---|---|---|---|
| **2 EMPLOYER** TREX ENTERPRISES | **1. INSURER** KEMPER INSURANCE GROUP | | |
| 3. Street Address 10455 PACIFIC CENTER CT City, State, Zip SAN DIEGO CA 92121 | Street Address P.O. BOX 152145 City, State, Zip PLANTATION FL 33318 Claim # 792145214 | | Case No |
| 4. Business Type | | | |
| **5. PATIENT NAME** (First, Middle, Last) Gendall, Amos | **6. Sex** ☒ Male ☐ Female | **7.** Date of Birth 11/27/69 | Industry |
| 8. Address: No. and Street City 1112 Portola Rd. Spring Valley Zip 91977 | **9.** Telephone Number (619) 469-6045 | | County |
| 10. Occupation (Specific Job Title) Facilities | 11. Social Security Number 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 | | Age |
| **12.** Injured at: 10455 PACIFIC CENTER CT City SAN DIEGO | County SAN DIEGO | | Hazard |
| 13. Date and hour of injury or onset of illness 2/06/03 3:00 PM | **14.** Date last worked Mo. Day Yr. 2/06/03 | | Disease |
| 15. Date and hour of first examination or treatment 2/06/03 3:50 PM | **16.** Have you (or your office) previously treated patient? ☐ Yes ☒ No | | Hospitalization |
| **17. PATIENT, PLEASE DESCRIBE HOW THE ACCIDENT OR EXPOSURE HAPPENED** (Be specific) "PAIN IN LEFT FOOT." | | | Occupation |
| | | | Return Date Code |

18/19/20. **SUBJECTIVE COMPLAINTS/OBJECTIVE FINDINGS/DIAGNOSIS** Chemical or toxic compounds involved? ☐ Yes ☒ No

SUBJECTIVE COMPLAINTS: PATIENT STATES THAT APPROXIMATELY 1:30 PM TODAY AT WORK, HE WAS MOVING FURNITURE (HEAVY TABLE) AND PLACED TABLE ON IT'S SIDE TO FIX LEGS. TABLE FELL ONTO LEFT FOOT, POSITIVE TINGLING IN LEFT TOES. COMPLAINS ALSO OF PAIN IN DORSAL LEFT FOOT NEAR GREAT TOE. DENIES PRIOR LEFT FOOT PROBLEM. COMPLAINT 1: PAIN. LOCATION: LEFT DORSAL FOOT. QUALITY: SHARP, DULL, TINGLING. SEVERITY: SEVERE. TIMING: CONSTANT. MODIFYING FACTORS: EXACERBATED BY: INCREASED PAIN WITH FOOT DOWN. OBJECTIVE FINDINGS: ALERT AND ORIENTED X 3. ABNORMAL GAIT, ERYTHEMA, ECCHYMOSIS, SCARS, SWELLING, DEFORMITY IN FOOT AND ANKLE. POINTS OF TENDERNESS IN FOOT/ANKLE. RESTRICTIONS TO THE GREAT AND LESSER TOE'S RANGE OF MOTION. UNABLE TO BEAR WEIGHT ON LEFT FOOT-WHEEL CHAIR. MODERATE SWELLING/ECCHYMOSIS OF DISTAL DORSAL FOOT IN AREA OF DISTAL METATARSALS 1 AND 2 WITH MODERATE SEVERE TENDERNESS TO PALPATION. MODERATE TENDERNESS TO PALPATION GREAT TOE WITHOUT ECCHYMOSIS/SWELLING. RMLI INTACT. NO SUBUNGUAL HEMATOMA/ECCHYMOSIS. DECREASED RANGE OF MOTION TOE'S 1 & 2. CAPILLARY REFILL LESS THAN 2SEC.

