FILED

08 FEB 20 AM 11: 22

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

NUNC PRO TUNC

FEB 1 9 2008

1  Amos Cendali Jr

2  US Address

3  1112 Portola Av

4  Spring valley CA 91977

5  (619) 469-6045

6  Attorney, Informa Paupers.

# United States District Court
# Southern District of California

| | |
|---|---|
| **AMOS CENDALI JR** | CASE NO. 07CV2323-LAB (NLS) |
| PLAINTIFF | COMPLAINT, FILED 07 DEC 12  PM 12: 23 |
| | TRIAL BY JURY DEMAND |
| | AMENDING. |
| **vs** | COMPLAINT, U.S.C 42 12101 CIVIL RIGHTS. |
| **TREX ENTERPRISES CORP** | TITLE, RIGHT TO SUE FOR DISAVILITY |
| DEFENDANT | DISCRIMINATION. |

& LONG TURM DISAVILITY INSURANCE

ONTRACTUAL LEGAL OBLIGATION.

NOTICE, HEARING

DATE.          TIME.          DEP.

MOTION TO  PROSECUTE, (1) & (2)

WILLFULY COMMITING VIOLATION

OF PUBLIC POLICY.

CIVIL CODE 51, 54 . U.S.C. 42. 12101 ADA 1990

INTITLEMENT TO A JUDGEMENT, (3) & (4)

INTITLEMENT TO RELIEF, (5)

DEMANDING REFREANCE LETTER.

DEMANDING, INJURY REPORT DOI: 11-20-200

DEMAND $1,000,000.00 MILLION.

1   On February 14 2008 Amos Cendali Jr,  whent to the southern district court, tolled the clerk that

2   Amos Cendali jr was expecting approval or rejection for the forma peupers form that was filed with

3   the complaint package on Dic 12 2007 , ask if there was instructions mailed, the clerk tolled me yes, I ask :

4   tolled the clerk, I talk to the family member in spring valley several times in the 63 days, I whas whaiting

5   I contacted several times, they tolled me nothing from the southern district court ?

6   the clerk gave me this phone number (619) 557-5874 to talk to person and he will give me instructions.

7

8   on februrary 15 2008 Amos Cendali Jr called the and talk to the person and recommended the F.C.P. 60.

9   and simply explain to the Honorable Judge Larry Alan Burnssssss. what happand.

10

11  I hope you understand the delay.

12

13  The Dic 14 2008  order granting motion to proceed in forma Pauperis & dismissing complaint copy is not :

14  the 5 counts, the supporting evidance with the specific information & the 2 page, 5 count charging docum

15

16  Amos Cendali Jr is filling the same package, the same package copys will have Page numbers & will be

17  punched & dated.

18

19  Amos Cendali Jr,  will amend only the front cover & additionaly I am including the following documents

20  -- The Superior Court, Civil, Case History Cover, Page (6)

21  - Court Rullings, Page 7 to 24

22  - Additional information in the charging document,  Pages (25) (26)

23  - Form, Decleration of service, Pages (27)

24  - Form, USM 285 Page (28)

25  - Form, Consent to proceed before a US Magistrate Judge & order of refrence. Page (29)

26  - Form, Supeona in Civil Case, Page (30)

27  - Items, (1) (2) (3) requested by the Honorable Judge Larry Alan Burns

28  after the defendant answers each specific count, (1) (2) (3) (4) (5) the court can go foward.

1.  Plaintiff must explain why the Court has jurisdiction.

STATE OF CALIFORNIA – State and Consumer Services Agency                                     ARNOLD SCHWARZENEGGER, Governor

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
1350 Front Street, Suite 3005, San Diego, CA  92101
(619) 645-2681  TTY (800) 700-2320  Fax (619) 645-2693
www.dfeh.ca.gov



March 11, 2005

AMOS AMITO CENDALI
1112 PORTOLA AVENUE
SPRING VALLEY, CA 91977

RE:    E200405D0384-00-p
       CENDALI/TREX ENTERPRISES CORP.

Dear AMOS AMITO CENDALI:

Your complaint of discrimination (identified above) is on file with our office. According to the Fair Employment and Housing Act, the Department of Fair Employment and Housing (DFEH) must notify you of your right to request a right-to-sue notice which will authorize you to file a private lawsuit in a California Justice, Municipal or Superior Court on your own behalf. This letter is your notification of your right to request that notice.

No action is required by you unless you decide to request a right-to-sue notice.  If you choose to exercise this option you must:

    1)     notify DFEH in writing of your intent; and

    2)     provide your own legal counsel; and

    3)     file your lawsuit within one year from receipt of the right-to-sue notice.

If you do request a right-to-sue, DFEH will discontinue its investigation and close your complaint.  If you do not request a right-to-sue, DFEH will continue to process your complaint. A right-to-sue notice will then be issued upon conclusion of our investigation, or one year after your complaint was filed, whichever comes first.

If you do not wish to request a right-to-sue notice, you need not respond to this letter.

