1  Amos Cendali Jr

2  US Address

3  1112 Portola Av

4  Spring valley CA 91977

5  (619) 469-6045

6  Attorney, Informa Paupers.

**NUNC PRO TUNC**
MAR 2 7 2008



FILED
APR - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
# Southern District of California

CASE NO. 07CV2323-(LAB)(NLS)

COMPLAINT, FILED 07 DEC 12  PM 12: 23

TRIAL BY JURY DEMAND

HONORABLE, JUDGE LARRY A BURNS

COURTROOM 9, 2ND FLOOR.

*Second amended complain*

VIOLATION U.S.C 42 12101 VII

TITLE, RIGHT TO SUE FOR DISAVILITY

DISCRIMINATION.

&

LONG TURM DISAVILITY INSURANCE

CONTRACTUAL LEGAL OBLIGATION.

DEMAND $250,000.00

PROPOSED, SECOND AMENDED ORDER.

DATE, 3-24-2008

REQUEST MOTION HEARING

10  AMOS CENDALI JR

11          PLAINTIFF

12

13  vs

14  TREX ENTERPRISES CORP

15          DEFENDANT

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROPOSAL ORDER

Honorable Judge Larry Alan Burns, thank you for the time to go thru this secound amendment pleading,

Amos Cendeali Jr, Recommendations, Proposal & Request the Southern District Court, the fo:

- Schedule The Specifics & Discovery the Trial by Jury, Date.
- Schedule Readiness Confreance Date..
- Schedule Exchainge of Experts Date.

TITLE 29  CHAPTER 18  SUBCHAPTER I  SUBTITLE A  1001

    1001 Congression findings & decleration of policy

TITLE 29 CHAPTER 18  SUBCHAPTER I  SUBTITLE B  PART 4  1109

    1109. Liability for breach of fiduciary duty

TITLE 29 CHAPTER 18  SUBCHAPTER  SUBTITLE B  PART 5  1132

    1132 Civil enforcement

Thank you for your Attention.

Amos Cendali Jr

# Amos Cendali Jr

Home address
1112 Portola rd
Spring valley, ca 91977
(619) 469-6045
www.amosc69@yahoo.com

Company name
Trex Enterprises Corp
10455 pacific center court
San Diego, CA 92121-4339
(858) 646-5300

Amos Cendali Jr
Titile
Facility administrator and coordinator/ general maintenance/safety tech II

On Thursday 11/20/03  I was covering Gilberto Carrillo for a few days in shipping and receiving, I was told by my boos Nick amicone Director of Human Recourses that it was urgent to get the furniture packet And on its way to Maui, I contracted and had aprubel for San Diego crating to build some crates for the cubicle walls and Office furniture and library Book Shelf's, and to help me, take the furniture Down from the 2nd floor and tacking it to, the south side of the building wear the (cvc) department is located, this is the area wear we had empty crates that San Diego crating had build for the office furniture that was going to Maui.

At around 3:30 PM, I moved some items sow we cut have, the finish crates in one side and the empty crates in another side, because the finisht crates had to be weight on a scale for proper shipping documentation, and the next day finish out the rest of the crates, I picket up a gray (3'x 2') industrial fuse box, and got stuck on the corner of the table next to the reactor, and fell on my left foot toe, I sat down for a few minutes the pain was indescribable, then I went to see if the guys where ready to pack up for the day, when they sow me limping seat what happened  I told them what just happened  One of them told me they sow me leaning over, but thinking I was resting, they moved all the crates in side the building, I went to get some Ice for the inflation and pain then closed the 2 Roll up Doors and went to see Veronica Luna , She is HR administrator Asst, and Injuries claim administer the person to report in case of an Injury, She was in Shipping and Receiving Department, I told Her I had injured My Toe, She Respondent  by saying I Don't wan to Hear about it, Brett Perkins was next to me and just rays his eye bra use Sow I Went to the East side of the Building wear some old crates needed to trashed I cut them up But I dint finish the I was in to Much Pain I was sweating from the Task and the Pain I graved my tools and went to see my boss, left the tools in facility Room, then when to His office Nalict on the door and told him I had an accident and injured my toe and that I need it to see a doctor and told him that I wood need the pair of Steel toe boots (he has rejected for the past month,) in order for me to do my job because my toe was in pain.