Diagnosis: 826.0    FRACTURE/TOE

X-ray and laboratory results (state if none or pending) RADIOGRAPHIC SERIES OF THE LEFT FOOT. 2 VIEWS. APPEARING: COMMINUTED FRACTURE 1ST PROXIMAL PHALANX. (GREAT TOE).

| 21. Findings consistent with patient's statement? ☒ Yes ☐ No | 22 Other condition that will impede recovery ☐ Yes ☒ No | Explain: |
|---|---|---|

**23. TREATMENT RENDERED**

PATIENT WAS EXAMINED AND VITAL SIGNS WERE TAKEN. HT: 5'8"  WT: 160  P: 89. BP: 136/88. RESP: 24. TEMP: 97.7. ALLERGIES: NKDA. MEDS: NONE. LAST TETANUS: UNKNOWN. TREATMENT: ACETAMINOPHEN. CRUTCHES. BUDDY TAPING. POST OP SHOE. GAIT TRAINING WAS DISPENSED. REFERRAL TO ORTHOPEDICS STAT. PATIENT VOICED UNDERSTANDING OF: AFTERCARE INSTRUCTIONS AND MEDICATION SIDE EFFECTS. WORK RESTRICTIONS AND EXPECTED PROGRESSION OF THE INJURY. OFF WORK. ESTIMATED PERIOD OF TOTAL TEMPORARY DISABILITY 3-4 DAYS.

| 24. If further treatment required, specify treatment. STAT ORTHOPEDICS | | Estimated Days 4 |
|---|---|---|
| 25 If hospitalized as inpatient, give hospital name and location. | | Date Admitted          Estimate'd stay |
| **26. WORK STATUS:** Is patient able to perform usual work? ☐ Yes ☐ No | If no, extended return date to | |
| Regular Work          Mod Work | Specify Restrictions: | |
| Doctor's Signature Name and Degree ROMANO, JOHN Address 5897 OBERLIN DRIVE, SUITE 100 SAN DIEGO CA 9212 | | CA License G674689 IRS Number 95-4643269 Phone Number 453-8400 |

ANY PERSON WHO MAKES OR CAUSES TO BE MADE ANY KNOWINGLY FALSE OR FRAUDULENT MATERIAL STATEMENT OR MATERIAL REPRESENTATION FOR THE PURPOSE OF OBTAINING OR DENYING WORKER'S COMPENSATION BENEFITS OR PAYMENTS IS GUILTY OF A FELONY.

(1)

Attachment

U.S. **HealthWorks**
M E D I C A L   G R O U P

ANKLE-FOOT
New Patient
Page 2 of 2

[E LABEL HERE]

Cendali, Xmas                    Incident #: 103 - 9498    Date: 2-6-03

**2nd Symptoms:**  ☐ None.  (Check all that apply)
☑ Yes ☐ No  Leg pain?    ☑ Yes ☐ No  Leg numbness or tingling?    ☐ Yes ☐ No  Leg swelling s?    ☑ Yes ☐ No  Pain with maison?
☑ Yes ☐ No  Swelling?    ☑ Yes ☐ No  Restricted motion?    ☐ Other: _____

**NATION:**  ☐ Right ☑ Left    (Check all that apply and explain any Yes answers below)
1. ☐ Yes ☑ No  Disoriented to time, place and person and/or non-alert?
2. ☑ Yes ☐ No  Abnormal gait?
3. ☑ Yes ☐ No  Erythema, ecchymosis, scars, swelling, masses or deformities in feet or ankles?
4. ☑ Yes ☐ No  Points of tenderness in feet or ankles?

**of Motion**
☐ Yes ☐ No  Restrictions to the ankle's range of motion?  (If Yes, specify restrictions below)
Dorsiflexion R / L _____/20°    Plantar Flexion R / L _____/50°    Inversion R / L _____/30°    Eversion R / L _____/20°
☑ Yes ☐ No  Restrictions to the Great Toe's range of motion?  (If Yes, specify restrictions)    MT: R _____ L _____    IP: R _____ L _____
☑ Yes ☐ No  Restrictions to the Lesser Toes' ROM?  (If Yes, specify restrictions)    Toes #: _____    MT: R _____ L _____    IP: R _____ L _____

☐ Yes ☐ No  Muscle weakness?  (If Yes, grade any weakness)    Dorsiflexion R _____ L _____ / 1    Plantar Flexion R _____ L _____ / 5
☐ Yes ☐ No  Abnormal deep tendon reflexes?  (If Yes, grade the response)
Patellar reflex (L2-4) R _____ L _____ / 2    Achilles reflex (S1) R _____ L _____ / 2
☐ Yes ☑ No  Any sensory changes to light touch and pinprick?
☐ Yes ☑ No  Asymmetry or decrease in distal pulses?  (If Yes, grade the intensity)  Dorsal Pedal R _____ L _____ / 5    Post. Tibial R _____ L _____ / 5
12. ☐ Yes ☑ No  Abnormal exam of the ipsilateral hip, thigh, knee or leg?