Sincerely,

*Belinda De La Cruz*

Belinda DeLa Cruz
District Administrator

DFEH-200-21 (06/98)                                                                    DOLIVEIGL

1. Plaintiff must explain why the Court has jurisdiction.

# CERTIFICATE OF COVERAGE

UNUM Life Insurance Company of America (referred to as UNUM) welcomes you as a client.

This is your certificate of coverage as long as you are eligible for coverage and you become insured. You will want to read it carefully and keep it in a safe place.

UNUM has written your certificate of coverage in plain English. However, a few terms and provisions are written as required by insurance law. If you have any questions about any of the terms and provisions, please consult UNUM's claims paying office. UNUM will assist you in any way to help you understand your benefits.

If the terms and provisions of the certificate of coverage (issued to you) are different from the policy (issued to the policyholder), the policy will govern. Your coverage may be cancelled or changed in whole or in part under the terms and provisions of the policy.

The policy is delivered in and is governed by the laws of the governing jurisdiction and to the extent applicable by the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments. When making a benefit determination under the policy, UNUM has discretionary authority to determine your eligibility for benefits and to interpret the terms and provisions of the policy.

For purposes of effective dates and ending dates under the group policy, all days begin at 12:01 a.m. and end at 12:00 midnight at the Policyholder's address.

**UNUM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122**

CC.FP-1          CC.FP-1   (8/1/2000)                                    1



urCV2323

2.   Plaintiff must state plainly what claims he is making against Defendant. Specifically, he must explain what Defendant did or failed to do, and why he is entitled to be awarded $1 million in damages as a result.

The Defendant deverted from answering to the (5) count charges in the Superior Court

Amos Cendali Jr Request the court for authorization approval to have the service of process

an Order to Compel the Defendant Trex Enterprises Corp to Answer the Charging Document

Pleading & Produce Documents in the Civil Supeona.& have the US Marshall or a person specially

for that purpose, who shall make proof of service, the fee for processing the service can go the Lien..

It is apropriate to allow defendant time to file an Answer to the 5 Counts Charges and for the Court to

go foward from there.

Amos Cendali jr, Request the Southern District Court Civil Dep, to Proceed Before A United States

Magistrate Judge & Schedule a Hearing Date.

Thank you for your attention.

_____

Amos Cendali jr                                    DATE 2-19-2008

FORMA PAUPERIS.

07CV2323

Statement summarizing the case history

in

Superior court of the state of california

of the county of san diego.


The Following 17 Pages are the court Rullings

From Date 1-24-2007   to   Date 9-28-2007

NUMBER GIC867339    DATE OF HEARING: 01/26/07    DEPT. 59    PAGE 2 OF 2

☑ **TRIAL SETTING:**
☑ TRIAL DATE    5-11-07    at    8:45 AM in Dept. 69
ESTIMATED TRIAL LENGTH: 2 day(s)    JURY DEMAND: Plaintiff____ Defendant____ Waived____
☑ TRIAL READINESS CONFERENCE :    4-27-07    at    11:00 am in Dept. 69
☐ SPECIAL SETTLEMENT CONFERENCE: _____    at _____ in Dept. ____
PURSUANT TO THE STIPULATION OF THE PARTIES.
☑ **EXCHANGE OF EXPERTS:**
The parties stipulate to dispense with the demand requirements of CCP 2034, and agree to exchange experts as follows:
1st exchange:  3-9-07    2nd exchange:  3-23-07
(All other provisions of CCP 2034 apply).
☐ ALL MOTIONS AND DISCOVERY, including but not limited to experts, judgment on the pleadings, leave to amend and bifurcate must be completed and jury fees posted by:  4-11-07

☐ **TRANSFER TO ANOTHER COURT OR DISTRICT**
☐ Transfer to _____ Court.    ☐ Appeal period waived.
☐ Plaintiff/Defendant is ordered to pay the fees and costs of transfer by _____
☐ Case is reclassified as limited / general jurisdiction.
☐ OSC why case should not be deemed limited / general jurisdiction set on _____

**IN ADDITION TO THE ABOVE STIPULATION, IT IS FURTHER ORDERED:**
☐ **CONSOLIDATION/SEVERANCE/BIFURCATION**
☐ The case is consolidated with case Nos _____ . Lead case: _____
☐ This case is ordered severed/bifurcated as to _____

**07CV2323**    an Order to Show Cause for failing to appear as noticed by the Court for today's proceeding.
w Cause is set for _____ at _____ in Dept. ____
☐ OSC WHY CASE SHOULD NOT BE DISMISSED
☐ The Order to Show Cause is set for _____ at _____ in Dept. _____
☐ CMC CONTINUED TO: _____ at _____ in Dept. _____
OTHER: Second amended complaint due filed 15 days from today. Plaintiff does not wish to participate in any alternative dispute resolution

IT IS SO ORDERED:
Dated: 01/26/07

JUDGE/COMMISSIONER OF THE SUPERIOR COURT
JEFFREY B. BARTON

CMC- MINUTES/ORDER OF THE COURT

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN DIEGO**
**CENTRAL**

**MINUTE ORDER**

F I L E D

APR 20 2007

By: D. JELLISON, Deputy

Date: 04/20/2007                              Time: 09:00:00 AM          Dept: C-69