1

2  The first thing that came out of his Mouth was, Ho gave you permeation to hire this

3  Morons To Help you take the furniture down stairs, Mr. amicone was told by me in the
   beginning when I Sheared the Project Plan He seat Do it, He new about the additional

4  charge, included Seeing two of the workers Carrying the wall mount book case on to a
   rolling cart and Joked about it, **(this book cases Weigh over 50 Lbs)**

5  Early that day San Diego Crating office Dep, sent a fax to MR Amicone indicating they
   will be charging $500.00 for moving the furniture down stairs, San Diego Crating sent 3

6  workers for the 2 Day Job and A good Job they did, MR Amicone told me He was not
   going to pay for that service and that it will come out from our Facility Dept.

7  But He had no problem Paying $ 5,200.00 Dlls for (10 crates) Plus Shipping When this
   funding was approved by all three managers.

8  I mention the doctor assistance, he seat he needed to go and on our way out of the office

9  I ask him Will you approve (sign) the petty cash receipt  $ 80.00 to perches steel toe
   boots

10 He seat   NO.

11 I drive a Saturn stick shift pressing down the clutch feels like a hot needle inside my toe
   On my way out off the Building I felt sad, because the person I work for turn his back on

12 me when I was injured, I wood never do that to anybody
   One of my responsibilities and goes whit my nature is for the safety for my self and the

13 people around me.

   The next day Friday 11/21/03 my toe was in bad shape swollen black & purple walking

14 was painful driving the car was tremendously irritating, I want to see the company's
   doctor, the receptionist told me is this job related I seat yes then I had to have paper work

15 from the company stating this clam, sow I call Veronica Luna to get her approval for the
   examination, Veronica responded she needed to fill out the paper work and have my

16 report first, but if I cud walk back to the company that wood be good, I told hear I AM

17 hear And I am In pain, she seat hold on then about 4 mints she seat ok, I talk to the doctor
   tuck some x ray pictures and told me I  had 11/2 Broken Boones on my toe, whit good

18 rest they shot Heal in about 8 to 14 weeks if now complication occur .

   I went to Trex Picket up the selected winning bidder for the coming project. I then went

19 to shipping and receiving then went to see Veronica filled out the report went to see nick

20 Amicone and told me today is your last day whit the company.

21 I Have work for MR Amicone for past 6 months half this time I Have Requested safety

22 steel toe boots, for my co worker Gilberto Carrillo and my self first they are to expensive
   $80.00 Dlls, then had Veronica locking for more lower Prize Boots, She never fallowed

23 thru, went back over and over answer was no,

   I talk to Allen Wolsky, the vice president administrative asst, and Sheered my concern the

24 best answer I cut get, was MR Amicone is your boos, when I tried the vice precedent for a
   fue Minutes of hear time all I got was mauve, to purchasing talk to Vicky Jackson and

25 Donny Wilder, I expressed the lack of support from MR Amicone

26 Mr. Amicone tock away my opportunity for growth and income, Based on successful
   training accomplishments, Facility Management, Business Writing, Electrical safety,

27 laser safety, that was scheduled on 6/03 thru 12/03.
   Constantly not to use co workers for help.

28

# Amos Cendali jr

### GRIEVANCE FORM

Employee          Amos Cendali Jr          Date 1/14/04
Department          Facility's

Statement of grievance and aggrieved act(s)