**Procedures and Tests**
☐ Neg ☐ Pos  Inversion Stress Test for lateral instability of ankle.    N/A    14. ☐ Neg ☐ Pos  Eversion Stress test for medial instability of ankle.    N/A
☐ Neg ☐ Pos  Anterior Drawer Sign for instability of the ankle joint.    15. ☐ Neg ☐ Pos  Thomson Squeeze test for Achilles tendon integrity.
☐ Neg ☐ Pos                                                              16. ☐ Neg ☐ Pos

**Description of abnormalities and other physical findings:**

Unable to bear wgt on (R) ft → Wheelchair
_____ swelling/ecchymosis of 1st/2nd/3rd/4th/5th _____
_____ of 2nd/3rd metatarsals 1+2 _____ mild →
severe T/P
_____ TTP _____ be _____ ecchymosis/swelling → All _____
toes
→ Dorsal/plantar hematoma/ecchymosis
_____ form toe _____ foot pain
Strip of toes 2-5
→ Cap Refill < 2sec.

her injuries associated with this incident: NONE.    (Document appropriately)

**DIAGNOSTIC TESTS:**  Radiographic series of the R L ☐ Ankle ☑ Foot ☐ Other _____    Number of views: 3    X-Ray #: 25257

Results:  Wet x-ray reading:  ☐ Normal  ☑ Abnormal  Comminuted fx 1st _____ Phalanx
( related chg )

UNUM will not pay a benefit for any period of disab. during which you are incarcerated.



## *WHAT IS A PRE-EXISTING CONDITION?*

You have a pre-existing condition if:

- you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines in the 3 months just prior to your effective date of coverage; or you had symptoms for which an ordinarily prudent person would have consulted a health care provider in the 3 months just prior to your effective date of coverage; and
- the disability begins in the first 12 months after your effective date of coverage.

## *WHAT HAPPENS IF YOU RETURN TO WORK FULL TIME AND YOUR DISABILITY OCCURS AGAIN?*

If you have a **recurrent disability**, UNUM will treat your disability as part of your prior claim and you will not have to complete another elimination period if:

- you were continuously insured under the plan for the period between your prior claim and your recurrent disability; and
- your recurrent disability occurs within 6 months of the end of your prior claim.

Your recurrent disability will be subject to the same terms of this plan as your prior claim.

Any disability which occurs after 6 months from the date your prior claim ended will be treated as a new claim. The new claim will be subject to all of the policy provisions.

If you become entitled to payments under any other group long term disability plan, you will not be eligible for payments under the UNUM plan.

Trex Enterprises Corporation

Your Group Long Term Disability Policy

Policy No. 552549.011

Underwritten by Unum Life Insurance Company of America

C.1

10-2000   MB

1 | (COUNT 5 ( 5 Pages ) Attached the evidance supporting the charge

2 | Enforcing the Unum Life Insurance of America portability policy

3 | · The entire outstanding principal and accrued interest shall be immediately due and payable.

A Review of UNUM Life Insurance of America Certificates.
2211 Congress St, Portland, Main 04122

Trex Enterprises Corp
Your Group Long Term Disibility Policy
Policy No: 5525-49.011

BENEFITS AT A GLANCE

Employer Original Plan
Effective Date: August 1, 2000
Policy Number: 552549 011
Eligable Group(s):
All Employees in active employmeant.

WHEN DOUSE YOUR COVERAGE END?

Your coverage under the policy or a plan ends on the earliest of:
- the date the policy or a plan is cancelled
- the date you no longer are in an eligable group.

EVIDANCE EXIBIT (2) Trex Enterprises Corp Termination Letter Dated 11-21-2003
EVIDANCE EXIBIT (5) St Paul Insurance Accepted Liability WC Claim DOI 11-20-2003

ERISA
SUMMARY PLAN DESCRIPTION

Plan Identification Number:
a. Employer IRS Identification N. 33-0913574
b. Plan N. 505
Plan Year Ends, December 31

Douse unum policy replace or affect any workers compensation or state disavility Insurance

the policy doss not replace or effect the requirements for coverage by any workers compensation

or state disavility insurance.