Judicial Officer Presiding: Judge Jeffrey B. Barton

Clerk: Deborah Jellison

Bailiff/Court Attendant: Henry Whatley

ERM:

Reporter: Norma Jean Flores
Case Init. Date: 06/12/2006
Case No: GIC867339                            Case Title: CENDALI vs TREX ENTERPRISES CORPORATION

Case Category: Civil - Unlimited        Case Type: Civil Rights

Event Type: Motion Hearing (Civil)

Moving Party: TREX ENTERPRISES CORPORATION

Causal Document & Date Filed: Motion - Other, 03/05/2007

Appearances:

AMOS JR CENDALI is present
STACEY JAMES is present for TREX ENTERPRISES CORPORATION

THIS BEING THE TIME PREVIOUSLY SET FOR DEFENDANT'S **DEMURRER TO SECOND AMENDED COMPLAINT.**

The Court hears arguments of plaintiff and counsel for defendant, Attorney James. Attorney James makes a request that plaintiff follow the proper method of service for her client and requests to continue the trial. Plaintiff, Amos Cendali, opposes the request to continue the trial and requests to have sanctions against Attorney James. The Court **orders** Mr. Cendall to serve any and all documents for the defendant on defendant's counsel, Attorney James. The Court **denies** plaintiff's request for sanctions as that issue is not before the Court at this time and was not included in the motion.

Attorney James informs the Court that defendant is willing to participate in a Settlement Conference. Upon the Court's inquiry Mr. Cendali is not interested in a Settlement Conference. The Court states for the record that the Trial and Trial Readiness Conference remain as set. The Trial is scheduled for August 10, 2007 at 8:45 am and the Trial Readiness Conference is set for August 3, 2007 at 11:00 am.

After hearing arguments of plaintiff and counsel for defendant:

The Court takes this matter under submission.

The Court will render a written ruling.

_____
Judicial Officer Presiding: Judge Jeffrey B. Barton

SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN DIEGO
CENTRAL

F I L E D

**MINUTE ORDER**

APR 2 4 2007

By: D. Jamison, Deputy

Date: 04/24/2007                          Time: 09:00:00 AM          Dept: C-69

Judicial Officer Presiding: Judge Jeffrey B. Barton

Clerk: Deborah Jamison

Bailiff/Court Attendant:

ERM:

Reporter:

Case Init. Date: 06/12/2006

Case No: GIC867339          Case Title: CENDALI vs TREX ENTERPRISES CORPORATION

Case Category: Civil - Unlimited      Case Type: Civil Rights

Event Type: Motion Hearing (Civil)

Moving Party: TREX ENTERPRISES CORPORATION

Causal Document & Date Filed: Motion - Other, 03/05/2007

Appearances:

FINAL RULING FOR HEARING ON APRIL 20, 2007

The Court, having taken the above-entitled matter under submission on 04/20/2007 and having fully considered the arguments of all parties, both written and oral, as well as the evidence presented, now rules as follows:

On April 20, 2007, the Court heard oral argument on defendant Trex Enterprises Corporation's general and special unopposed Demurrer to plaintiff Amos Cendali's Second Amended Complaint (mislabeled as the First Amended Complaint). The Court vacates the tentative ruling of April 19, 2007, and Court enters the following order in its place:

Defendant Trex Enterprises Corporation's General and Special unopposed Demurrer to plaintiff Amos Cendali's Second Amended Complaint is sustained, without leave to amend. This is plaintiff's third attempt to state a valid cause of action, and yet plaintiff's Complaint remains uncertain and fails to state factual allegations to support each alleged claim. Although plaintiff asserted at the hearing that he has evidence to support his claims, he was unable to articulate what legal theory he is relying upon when requested. Plaintiff did not indicate with any specificity what allegations would be raised in the amended pleadings. The exhibits to the Second Amended Complaint support defendant's position that plaintiff should not be granted leave to file a Third Amended Complaint.

Although plaintiff has now shown that he filed a claim for discrimination with the Department of Fair Employment and Housing prior to filing this lawsuit, the claim itself references that he suffered a work related injury, with a doctor's note indicating restrictions, and that he was terminated. Plaintiff also references that there is a Worker's Compensation Appeal. Any cause of action based upon violations of workers compensation statutes is barred because the Workers' Compensation Appeals Board would have exclusive jurisdiction over his injuries.

Plaintiff's cause of action for falsification of medical records is uncertain because plaintiff does not allege that Trex had access to his medical information or how defendant may have improperly disclosed this information. There is no basis to support the allegations as the employer is not a medical provider.

////

////

////

Date: 04/24/2007                          MINUTE ORDER                          Page: 1

Dept: C-69                                                          Calendar No.: 1868

Case Title: CENDALI vs TREX ENTERPRISES
CORPORATION                                    Case No: GIC867339

1   Plaintiff also cites Civil Code sections 54, 54.1, and 54.2 which prohibit discrimination against physically disabled persons in public
    accommodations. Plaintiff has not alleged that Trex is a place of public accommodation that has discriminated against him with respect
2   to accessibility issues. Accordingly, the demurrer is sustained.