In the Month of  Nov 2003 I Requested New Steel toe boots for my co worker and my self
Amicone set fine out how much, on my break I went to Sears in la Jolla I triad  a pair they
where whiter on the tip of the Boot I ask the lady for the prize they where $80.00 a pear I
mention if Trex steel had the account open she set yes but 1 needed Permeation for the
purchase and credit card and to fill the purchase requisition I went back to work and stopped at
the purchasing Dept, and ask
Vicky Jackson and Donny Wilder about sears account and VJ mention the Trouble  they had
with sears accounting Dept they recommended to get petty cash, sow I ask Jacky Jepson, for a
Petty cash then went to see Amicone and told him the prize He Went what, Amicone told me to
wait he was going to talk to an ex employee that work for him, that purchased boots much
chipper, days went on then I went to see nick, I  mentioned the boots Amicone told me
Veronica Luna was Lucking for the boots, and then I sow Veronica at the reception and ask
fine anything she told me no
Days later ask for the boots and I address the HAZ over the (CVC) Silicone Carbide Dept
Amicone wood change the subject, other days wood just say no  11/20/03


**Statement of efforts to resolve Grievance  I talk to the company president and expressed
about the Amicone Lucking in to the Prize for the Boots**

**I talk to the Company Vice President expressed about Mr Amicone working against me
Not with me, when I tried to set an appt, the answer was Maybe**

**I know the facility compliance and in house Program and
I did my part to get Amicone related to are Facility**

**I told Mr Amicone to set an appt with the Vice President Him Self  and Me, Amicone set
OK. It  Never Happened**

**Just about all the Building personnel Know about this Issue.**

**In the beginning under Amicone wing Supervision I talk to the vice president about
Amicone Refusing training Progression, the answer was his your Boos,**

State of California
Department of Industrial Relations
DIVISION OF WORKERS' COMPENSATION

Estado de California
Departamento de Relaciones Industriales
DIVISION DE COMPENSACIÓN AL TRABAJADOR

## EMPLOYEE'S CLAIM FOR WORKERS' COMPENSATION BENEFITS

If you are injured or become ill because of your job, you may be entitled to workers' compensation benefits.

Complete the "Employee" section and give the form to your employer. Keep the copy marked "Employee's Temporary Receipt" until you receive the dated copy from your employer. You may call the Division of Workers' Compensation at 1-800-736-7401 if you need help in filling out this form or in obtaining your benefits. An explanation of workers' compensation benefits is included on the back of this form.

You should also have received a pamphlet from your employer describing workers' compensation benefits and the procedures to obtain them.

## PETICION DEL EMPLEADO PARA BENEFICIOS DE COMPENSACIÓN DEL TRABAJADOR

Si Ud. se ha lesionado o se ha enfermado a causa de su trabajo, Ud. tiene derecho a recibir beneficios de compensación al trabajador.
Complete la sección "Empleado" y entregue la forma a su empleador. Quédese con la copia designada "Recibo Temporal del Empleado" hasta que Ud. reciba la copia fechada de su empleador. Si Ud. necesita ayuda para completar esta forma o para obtener sus beneficios, Ud. puede hablar con la Division de Compensación al Trabajador llamando al 1-800-736-7401. En la parte de atrás de esta forma se encuentra una explicación de los beneficios de compensación al trabajador.

Ud. también debería haber recibido de su empleador un folleto describiendo los beneficios de compensación al trabajador lesionado y los procedimientos para obtenerlos.

Any person who makes or causes to be made any knowingly false or fraudulent material statement or material representation for the purpose of obtaining or denying workers' compensation benefits or payments is guilty of a felony.

Toda aquella persona que a propósito haga o cause que se produzca cualquier declaración o representación material falsa o fraudulenta con el fin de obtener o negar beneficios o pagos de compensación a trabajadores lesionados es culpable de un crimen mayor "felonía".