EVIDANCE EXIBIT (2) Trex Enterprises Corp Termination Letter Dated 11-21-2003

EVIDANCE EXIBIT (5) St Paul Insurance Accepted Liability WC Claim DOI:11-20-2003

EVIDANCE EXIBIT (5) St Paul Insurance PD Initial base Check stube WC Claim DOI:11-20-2003

EVIDANCE EXIBIT (8) Unum Life Insurance of America Original LTD Certificate Policy

A Review of UNUM Life Insurance of America Certificate of Coverage.

Trex Enterprises Corp

Your Group Life & Accident Death and Dismemberment Plan.

Policy No: 552549.012

## BENEFITS AT A GLANCE

## LIFE INSURANCE PLAN

Employer Original Plan

Effective Date August 1, 2000

Identification Nunber: 552549 012

Eligable Group(s)

All Employees in active employmeant in the united states with the employer

## WHEN DOUSE YOUR COVERAGE END ?

Your coverage under the Summary of Benefits or plan ends on the earliest of

- the date the Summary of Benefits or a plan is canceled

- the date you no longer are in an eligable group

- the date your eligable group is no longer covered

- the last day of the period for which you made any required contribution, or

- the last day you are in active employmeant unless continued due to a labor dispute

or due to a covered layoff or leave of absence or DUE TO AN INJURY or sickness, as

described in this certificate of coverage.

EVIDANCE EXIBIT (5) St Paul Insurance Accepted Liability WC Claim DOI 11-20-2003

## SUMMARY PLAN DESCRIPTION

Name of Plan: Trex Enterprises Corp.    Policy Number 292000.    Identification Number 552549 (

Plan Identification Number:

a. Employer IRS Identification N. 33-0913574  b. Plan N. 505.  Plan Tear Ends: December 31

TYPE OF ADMINISTRATION. Insurer Administrator.

## PORTOBLE INSURANCE COVERAGE AND AMOUNTS AVAILABLE

The portable Insurance coverage will be the current coverage and amounts that you are insured for under your Employer s group plan.

However. the amount of portable coverage for you will not be more than:

· the highest amount of life insurance available for employees under the plan, or

· 5x your annual earnings or

· $750,000.00 from all UNUM group life and accidental death and dismemberment plans combined.

## SUMMARY PLAN DESCRIPTION
### Trex Enterprises Corp 401 (K) Savings Plan

### I. Baisic Plan Information
**Your Employer federal tax identification number is 33-0913574.**

### B. Distributable Events.
### 2. Disavility

If you become disabled while you are employed by your Employer or a Related Employer. so that are eligable for Disability benefits under your Employer s Long Term Disability Plan or eligable for Social Security disability benefits. the full value of your Account balance may be distributed to you upon request. You will automatically become 100% vested in your account balance when you become disabled. You may request a Distribution of your Account balance only if you terminate your employmeant with your Employer or Related Employer.

K. Gray
n P. Welch, Inc.
~ B. James
a Schaffner, Inc.
...ss B. Hazen
...hen M. Berger
rry M. Dixon
...lcolm D. Schick

*Gehring C. Prouty (1947 - 1998)*

n R. Banks, Inc.
...ph A. Hernandez
...nifer A. Haber
...nk M. Jodzio
...vid J. Mitchell
...nh Le Kwan
...vid J. Denshki

C....Kempilan
Kelly J. Han...
Roger A. Carb...zan
Christopher L. Herrin
Diane L. Cray
Daniel R. Brown
Christopher Cooley

Lynne Pearson Houry
Jill S. Grathwohl
G. Bruce Sutherland
Thomas E. Mullen
David J. Gittelman
Dawn C. Nelms
Joanne Marecek

**A PROFESSIONAL CORPORATION**

## SAN DIEGO OFFICE
4025 CAMINO DEL RIO S. SUITE 105
SAN DIEGO, CA 92108

PHONE (619) 521-2660
FAX (619) 521-2655

EMAIL gpsandiego@grayandprouty.com

www.grayandprouty.com

Kathleen L. Wilmage
...nice N. Hueter
Kelly Cox
Rosa M. Hernandez *
Ronald J. Zappelli
Tracy Sturtevant
Jill M. Klein *
Andrew J. Blackburn
Jason P. Williams
Tiffany A. Boyland
Michael McConville
Maureen A. Terheyden
Jeff M. Shalmi
Robin R. Horner *
J. Wellington Glover
Robert L. Banfield

David W. Tate
Barry A. Seperstein
David R. Hurt
Peter E. Cummings
C. Geoffrey Allred
David M. Murphy * '*
Zahra Khoury
Karen L. Anderson