3   The Court vacates all other hearing dates on this case.

4   IT IS SO ORDERED.

5

6   _____
    JEFFREY B. BARTON
7   Judge of the Superior Court

    -ddj-
8

9

0

1

.2

.3

.4

5

6

7

8

9

:0

l

2

.3

.4

.5

6

7

8

SUPERIOR COURT OF CALIFORNIA
SAN DIEGO COUNTY
330 West Broadway
San Diego 92101

ADDRESS SERVICE REQUESTED

B.SDCHT S11

AMOS JR CENDALI
1112 PORTOLA  AVE
SPRING VALLEY, CA 91977

07CV2323

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO<br>STREET ADDRESS: 330 West Broadway<br>MAILING ADDRESS: 330 West Broadway<br>CITY AND ZIP CODE: San Diego 92101<br>BRANCH NAME: Central<br>TELEPHONE NUMBER: (619) 685-6146 | *FOR COURT USE ONLY* |
|---|---|
| PLAINTIFF: AMOS JR CENDALI | |
| DEFENDANT: TREX ENTERPRISES CORPORATION | |
| SHORT TITLE: CENDALI VS TREX ENTERPRISES CORPORATION | April 24, 2007 |
| **NOTICE OF DISMISSAL** | CASE NUMBER:<br>GIC867339 |

Date: 04/24/2007                                    Judicial Officer: Joffrey B. Barton

On court's own motion, case dismissed pursuant to the San Diego. Rules.

Jury fees may be forfeited within 20 days of this notice. Section 631.3 of the California Code of Civil Procedure.

Clerk of the Court

By: _____, Deputy



**CLERK'S CERTIFICATE OF SERVICE BY MAIL**

CASE NUMBER:
GIC867339

I certify that I am not a party to this cause. I certify that a true copy of the attached was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The mailing and this certification occurred at San Diego, California, on 04/25/2007

Clerk of the Court. by: _____ , Deputy

STACEY JAMES
501 W. BROADWAY, STE 900
SAN DIEGO, CA 92101

AMOS JR CENDALI
1112 PORTOLA AVE
SPRING VALLEY, CA 91977

07CV2323

13

| | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**<br>STREET ADDRESS: 330 West Broadway<br>MAILING ADDRESS: 330 West Broadway<br>CITY AND ZIP CODE: San Diego 92101 KH<br>BRANCH NAME: Central<br>TELEPHONE NUMBER: (619) 685-6145 | **F I L E D**<br>Clerk of the Superior Court<br><br>APR 2 4 2007<br><br>April 24, 2007 By: D. JELLISON, Deputy |

| |
|---|
| PLAINTIFF: AMOS JR CENDALI |
| DEFENDANT: TREX ENTERPRISES CORPORATION |
| SHORT TITLE: CENDALI VS TREX ENTERPRISES CORPORATION |

| | CASE NUMBER: |
|---|---|
| **NOTICE OF DISMISSAL** | GIC867339 |

Date: <u>04/24/2007</u>                    Judicial Officer: Jeffrey B. Barton

On court's own motion, case dismissed pursuant to the San Diego. Rules.

Jury fees may be forfeited within 20 days of this notice. Section 631.3 of the California Code of Civil Procedure.

Clerk of the Court

By: _____, Deputy
       **DEBORAH JELLISON**

07CV2323

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

Central
330 West Broadway
San Diego 92101

SHORT TITLE: CENDALI VS TREX ENTERPRISES CORPORATION

| CLERK'S CERTIFICATE OF SERVICE BY MAIL | CASE NUMBER: |
|---|---|
| | GIC867339 |

I certify that I am not a party to this cause. I certify that a true copy of the attached was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The mailing and this certification occurred at San Diego, California, on 04/26/2007.

Clerk of the Court, by: _____**DEBORAH JELLISON**_____, Deputy

STACEY JAMES
501 W. BROADWAY, STE 900
SAN DIEGO, CA 92101

AMOS JR CENDALI
1112 PORTOLA AVE
SPRING VALLEY, CA 91977

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

Central
330 W Broadway
San Diego, CA 92101-3827

F I L E D

**SHORT TITLE:** CENDALI vs TREX ENTERPRISES CORPORATION

APR 2 5 2007

**CLERK'S CERTIFICATE OF SERVICE BY MAIL**

CASE NUMBER:
GIC867339

I certify that I am not a party to this cause. I certify that a true copy of the attached was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The mailing and this certification occurred at San Diego, California, on 04/25/2007.

Clerk of the Court, by: _DEBORAH JELLISON_____, Deputy

STACEY JAMES
501 W. BROADWAY, STE 900
SAN DIEGO, CA 92101

AMOS JR CENDALI
1112 PORTOLA AVE
SPRING VALLEY, CA 91977

☐ Additional names and address attached.