**Employee:**
*Empleado:*

1. Name. *Nombre.* Amos Gooch
   Today's Date. *Fecha de Hoy.* 11/21/03
2. Home Address. *Dirección Residencial.*
3. City. *Ciudad.* _____ State. *Estado.* _____ Zip. *Código Postal.* _____
4. Date of Injury. *Fecha de la lesión(accidente).* 11/28/03   Time of Injury. *Hora en que ocurrió.* _____ a.m. 3:30 p.m.
5. Address and description of where injury happened. *Dirección/lugar dónde ocurrió el accidente.* 10455 pacific center court I was cruising through from (CVC) end next to
6. Describe injury and part of body affected. *Describa la lesión y parte del cuerpo afectada.*
7. Social Security Number. *Número de Seguro Social del Empleado.* 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
8. Signature of employee. *Firma del empleado.*

**Employer—complete this section and give the employee a copy immediately as a receipt.**
*Empleador—complete esta sección y déle inmediatamente una copia al empleado como recibo.*

9. Name of employer. *Nombre del empleador.* Tex Enterprises Corporation
10. Address. *Dirección.* 10455 Pacific Center Court, San Diego, CA 92121
11. Date employer first knew of injury. *Fecha en que el empleador supo por primera vez de la lesión o accidente.* 11/20/03
12. Date claim form was provided to employee. *Fecha en que se le entregó al empleado la petición.* 11/21/2003
13. Date employer received claim form. *Fecha en que el empleado devolvió la petición al empleador.* 11/21/2003
14. Name and address of insurance carrier or adjusting agency. *Nombre y dirección de la compañía de seguros o agencia administradora de seguros.* Saint Paul Fire & Marine Insurance Co. Palatine, IL 60055-1012
15. Insurance Policy Number. *El número de la póliza del Seguro.* WVA6101471
16. Signature of employer representative. *Firma del representante del empleador.*
17. Title. *Título.* Human Resources Asst.
18. Telephone. *Teléfono.* 858-640-5459

**Employer:** You are required to date this form and provide copies to your insurer or claims administrator and to the employee, dependent or representative who filed the claim within **one working day** of receipt of the form from the employee.

SIGNING THIS FORM IS NOT AN ADMISSION OF LIABILITY

*Empleador:* Se requiere que Ud. feche esta forma y que provéa copias a su compañía de seguros, administrador de reclamos, o dependiente/representante de reclamos y al empleado que hayan presentado una petición dentro del plazo de **un día hábil** desde el momento de haber sido recibida la forma del empleado.

*EL FIRMAR ESTA FORMA NO SIGNIFICA ADMISION DE RESPONSABILIDAD*

DWC Form 1 (REV. 1/94)

DWC Forma 1 (REV. 1/94)

WC 8222b (Ed. 1-94) UNIFORM PRINTING & SUPPLY, INC.

1  TITLE 29 CHAPTER 18 SUBCHAPTER I SUBTITLE A  1001

2  **1001 Congression findings & decleration of policy**

3  (a) Benefit plans as affecting interstate commerce and the Federal taxing power, etc.

4  (b) Protection of interstate commerce & beneficiaries by requiring setting

5     disclosure & reporting standarts of conduct, etc, for fiduciaries.

6     It is hereby declare to be the policy of this chapter to protect interstate commerce & the interes

7     of participants in employee benefit plans and their beneficiaries, by requiring the disclosure an

8     reporting to participants & beneficiaries of financial & othere information with respect thereto

9     by establishing standarts of cunduct, responsibility, & obligation for fiducuaries of employee

10    benefit plans, & by providing for appropriate remedies, & ready acces to the Federal courts.

11

12 TITLE 29 CHAPTER 18 SUBCHAPTER I SUBTITLE B PART 4 1109

13 **1109. Liability for breach of fiduciary duty**

14 (a) Any person who is a fiduciary with respect to a plan who breaches any of the responsibilities

15    obligations, dutys imposed upon fiduciaries shall be liable to make good, to such plan any losses

16    to the plan resulting from each such breach, and to restore to such plan & shall be subject to su

17    othere remedial relief as the court may deem appropriate.

18    a fiduciary may also be removed for a violation of section 1111 of this title.

19

20 **TITLE 29 CHAPTER 18 SUBCHAPTER SUBTITLE B PART 5 1132**

21 **1132 Civil enforcement**

22 **(a) Person empowered to bring a civil action**

23 (e) Jurisdiction

24    (1) the district court of the United States shall have exclusive jurisdiction of civil actions

25       under this chapter broad by a participant or fiduciary.