*Of Counsel*
James C. Hazen
* Licensed in Hawaii
** Licensed in Nevada
+ Licensed in New York
++ Licensed in New Jersey

May 23, 2006

Dr. Curt Thomas, D.P.M.
5525 Grossmont Center Drive, 3rd Floor
La Mesa, California 91942

|       |              |   |                        |
|-------|--------------|---|------------------------|
| Re:   | Employee     | : | **Amos Cendali**       |
|       | Employer     | : | **Trex Enterprises**   |
|       | Case Number  | : | SDO 0323292            |
|       | Claim Number | : | WV A610147122A001      |

Dear Dr. Thomas:

It is our understanding that you are scheduled to provide a treatment consult for **Mr. Amos Cendali** on **May 23, 2006** at **8:30 a.m.** on his Workers' Compensation claim. You may recall that the appointment was rescheduled by Mr. Cendali, with the original appointment being scheduled to take place on May 4, 2006.

By way of history, Mr. Cendali injured the same toe on his left foot on two (2) separate occasions, February 6, 2003 and November 20, 2003. Our office represents the defendants, St. Paul Mercury Insurance Company, for the November 20, 2003 accepted injury to applicant's left foot.

Enclosed is a copy of our entire medical file to date.

## BACKGROUND INFORMATION/MEDICALS:

### A.    February 6, 2003 Claim:

The applicant treated primarily with Dr. Romano at US Healthworks, as well as Dr. Serocki. Dr. Serocki issued a March 21, 2003 permanent and stationary PTP report releasing the

SANTA ANA-ORANGE
(714) 558-3751 FAX (714) 973-4736

SAN FRANCISCO
~(650) 246-1440 FAX (650) 246-1441

SACRAMENTO
(916) 419-6663 FAX (916) 419-6663

RIVERSIDE
(951) 276-8750 FAX (951) 276-8392

SAN DIEGO-CIVIL
(619) 718-9790 FAX (619) 718-9797

GROVER BEACH
(805) 786-4050 FAX (805) 786-0133

NEVADA
(702) 474-4856 FAX (702) 474-4857

HAWAII
(808) 523-5528 FAX (888) 523-7924

PETALUMA
(707) 766-1525 FAX (707) 766-8592

PASO ROBLES
(805) 239-8863 FAX (805) 239-5621

LOS ANGELES
(323) 525-3170 FAX (323) 825-3180

FRESNO
(559) 243-4390 FAX (559) 243-4399

SANTA BARBARA
(805) 565-2050 FAX (805) 565-2069

REDDING
(530) 246-9061 FAX (530) 246-0781

POMONA
(909) 623-9066 FAX (909) 623-9936

SALINAS
(831) 444-7736 FAX (831) 444-7748

PAGE 1 of 2

1   SUMMURARY OF PROSECUTION CHARGES,

2

3   Count 1. Charge,  Gov 12926.1 (e) & Civil Code 54 (b) (1) (c)

4   · The willful failure knowing the legislature affirms the importance of the interactive process

5   between the injured worker and the employer in determining a reasonable accommodation, as this

6   requirement has been articulated by the Equal Employment Opportunity Commission in its

7   interpretive guidance of the American with Disabilities Act of 1990.

8   (NOTE) The complaint whit the DEFH claim indicates to also charge whit the EEOC  Mr Cendali ·

9   was not a where there suppost to be filed automaticly, EEOC & DEFH.

10

11   Count 2. Charge Civil Code 51.

12    (a) This section shall be known, and may be cited, as the Unruh Civil Rights Act.

13   All persons within the jurisdiction of this state are free and equal, and no matter what there Disav

14   are entitled to the full and equal accommodations, advantages, facilities, priviliges, services in all

15   business establishments of every kind whatsoever.

16    (c) This section shall not be construed to confer any right,  privilege on a person that is condition

17   limitrd by law that is applicable alike to persons of every disavility.

18   (e) For porposes of this section: (1) (f)

19

20   Count 3. Charge Any person who alters or mofifies the medical record of any person, with fraudulı

21   Intent, & who, with fraudulent intent, creates any false medical recored is subject to Criminal & (

22   penaltys.

23   · Trex Enterprises Corp 401 (K) Savings Plan, Summary Plan Description, Binds all Participants

24   Employers, former Emplotees, and their Beneficiaries.

25   Unum Life Insurance of America, Income Protection Claim Form binds the employer & the physic

26   including the employee.