16

07CV2323

# Superior Court of California
## County of San Diego

HALL OF JUSTICE
330 WEST BROADWAY
PO BOX 120128
SAN DIEGO CA 92112-0128

DEPARTMENT 69
(619) 685-6146

## KICKBACK FORM

May 4, 2007

Amos Cendali, Jr.
1112 Portola Avenue
Spring Valley, CA  91977

Case Number: GIC 867339    Case Title:    CENDALI vs. TREX ENTERPRISES, CORP

After review of the attached RIGHT TO SUE FOR DISABILITY DISCRIMINATION, we are unable to process the document(s) for the reason(s) indicated below:

1. This case was dismissed on April 24, 2007 with the Notice of Dismissal being sent to you on April 25th. A copy of the Notice is enclosed for your reference.
2. You may wish to seek legal advice on this matter. You can contact the San Diego Bar Association to request an attorney referable

Thank You,

Deborah Jellison
Courtroom Clerk for Department 69
(619) 685-6146

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

☒ CENTRAL, P.O. BOX 120128, 330 W. BROADWAY, SAN DIEGO, CA 92112-0128,
(619) 531-3141 (CIVIL)          (619) 615-6358 (UNLAWFUL DETAINER)
☐ KEARNY MESA, 8950 CLAIREMONT MESA BLVD., SAN DIEGO, CA 92123-1187, (858) 694-2066
☐ NORTH COUNTY, 325 S. MELROSE DR., VISTA, CA 92081-6643, (760) 726-9595
☐ EAST COUNTY, 250 E. MAIN ST., EL CAJON, CA 92020-3941, 619-441-4100
☐ RAMONA, 1428 MONTECITO RD., RAMONA, CA 92065-5200, (760) 738-2435
☐ SOUTH COUNTY, 500 3RD AVE., CHULA VISTA, CA 91910-5649, (619) 691-4430

CASE NUMBER: _GIC867339_

We are unable to process the attached _Notice of Jury Fee Deposit_ for the reasons indicated below:

☒ $ _150.00_ fee is required for _Initial Jury Fee Deposit_

☒ Case number is ☐ incorrect ☒ missing ☐ not this court's jurisdiction.

☐ Form is incomplete; see red X(s) / highlight.

☐ Document / Check is not ☐ dated ☐ signed.

☒ Original signature(s) are required.

☐ Submitted form is obsolete; use the most current revision attached.

☐ Documents are not legible. If not typed, forms must be legibly printed in black or blue-black ink. (CRC 201(c))

☐ Your pleading is not in compliance with CRC 201. Documents must be submitted on 8 1/2" X 11" paper and must be two-hole punched at the top.

☐ Each document filed by a fax filing agency shall contain the phrase "By fax" immediately below the title of the document. (CRC 2005(f))

☐ The first page of the pleading must specify immediately below the case number: the hearing date, time, department, name of the hearing judge if ascertainable, and trial date if assigned. (CRC 311(b))

☐ Summons must match the Complaint / Cross-complaint **exactly**.

☐ Complaint / Summons indicates another court location; file in appropriate court.

☐ In a Petition for Appointment of Guardian Ad Litem, if the minor is 14 years of age or older, the minor must be the petitioner or consent to the appointment of the Guardian Ad Litem. (CCP 373)

☐ Guardian Ad Litem cannot be a party to the action, absent a court order.

☐ A Petition for Appointment of Guardian Ad Litem must be filed at the same time as, and as a separate document from, the underlying complaint.

☒ Other: _Case dismissed by Court 4-24-07_
_____
_____
_____

**Please return this form when you resubmit your document(s) and enclose a self-addressed envelope large enough for all documents, stamped with sufficient postage.**

CLERK OF THE SUPERIOR COURT

Date: _MAY 1 8 2007_          by: _C. VAN PELT_, Deputy

☐ Checks Returned          Returned to ☒ Plaintiff ☐ Defendant ☐ Attorney via: _U.S. Mail_

SDSC ADM 40(Rev. 7-05)          SENDBACK          **18**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*

*Amos Cendali jr (propia persona)*
*1112 portola av*
*spring valley ca 91977*

TELEPHONE NO.: *619 469 6045*  FAX NO.: *619 469 6045*
ATTORNEY FOR *(Name):*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
☒ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

PLAINTIFF(S)/PETITIONER(S)
*Amos Cendali jr*

DEFENDANT(S)/RESPONDENT(S)
*TREX ENTERPRISES CORP*

**NOTICE OF JURY FEE DEPOSIT**
**(CCP 631, San Diego Superior Court Rules, Division II, Rule 2.12)**

JUDGE: _____

DEPT: _____

CASE NUMBER

**NOTICE**

TO:    The above Court, the Clerk thereof, and all concerned parties:
The above-entitled case, having been set for trial on ___*5-11-07*___, in Department *69* at *8.45* .m., the statutory fee, prescribed as and for first day's deposit for trial by jury, is tendered herewith on behalf of (Plaintiff)(Defendant) *Amos Cendali jr*
(FullName)

Parcel No.(s) (if appropriate) *LIEN case N GIC867339*
*2 DAYS*

Dated: *4-2-07*                          _____
(Signature of attorney)