26    (2) where an action under this subchapter is broght in a district court of the

27       United States it may ne broad in the district where the plan is administered where the bre

28       took place, where defendant resides or may be found & process may be served.

## T R E X ≡ E N T E R P R I S E S
### C O R P O R A T I O N

November 21, 2003

Amos A. Cendali
1112 Portola Avenue
Spring Valley, CA 91977

Dear Amos:

It is with regret that is has become necessary to terminate your employment as of November 21, 2003. The information below outlines the status of your pay and benefits program, which are based on your length of service with the company.

**Payroll Status:** Your last day of work at Trex Enterprises Corporation is today, November 21, 2003. You will receive a lump sum payment for PTO accrued (27.73 hours) through November 21, 2003. There will be no further PTO accrual beyond your last day worked.

You will not be eligible to receive severance pay in accordance with the Company's severance pay policy, due to willful breach of duty.

**Medical, Dental, and Vision Insurance:** Coverage continues through November 30, 2003. Beginning December 1, 2003, you have an option to continue your medical, dental, and vision coverage through COBRA for a period of 18 months, provided you pay the monthly premiums. Information and rates regarding COBRA coverage will be sent to you in a separate.

**Life and AD & D Insurance:** Coverage will cease at midnight on November 21, 2003. A conversion option for your basic life insurance is available through UNUM. If you are interested in this option, please contact Veronica Luna for the proper forms.

Long-Term and Short-Term Disability Insurance coverage's cease at midnight on November 21, 2003. A conversion option is not available.

**Trex 401(k) Savings Plan:** If you are enrolled in the Trex Enterprises 401(k) Savings Plan, you have the options of continuing to maintain your account with Fidelity, however, if you would like to terminate your account, please contact Fidelity at 1-800-835-5097. Distribution will occur approximately 7-10 business days after your request for Distribution or Deferral of your account to Fidelity.

**Company Property:** All company property such as: company badge, keys to office and building, credit cards, cellular phone, computer equipment and related software, books, files, etc. must be returned to me today.

Initial(s)/_____

Amos A. Cendall
November 21, 2003
Page 2 of 2

You agree that you will continue to comply with the provisions of the Business Conduct Policy, a copy of which you previously received and the Company Information and Invention Agreement, which you previously signed.

Please let me know if you have any questions at all in this regard.

Sincerely,                                      Acknowledged and Agreed,

_signature_                                    *Signatur on File.*

Director of Human Resources          Amos A. Cendali                    Date

Initial(s) _signature_
AC

1    The Complaint with the EEOC within 300 of the alleged discrimination, is filed whit the agency

2    Title VII requires you to file your complaint with the DEFH before allowing you to lodge your Title

3    complaint. However, the EEOC and DEFII have a joint filing agreement so a complaint filed with

4    one agency is automatically filed with the other as well.

5

6    American with Disabilities Act of 1990

7    The American with Disabilities Act of 1990 (ADA) (42. U.S.C. 12101 et seq) is a comprehensive

8    federal statre aimed at eliminating discrimination against disabled person in employment

9    The ADA prohibits employment discrimination against a qualified with a disability

10   because of that disability in job compensation and other terms & conditions of employment

11   An individual with a disability is one who has a physical imparment. A qualified individual with

12   a disability is one who, with or without reasonable accommodation,can perform the essential functi

13   of the job.

14   Employers are required to provide reasonable accommodation for known limitation of quilified

15   individual with a disability, unless to do so would impose an undue hardship on the busness.

16   the procedures & remedys to redress ADA employment discrimination violations are those provide

17   under Title VII, which, as discussed above, must begin with filing a complaint with the EEOC.