27

28

PAGE 2 of 2

Count 4. Charge  Any person who alters or mofifies the medical record of any person, with fraud
Intent, & who, with fraudulent intent, creates any false medical recored is subject to Criminal
penaltys.

Count 5..
Enforcing the unum life insurance of america portability policy contract.

INVESTIGATING AGENCY, The Department of Employment Fair & Housing.

Superciding Notification right to sue notice, Notice right to sue letter
Master remedys provided for violations of california civil code 51, 54, Intitles Mr Cendali jr
to recover for each offence for the actual damages and any amount as may be
determined by jury, or the court sitting without a jury, up to a maximum of three times the am
of actual damages but in no case less than one thousand dollars ($1,000),

  I Certify, that chainges have been made & aditional Information is included & I declare under
of perjury under the law of the state of california that the forgoing is thru & correct
of perjury under the law of the state of california that the forgoing is thru & correct
executed on 8-24-2007 at San Diego, California.


PLAINTIFF AMOS CENDALI JR                DATE 8-24-2007

PAGE 1 of 2

1   SUMMURARY OF PROSECUTION CHARGES,

2

3   Count 1. Charge,  Gov 12926.1 (e) & Civil Code 54 (b) (1) (c)

4   · The willful failure knowing the legislature affirms the importance of the interactive process

5   between the injured worker and the employer in determining a reasonable accommodation, as this

6   requirement has been articulated by the Equal Employment Opportunity Commission in its

7   interpretive guidance of the American with Disabilities Act of 1990.

8   (NOTE) The complaint whit the DEFH claim indicates to also charge whit the EEOC  Mr Cendali ,

9   was not a where there suppost to be filed automaticly, EEOC & DEFH.

10

11   Count 2. Charge Civil Code 51.

12    (a) This section shall be known, and may be cited, as the Unruh Civil Rights Act.

13   All persons within the jurisdiction of this state are free and equal, and no matter what there Disav

14   are entitled to the full and equal accommodations, advantages, facilities, priviliges, services in all

15   business establishments of every kind whatsoever.

16    (c) This section shall not be construed to confer any right,  privilege on a person that is condition

17   limitrd by law that is applicable alike to persons of every disavility.

18   (e) For porposes of this section: (1) (f)

19

20   Count 3. Charge Any person who alters or mofifies the medical record of any person, with fraudulk

21   Intent, & who, with fraudulent intent, creates any false medical recored is subject to Criminal & C

22   penaltys.

23   · Trex Enterprises Corp 401 (K) Savings Plan, Summary Plan Description, Binds all Participants

24   Employers, former Emplotees, and their Beneficiaries.

25   Unum Life Insurance of America, Income Protection Claim Form binds the employer & the physic

26   including the employee.

27

28

1  Count 4. Charge  Any person who alters or mofifies the medical record of any person, with fraudulen

2  Intent, & who, with fraudulent intent, creates any false medical recored is subject to Criminal & Civil

3  penaltys.

4

5  Count 5..

6  Enforcing the unum life insurance of america portability policy contract.

7

8  INVESTIGATING AGENCY, The Department of Employment Fair & Housing.

9

10  Superciding Notification right to sue notice, Notice right to sue letter

11  Master remedys provided for violations of california civil code 51, 54, Intitles Mr Cendali jr

12  to recover for each offence for the actual damages and any amount as may be

13  determined by jury, or the court sitting without a jury, up to a maximum of three times the amount

14  of actual damages but in no case less than one thousand dollars ($1,000),

15

16  I Certify, that chainges have been made & aditional Information is included & I declare under penalty

17  of perjury under the law of the state of california that the forgoing is thru & correct

18  of perjury under the law of the state of california that the forgoing is thru & correct