**DECLARATION OF SERVICE BY MAIL**

I declare that: I am over the age of 18 years and not a party to this case; I am employed in, or am a resident of the County where the mailing took place; and my residence or business address is: *US address 1112 portola av spring valley ca 91977*

I served the **NOTICE OF JURY FEE DEPOSIT** by placing a true copy in separate envelopes addressed to each addressee, respectively, as follows:

*TREX Enterprises corp*
*10455 pacific center court*
*san Diego ca 92121*

I then sealed each envelope and, with postage thereon fully prepaid, placed each for deposit in the United States Postal Service, on the date shown below at *(City and State) san Diego ca*

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Date: *4-2-07*        *Amos Cendali jr*
(Type or Print Name)/(Signature)

SDSC CIV-105(Rev. 8-02)        **NOTICE OF JURY FEE DEPOSIT**

# SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF SAN DIEGO
### HALL OF JUSTICE

## TENTATIVE RULINGS - August 23, 2007

EVENT DATE: 08/24/2007              EVENT TIME: 09:00:00 AM              DEPT.: C-69
JUDICIAL OFFICER: Jeffrey B. Barton

CASE NO.:  GIC867339
CASE TITLE: CENDALI VS TREX ENTERPRISES CORPORATION

CASE CATEGORY:    Civil - Unlimited                    CASE TYPE:  Civil Rights

EVENT TYPE:  Motion Hearing (Civil)
CAUSAL DOCUMENT/DATE FILED:    Motion - Other, 08/14/2007

---

TENTATIVE RULING

Plaintiff Amos Cendali's motion seeking prosecution for willfully committing violation of public is off calendar for failing to file a proof of service showing service on defendant Trex Enterprises Corporation.

Any party who wishes to orally argue the motion must appear on the date and at the time set for the hearing. Failure to appear shall be deemed a waiver of oral argument. If neither party appears at the scheduled hearing, this tentative ruling shall become the final order of the court on the date set for hearing.

IT IS SO ORDERED.



07CV2323

AO 85 (Rev. 10/97 December 11, 1997) Consent to Proceed

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

AMOS CENDALI JR
    PLAINTIFF

        v.

TREX ENTERPRISES CORP.
    DEFENDANT

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE
JUDGE AND ORDER OF REFERENCE**

**CASE NUMBER:**

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily waive their rights to proceed before a judge of the United States district court and consent to have a United States magistrate judge conduct any and all further proceedings in this case, including the trial, and order the entry of a final judgment.

| Plaintiff(s) Signatures | Date |
|---|---|
| *Amos Cendali jr* | *12-11-2007* |
| | |
| | |

| Defendant(s) Signatures | Date |
|---|---|

*I, TYLER MENDELSON A PRC CORP, ON 12-11-2007
STACY E. JAMES Attorney at law, Assistant
indicated she will not sign the consent
to proceed before a US magistrate judge.*

New Case #: _____

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable _____
United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

_____       _____
    Date                   United States District Judge

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN DIEGO**
**CENTRAL**

F I L E D

**MINUTE ORDER**

AUG 2 4 2007

Clerk of the Superior Court

Date: 08/24/2007                    Time: 09:00:00 AM        Dept: C-69 By: D. JELLISON, Deputy

Judicial Officer Presiding: Judge Jeffrey B. Barton

Clerk: Deborah Jellison

Bailiff/Court Attendant: Scot Parriott / Henry Whatley

ERM:

Reporter: Norma Jean Flores
Case Init. Date: 06/12/2006                    Case Title: CENDALI vs TREX ENTERPRISES CORPORATION
Case No: GIC867339

Case Category: Civil - Unlimited        Case Type: Civil Rights

---

Event Type: Motion Hearing (Civil)

Moving Party: AMOS JR CENDALI

Causal Document & Date Filed: Motion - Other,  08/14/2007

Appearances:
AMOS JR CENDALI is present as Plaintiff
STACEY JAMES is present for TREX ENTERPRISES CORPORATION

---

**THIS BEING THE TIME PREVIOUSLY SET FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION SEEKING PROSECUTION.**

The Court notes for the record that a Proof of Service of today's hearing was not filed but counsel for defendant is present in court. Mr. Cendali agrees with the tentative stating that he did not file the Proof of Service and requests to continue the hearing. Attorney James states that she was served with the documents and would like to go forward today but states that the Motion is unclear.

The Court finds that it is appropriate to allow defendant time to file an opposition and for the Court to go forward from there.

The Court continues this hearing to **Friday, September 28, 2007** at **9:00 am** in **Department 69**. The Court sets the following briefing schedule:

Opposition is due by August 31, 2007
Reply is due by September 14, 2007

Attorney James indicates for the record that she will accept service.

Motion Hearing (Civil) continued to 09/28/2007 at 09:00 AM.

_____
Judicial Officer Presiding:  Judge Jeffrey B. Barton

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

SOUTHERN　　　　　　　DISTRICT OF　　　　　　CALIFORNIA

AMOS CENDALI JR　　　　　　　　**SUBPOENA IN A CIVIL CASE**

V.