18

19   Investigative Agency,The Department of Employment Fair & Housing.

20   Notification Right to Sue Letter

21

22

23

24

25

26

27

28

1  III. PLEADINGS & MOTIONS RULE 9.

2  RULE 9. PLEADING SPECIAL MATTERS

3

4  STATE OF CALIFORNIA – State and Consumer Services Agency                                    ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1350 Front Street, Suite 3005, San Diego, CA  92101
(619) 645-2681  TTY (800) 700-2320  Fax (619) 645-2683
www.dfeh.ca.gov



March 11, 2005

AMOS AMITO CENDALI
1112 PORTOLA AVENUE
SPRING VALLEY, CA 91977

RE:   E200405D0384-00-p
      CENDALI/TREX ENTERPRISES CORP

Dear AMOS AMITO CENDALI:

Your complaint of discrimination (identified above) is on file with our office. According to the Fair Employment and Housing Act, the Department of Fair Employment and Housing (DFEH) must notify you of your right to request a right-to-sue notice which will authorize you to file a private lawsuit in a California Justice, Municipal or Superior Court on your own behalf. This letter is your notification of your right to request that notice.

No action is required by you unless you decide to request a right-to-sue notice.  If you choose to exercise this option you must:

    1)    notify DFEH in writing of your intent; and

    2)    provide your own legal counsel; and

    3)    file your lawsuit within one year from receipt of the right-to-sue notice.

If you do request a right-to-sue, DFEH will discontinue its investigation and close your complaint.  If you do not request a right-to-sue, DFEH will continue to process your complaint. A right-to-sue notice will then be issued upon conclusion of our investigation, or one year after your complaint was filed, whichever comes first.

If you do not wish to request a right-to-sue notice, you need not respond to this letter.

Sincerely,

*Belinda De La Cruz*

**Belinda DeLa Cruz**
**District Administrator**

DFEH-200-21 (08/98)                                                                                    DOLIVE:GL

1  III. Pleading & Motion  Rule 8.

2  Rule 8. General Rules of Pleading

3   (a) Claims for Relief.

4

5

## CERTIFICATE OF COVERAGE

6

7

8
UNUM Life Insurance Company of America (referred to as UNUM) welcomes you as a client.

9
This is your certificate of coverage as long as you are eligible for coverage and you become insured.  You will want to read it carefully and keep it in a safe place.

10

11
UNUM has written your certificate of coverage in plain English.  However, a few terms and provisions are written as required by insurance law.  If you have any questions about any of the terms and provisions, please consult UNUM's claims paying office. UNUM will assist you in any way to help you understand your benefits.

12

13
If the terms and provisions of the certificate of coverage (issued to you) are different from the policy (issued to the policyholder), the policy will govern.  Your coverage may be cancelled or changed in whole or in part under the terms and provisions of the policy.

14

15
The policy is delivered in and is governed by the laws of the governing jurisdiction and to the extent applicable by the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments.  When making a benefit determination under the policy, UNUM has discretionary authority to determine your eligibility for benefits and to interpret the terms and provisions of the policy.

16

17

18
For purposes of effective dates and ending dates under the group policy, all days begin at 12:01 a.m. and end at 12:00 midnight at the Policyholder's address.

19

20

21
**UNUM Life Insurance Company of America**
2211 Congress Street
Portland, Maine 04122

22

23

24  (2)  A short & plain statement of the claim showing that the pleader is entitled to relief and

25      Unum Life Ins of America & LTD Policy No.552549-011

26       Unum Life Insurance of America, LTD & Life & AD&D Income Protection Insurance Hi

27   .  Actual earnings Pay Roll Statement, Per End 11-15-2003 & Pay Date 11-21-2003

28

# Trex Enterprises Corporation

## Your Group Long Term Disability Policy

Policy No. 552549.011

Underwritten by Unum Life Insurance Company of America

10-2000   M8

| CO. | FILE | DEPT. | CK VCHR. NO. | 070 |
|-----|------|-------|--------------|-----|
| 1PL | 100493 | 101860 | 0000470065 | |

# Earnings Statement

**ADP**

**TREX ENTERPRISES CORPORATION**
**10455 PACIFIC CENTER COURT**
**SAN DIEGO, CA 92121-4339**
**(858) 646-5300**

Period Ending:    11/15/2003
Pay Date:    11/21/2003

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  3, Tax Blocked
    State:  3