19  Executed on *12-12-2007* at San Diego, California.

20

21

22

23

24

25  PLAINTIFF AMOS CENDALI JR          DATE *12-12-2007*

26

27

28

1  Amos Cendali Jr

2  1112 Portola Av

3  Spring valley CA 91977

4  (619) 469-6045

5  Attorney, Propia Persona.

6

7              SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                     OF THE COUNTY OF SAN DIEGO

9

10  AMOS CENDALI JR                    Title, Right to sue for Disavility Discrimination

11          PLAINTIFF                  DEFH, E200405D0384-00-p

12                                     Case No. GIC867339

13      vs                             Complaint filed June 12 2006

14  TREX ENTERPRISES CORP              Assigned to The Hon Jeffrey B. Barton.

15          DEFENDANT                  Date. 12-12-2007          Trial (Y)

16

17                                     TRANSFER APPLICATION.

18                                     COURT FILE VOLUME I & VOLUME II

19                                     IN THE MATTER OF

20                                     CENDALI JR vs TREX ENTERPRISES CORP

21                                     A60534

22

23  NOTICE, San Diego County Superior Court 330 West Broadway SD 92101 Honorable Jeffrey

24  Barton,  Trex Enterprises Corp 10455 Pacific Center Court, San Diego CA 92121, (858) 646-5

25  Sheppard Mullin Richter & Hampton LLP, Attorneys at Law, 501 West Broadway 19th floor

26  San Diego CA 92101, (619) 338-6500

27  United States District Court, Southern District Of Californi, a Office Of The Clerk, Edward J.

28  Federal Building, 880 Front St, Room 4290. San Diego Cal 92101- 8900

29  W Samuel Hamrick Jr . Clerk of Court  (519) 557-5600  Fax (619) 702-9900

1  Amos Cendali Jr request to Honorable Judge Jeffrey B. Barton Dep 69 to grant the

2  removal  and transfer the original court file.

3  Complaint Filed: June 12, 2006  Volume I & II In The Matter of ( Cendali Jr vs Trex

4  Enter-r5ses Corp, Case No. GIC867339

5  A60534

6  to

7  United States District Court, Southern District Of Californi, a Office Of The Clerk

8  Edward J. Schartz Federal Building, 880 Front St, Room 4290. San Diego Cal 92101

9  W Samuel Hamrick Jr . Clerk of Court  (519) 557-5600  Fax (619) 702-9900

10  Fed Civil Dep.

11

12  The Superior Court Civil Dep 69 Honorable Judge Jeffrey B. Barton Dep 69

13  the removal, transfer must indicate whether the action remains part of the coordination .

14  proceedings Transmission of papers

15

16  UNAUTHORIZED REMOVAL OF FILES FROM JURISDICTION OF CLERK OF THE

17  SUPERIOR COURT (CLERKS OFFICE) IS A FELONY.

18  (GOVT CODE 6200, 6201)

19

20

21

22

23      Respecfully submited

24

25

26  Plaintiff, Amos Cendali jr                          Date. 12-12-2007

27

28

1  Amos Cendali Jr

2  1112 Portola Av

3  Spring valley CA 91977

4  (619) 469-6045

5  Attorney, Propia Persona.

6

7                SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                     OF THE COUNTY OF SAN DIEGO

9

10  AMOS CENDALI JR                    Title, Right to sue for Disavility Discrimination.

11            PLAINTIFF                DEFH, E200405D0384-00-p

12                                     MOTION TO PROSECUTE

13      vs                             *WILLFULY COMMITING VIOLATION*

14  TREX ENTERPRISES CORP              OF PUBLIC POLICY, 51 & 54.

15            DEFENDANT                Case No. GIC867339

16                                     Assigned to The Hon Jeffrey B. Barton.

17                                     Complaint filed June 12 2006

18                                     Trial by Jury (Y)      Jury Dep Lien. (Y)

19                                     Trial Date.        ?

20

21                                     **PROOF OF SERVICE**

22

23

24

25

26

27

28

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

On  12-12-2007 , I Amos Cendali Jr filed & served the following documents described as

TRANSFER APPLICATION,COURT FILE VOLUME I & VOLUME II

IN THE MATTER OF CENDALI JR vs TREX ENTERPRISES CORP

A60534,   CASE No. GIC867339. on the interested party(ies) in this action

by placing true copies thereof enclosed in sealed envelopes & or packages

addressed as follows:

Superior Court of Cal, County of SD, Hall of Justice 330 West Broadway SD CA 92112

Trex Enterprises Corp 10455 Pacific Center Crt, SD CA 92121

Sheppard, Mullin, Richter & Hampton LLP, 501 West Broadway 19th F, SD CA 92101.

United States District Court, Southern District Of Californi, a Office Of The Clerk, Edward

Federal Building, 880 Front St, Room 4290. San Diego Cal 92101- 8900

W Samuel Hamrick Jr . Clerk of Court  (519) 557-5600  Fax (619) 702-9900

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Amos Cendali Jr

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Cendali Jr Amos A.