TREX ENTERPRISES CORP　　　　　　Case Number:[1]

TO:　TREX ENTERPRISES CORP.
　　　　　　　&
　　　SHEPPARD MULLIN
　　　RICHTER & HAMPTON LLP.

☑　YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑　YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑　YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
　-CHARGING DOCUMENT PAGES 1 & 2, ANSWER & PLEA, TO EACH SPECIFIC COUNT 1,2,3,4,5.
　-ONE ORIG, EMPLOYMENT REFRENCE LETTER, FOR AMOS CENDALI JR.
　-ONE COPY OF THE INJURY REPORT FOR DOI: 11-20-2003

| PLACE | DATE AND TIME |
|---|---|

☐　YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

　Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN DIEGO**
**HALL OF JUSTICE**

**TENTATIVE RULINGS** - September 27, 2007

EVENT DATE: 09/28/2007          EVENT TIME:  09:00:00 AM          DEPT.: C-69
JUDICIAL OFFICER: Jeffrey B. Barton

CASE NO.:  GIC867339
CASE TITLE: CENDALI VS TREX ENTERPRISES CORPORATION

CASE CATEGORY:    Civil - Unlimited              CASE TYPE:  Civil Rights

EVENT TYPE:  Motion Hearing (Civil)
CAUSAL DOCUMENT/DATE FILED:

---

**TENTATIVE RULING**

Plaintiff Amos Cendali's motion seeking prosecution for willfully committing violation of public is off calendar. This entire case was dismissed on April 24, 2007, and the court is without jurisdiction to hear this motion.

Any party who wishes to orally argue the motion must appear on the date and at the time set for the hearing. Failure to appear shall be deemed a waiver of oral argument. If neither party appears at the scheduled hearing, this tentative ruling shall become the final order of the court on the date set for hearing.

**IT IS SO ORDERED.**

---

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN DIEGO**
**CENTRAL**

F I L E D
Clerk of the Superior Court

**MINUTE ORDER**

SEP 2 8 2007

By: R. CERSOSIMO, Deputy

Date: 09/28/2007                     Time: 09:00:00 AM        Dept:  C-69

Judicial Officer Presiding:  Judge Jeffrey B. Barton

Clerk: Richard Jr Cersosimo, Patricia Burke-Jennings

Bailiff/Court Attendant: Henry  Whatley

ERM:

Reporter: Linda Schaffer

Case Init. Date: 06/12/2006            Case Title: CENDALI vs TREX ENTERPRISES CORPORATION

Case No: GIC867339

Case Category: Civil - Unlimited       Case Type: Civil Rights

Event Type: Motion Hearing (Civil)

Appearances:

AMOS JR CENDALI is present
STACEY JAMES is present for TREX ENTERPRISES CORPORATION

This being the time previously set for oral argument on Plaintiff's Motion Seeking Prosecution.

The Court hears oral argument.

The Court CONFIRMS the tentative ruling as follows:

Plaintiff Amos Cendali's motion seeking prosecution for willfully committing violation of public is **off calendar**. This entire case was dismissed on April 24, 2007, and the court is without jurisdiction to hear this motion.

IT IS SO ORDERED.

Date: 09/28/2007                     MINUTE ORDER                           Page: 1
Dept: C-69

**23**

Calendar No.: 45

07CV2323

SUPERIOR COURT OF THE STATE OF CALIFORNIA

OF THE COUNTY OF SAN DIEGO

San Diego County Superior Court 330 West Broadway SD 92101 .

Honorable Jeffrey B Barton.

Civil Dep 69

Case No. GIC867339

Date 9-28-2007

Event Type, Motion Hearing (Civil)

This beaing the time previosly set for oral argument on plaintiffs Motion Seeking Prosecution.

The Judge indicated he has no power or authority

to the best of my recollection,  Amos Cendali jr..

PAGE 1 of 2

SUMMURARY OF PROSECUTION CHARGES,

Count 1. Charge,  Gov 12926.1 (e) & Civil Code 54 (b) (1) (c)  & U.S.C 42. 102101
The willful failure knowing the legislature affirms the importance of the interactive process
between the injured worker and the employer in determining a reasonable accommodation, as this
requirement has been articulated by the Equal Employment Opportunity Commission in its
interpretive guidance of the American with Disabilities Act of 1990.
(NOTE) The complaint whit the DEFH claim indicates to also charge whit the EEOC  Mr Cendali Jı
was not a where there suppost to be filed automaticly, EEOC & DEFH.

Count 2. Charge Civil Code 51.
(a) This section shall be known, and may be cited, as the Unruh Civil Rights Act.
All persons within the jurisdiction of this state are free and equal, and no matter what there Disavilit
are entitled to the full and equal accommodations, advantages, facilities, priviliges, services in all
business establishments of every kind whatsoever.
(c) This section shall not be construed to confer any right,  privilege on a person that is conditioned
limitrd by law that is applicable alike to persons of every disavility.
(e) For porposes of this section: (1) (f)

Count 3. Charge Any person who alters or mofifies the medical record of any person, with fraudulent
Intent, & who, with fraudulent intent, creates any false medical recored is subject to Criminal & Civil
penaltys.
- Trex Enterprises Corp 401 (K) Savings Plan, Summary Plan Description, Binds all Participants
Employers, former Emplotees, and their Beneficiaries.
Unum Life Insurance of America, Income Protection Claim Form binds the employer & the physiciaı
including the employee.