**AMOS CENDALI**
**1112 PORTOLA AVENUE**
**SPRINGVALLEY, CA 91977**

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 14.4200 | 68.00 | 980.56 | 23,784.72 |
| Vacation | 14.4200 | 10.00 | 144.20 | 2,163.88 |
| Overtime | | | | 2,349.08 |
| Bonus | | | | 1,000.00 |
| Double Time | | | | 403.76 |
| Holiday | | | | 854.72 |
| Retro | | | | 294.30 |
| **Gross Pay** | | | **$1,124.76** | 30,850.46 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Gtl | 0.36 | 8.04 |
| 401K Wages Mtd | 1,124.76 | |
| 401K Wages Ytd | 1,124.76 | 30,850.46 |
| Vacation | | -14.58 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Social Security Tax | -69.76 | 1,913.23 |
| | Medicare Tax | -16.32 | 447.45 |
| | CA State Income Tax | -21.65 | 820.42 |
| | CA SUI/SDI Tax | -10.12 | 277.65 |
| | **Other** | | |
| | Check | -1,006.91 | |
| | Advance | | 135.23 |
| | Garnishment | | 474.82 |
| | **Net Pay** | | **$0.00** |

Your federal taxable wages this period are
$1,124.76

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THIS IS NOT A CHECK    VOID

TREX ENTERPRISES CORPORATION
10455 PACIFIC CENTER COURT
SAN DIEGO, CA 92121-4339,
(858) 646-5300

Advice number:    00000470065
Pay date:    11/21/2003

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| AMOS CENDALI | 4904343508 | 3222 7162 | $1,006.91 |

VOID AFTER 180 DAYS

BANK OF AMERICA
COMMUNITY DEVELOPMENT BANK
1500 NEWELL AVENUE, SUITE 300

**NON-NEGOTIABLE**

# ERISA

## SUMMARY PLAN DESCRIPTION

Name of Plan.

    Trex Enterprises Corp.

Policy Number.

    552549  011

Participants Included

    Refer to Eligable Groups under each plan.

Name & Address of Employer

    Trex Enterprises Corp

    10455 Pacific Center Court

    San Diego, California

    92121-4339

Contributions

    Refer to Who Pays For Your Coverage under each plan.

Plan Identification Number

    a. Employer I.R.S. Identification No. 33-0913574

    b. Plan No. 505

Plan Year Ends

    December 31

1  Plan Administrator, Name

2  Address, and Telephone Number

3       Trex Enterprises Corp

4       10455 Pacific Center Cour

5       San Diego, California

6       92121-4339

7       (858) 646-5459

8

9  Agent for Service of

10  Legal Process on the Plan.

11       Trex Enterprises Corp

12       10455 Pacific Center Cour

13       San Diego, California

14       92121-4339

15

16  TYPE OF ADMINISTRATION

17      Insurance Administration

18

19  AMENDING THE EMPLOYER ERISA PLAN

20     The ERISA plan may be chainged in whole or in part by the Employer company

21     Such chainges must be in writing & endorsed on or attached to the ERISA plan.

22

23

24

25                 ERISA-1    (8-1-2000)

26

27  **(NOTE) This is Trex Enterprises Corp, Liability for breach of fiduciary duty**

28

(3) a demand for the relief the sought, whitch may include relief in the alternative or different types of relief.