### DEFENDANTS
'07 CV 2323 LAB NLS

'07 DEC 12 PM 12:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**(b)** County of Residence of First Listed Plaintiff    San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    San Diego
(IN U.S. PLAINTIFF CASES ONLY)

BY: ___ DEPUTY

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
PRO SE, Amos Cendali Jr, US Address 1112 Portola Av, Spring Valley CA 91977. (619) 469-6045 & TIJUANA B.C. 6-60-70-86

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☒ 445 Amer. w/Disabilities - Employment | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | | | |

**TORTS — PERSONAL INJURY**
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
U.S.C. 42 1021 EMPLOER INTERACTIVE DETERMINATION ON ACCOMMODATING D INJURED W.

Brief description of cause:
Protecting & asserting Amos Cendali Jr Civil Rights & Enforcing Insurance Portability Benefit Contract.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 1,000,00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE Sup Court Civil Hon Jeffrey B. Barton    DOCKET NUMBER A60534

DATE  12-11-2007

SIGNATURE OF ATTORNEY OF RECORD  Amos Cendali Jr

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____





have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees; for example, if it finds your claim frivolous.

If you have any questions about your Plan, you should contact the Plan Administrator. If you have any questions about your rights under ERISA, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210.

## XII.   Services and Fees

Fees and expenses charged under your Account will impact your retirement savings, and fall into three basic categories. *Investment fees* are generally assessed as a percentage of assets invested, and are deducted directly from your investment returns. Investment fees can be in the form of sales charges, loads, commissions, 12b-1 fees, or management fees. You can obtain more information about such fees from the documents (e.g., a prospectus) that describe the investments available under your Plan and from Appendix A: Investment Options. *Plan administration fees* cover the day-to-day expenses of your Plan for recordkeeping, accounting, legal and trustee services, as well as additional services that may be available under your Plan, such as daily valuation, telephone response systems, internet access to plan information, retirement planning tools, and educational materials. In some cases, these costs are covered by investment fees that are deducted directly from investment returns. In other cases, these administrative fees are either paid directly by your Employer, or are passed through to the participants in the Plan, in which case a recordkeeping fee will be deducted from your Account. *Transaction-based fees* are associated with optional services offered under your Plan, and are charged directly to your Account if you take advantage of a particular plan feature that may be available, such as a Plan loan. For more information on fees associated with your Account, refer to your quarterly Account statement or speak with your Plan Administrator.

Trex Enterprises 401(k) Savings Plan

denial, the pertinent reference to the provisions of the Plan, a description of additional material or information required and why it is required, and information about the steps that must be taken to submit a request for review.

### 2.    Review Procedures

You or your Beneficiary may appeal the denial of your claim within 60 days after the date which you receive a denied claim. If you wish further consideration of your claim, you must file a written request for review with the Plan Administrator and include any pertinent documentation. The Plan Administrator shall make a decision on your claim and will notify you in writing within 60 days after receipt or within 120 days if there are special circumstances that may require an extension of time to process the request. If a decision on review is not made then the claim will be considered denied.

### B.    Statement of ERISA Rights

As a Participant in the Plan, you are entitled to certain rights and protections under ERISA. ERISA provides that all Plan Participants shall be entitled to:

- Examine, without charge, at the Plan Administrator's office and at other specified locations such as worksites and union halls, all documents governing the Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor.

- Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated Summary Plan Description. The Plan Administrator may make a reasonable charge for the copies.

- Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each Participant with a copy of this Summary Annual Report each year.

- Obtain a statement telling you whether you have a right to receive a benefit under the plan at normal retirement age (age 65) and if so, what your benefits would be at normal retirement age if you stop working under the Plan now. If you do not have a right to a pension, the statement will tell you how many more years you have to work to get a right to a pension. This statement must be requested in writing and is not required to be given more than once every twelve (12) months. The Plan must provide the statement free of charge.

In addition to creating rights for Plan Participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you, other Plan Participants and Beneficiaries. No one, including your Employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a pension benefit or exercising your rights under ERISA.

If your claim for a pension benefit under the Plan is denied, in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have the Plan review and reconsider your claim. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the Plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.

If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or Federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order, you may file suit in Federal court. If, it should happen, that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you