**25**

PAGE 2 of 2

Count 4. Charge  Any person who alters or mofifies the medical record of any person, with fraudu
Intent, & who, with fraudulent intent, creates any false medical recored is subject to Criminal & Civil
penaltys.


Count 5..
Enforcing the unum life insurance of america portability policy contract.


INVESTIGATING AGENCY, The Department of Employment Fair & Housing.


Superciding Notification right to sue notice, (NOTE) Notice right to sue letter, not included.
Master remedys provided for violations of california civil code 51, 54, 42 U.S.C. 12101
Intitles Amos Cendali Jr,  to recover for each offence for the actual damages and any
amounts as may be determined by jury, or the court sitting without a jury, up to
a maximum of three times the amount of actual damages but in no case less that
one thousand dollars ($1,000),




I Certify, that chainges have been made & aditional Information is included & I declare under penalty
of perjury under the law of the state of california that the forgoing is thru & correct
executed on 2-20-2008 at San Diego, California.




_____

Amos Cendali Jr                                    DATE 2-19-2008

FORMA PAUPERIS.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

AMOS CENDALI JR )
)
vs. )
)
)
TREX ENTERPRISES CORP )
)
)
_____ )

Case No. _____

**DECLARATION OF SERVICE**

Person Served:
TREX ENTERPRISES CORP. _____

Date Served:
_____

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents: Briefing on the Case, Civil Supeona, Rep Pleading Motion to Prosecute Charging Document, Petition. in the following manner: (check one)

1)        By personally delivering copies to the person served.

2)        By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3)        By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4)        By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at
                on                    , 20            .


Executed on _____, 20            at

_____

::ODMA\PCDOCS\WORDPERFECT\14560\2 May 5, 1999 (10:01am)

**27**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AMOS CENDALI JR ) | Case No. _____ |
| ) | |
| vs.        ) | **DECLARATION OF SERVICE** |
| ) | |
| ) | Person Served: |
| TREX ENTERPRISES CORP  ) | SHEPPARD MULLIN & HAMPTON LLP |
| ) | Date Served: |
| _____) | _____ |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:
Briefing of the Case, Civil Supeona, Rep Pleading Motion to Prosecute Charging Document, Petition.
in the following manner: (check one)

1)          By personally delivering copies to the person served.

2)          By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3)          By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4)          By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at
                          on                 , 20           .


Executed on _____, 20            at

_____

::ODMA\PCDOCS\WORDPERFECT\14560\2 May 5, 1999 (10:01am)

**25**

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See*

| PLAINTIFF<br>Amos Cendali Jr | COURT CASE NUMBER |
|---|---|
| DEFENDANT<br>Trex Enterprises Corp | TYPE OF PROCESS |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

TREX ENTERPRISES CORP.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

10455 PACIFIC CENTER COURT.  SAN DIEGO CA, 92121  (858) 646-5300

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| SHEPPARD MULLIN RITCHTER & HAMPTON LLP<br>ATTORNEY AT LAW<br>501 WEST BROADWAY 19Th FLOOR<br>SAN DIEGO CA 92101<br>(619) 338-6500 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                    Fold

The Honorable Jeffrey B. Barton.
Civil Dep 69     Clerk: D JELLISON (619) 685-6146 Courtroom
Filling Fees W. (Lien) Case No. GIC867339   A60534
San Diego County Superior Court Hall of Justice,330 West Broadway SD 92101

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(619) 469-6045 | DATE<br>12-12-2007 |
|---|---|---|---|
| *Amos Cendali Jr* | | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed  as shown in "Remarks", the process described
on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion<br>then residing in defendant's usual place<br>of abode | | |
|---|---|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges<br>including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or<br>(Amount of Refund*)<br><br>**$0.00** |
|---|---|---|---|---|---|

REMARKS:

---

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
   if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00



AO88 (Rev. 12/06) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                       DATE

SIGNATURE OF SERVER
_____

ADDRESS OF SERVER
_____

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject

to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

# PROOF OF SERVICE

DATE 2-19-2008         PLACE, State of California

SERVED

US. District Court, Southern District of California, Office of the Clerk

880 Front Street, Suite 4290, San Diego, CA 92101, (619) 557-5600

SERVED ON (PRINT NAME)

By Hand Delivery,

MANNER OF SERVICE

Amos Cendali jr                         Plaintiff

SERVED BY (PRINT NAME)                  TITLE

### DECLERATION OF SERVER

I declare that additional information is included & under penalty of perjury under

the laws of the United States of America that the forgoing information contained

in the Proof of Service is true and correct.

Executed on        2-19-2008                    _____
                   DATE                         SIGNATURE OF SERVER

                   1112 Portola Av, Spring Valley CA 91977, (619) 469-6045
                   US MAILING ADDRESS OF SERVER.

**33**