 **UNUM.**

*Long Term Disability Income Protection*
*Insurance Highlights*

### Trex Enterprises Corporation

**Please read carefully the following description of your Unum Long Term Disability Income Protection insurance plan.**

| | |
|---|---|
| *Eligibility* | You are eligible for LTD coverage if you are an active employee in the United States working a minimum of 30 hours per week. |
| *Elimination Period* | The Elimination Period is the *length of time of continuous disability which must be satisfied before you are eligible to receive benefits.* <br><br> LTD benefits would begin after 180 consecutive days of disability, as described in the definition below. |
| *Benefit Amount* | Monthly LTD Benefit: <br> • 60% of your basic monthly earnings <br> • To a maximum of $10,000 <br><br> Your LTD Benefits may be reduced by the amount of other income replacement benefits you receive for the same disability. such as benefits from Social Security, Workers' Compensation, etc. |
| *Benefit Duration* | *Your duration of benefits is based on your age when the disability occurs. Your LTD benefits are payable for the period during which you continue to meet the definition of disability up to age 65 but not less than 5 years. If your disability occurs at or after age 61, benefits would be paid for a reduced period of time.* |
| *Definition of Disability* | You would be considered disabled and eligible for benefits if because of sickness or injury: <br><br> • you are limited from performing the material and substantial duties of your regular occupation; and <br> • have a 20% or more loss in indexed monthly earnings due to the same sickness or injury; <br><br> You will continue to receive benefits if <br><br> • after benefits have been paid for 24 months, you are working in any occupation and continue to have a 20% or more loss in indexed monthly earnings due to your sickness or injury; or <br> • are not working and, due to the same sickness or injury, are unable to perform the duties of any gainful occupation for which you are reasonably fitted by education, training or experience. |

1   (3) a demand for the relief the sought, whitch may include relief in the alternative or different

2      types of relief.

3

4   Mr Amos Cendali Jr has included & Request whit this 2 Amended Pleading the following

5      . Breack Down transaction document shude specificly include the following

6      Title of Unum Life Ins of America & LTD Policy No.552549-011 & DOI: 11-20-2003

7      Vocational Benefit Included in the LTD Policy, in an orderly liquidation $250,000.00

8      - Request, Refrence Letter of Employment from Trex Enterprises Corp.

9

10  Unum Policy, What Information is needed as Proof of your Claim.

11  Your proof of Claim, provided at your expense, must show:

12   - that your are under the regular care of a Doctor.

13   - the appropriate documentation of your monthly earnings.

14   - the date your disability began.

15   - the couse of your disability.

16   - the extent of your disability, including restrictions & limitations preventing you from

17   - performing your regular occupation &

18   - the name & address of any hospital or institution where you received treatment, including

19   - attending doctors.

20

21  I.    US Health Works Medical Group, Med Report Diagnoses Includes ICD-9 Code 928.3

22        Dated 11-21-2003  X Ray No. (25496) Dated 11-21-2003

23

24  II.   St Paul Insurance PD Initial base Check stube WC Claim DOI:11-20-2003

25

26  III.  AME Byron F. King, MD. Medical Report (ML 104-94-97) DOS: 10-4-2005

27

28

VI. TRIALS  Rule 38

Rule 38.  Right to a Jury Demand

Private right to sue, 42. U.S.C. 12101.

   Intitles Amos Cendali Jr,  to recover for each offence for the actual damages and any

amounts as may be determined by jury, or the court sitting without a jury, up to

a maximum of three times the amount of actual damages but in no case less that

one thousand dollars ($1,000),

   I Certify, that chainges have been made & aditional Information is included & I declare under penalty

of perjury under the law of the state of california that the forgoing is thru & correct

Amos Cendali Jr, recerve the right to make future chainges as appropiate

   Executed on   3-27-2008     at San Diego, California.

*Amos Cendali Jr*

          Amos Cendali Jr

# PROOF OF SERVICE

### DATE   3-28-2008      PLACE, State of California

SERVED

US. District Court, Southern District of California, Office of the Clerk

880 Front Street, Suite 4290, San Diego, CA 92101, (619) 557-5600

SERVED ON (PRINT NAME)


By Hand Delivery,

MANNER OF SERVICE


Amos Cendali jr                              Plaintiff

SERVED BY (PRINT NAME)                       TITLE


### DECLERATION OF SERVER

I declare that additional information is included & under penalty of perjury under

the laws of the United States of America that the forgoing information contained

in the Proof of Service is true and correct

Amos Cendali Jr, recerve the right to make future chainges as appropiate


Executed on _____3-28-2008_____        _Amos Cendali jr_

                   DATE                      SIGNATURE OF SERVER


_____1112 Portola Av, Spring Valley CA 91977, (619) 469-6045_____

                   US MAILING ADDRESS OF SERVER.