1 Amos Cendali Jr
2 US Address
3 1112 Portola Av
4 Spring valley CA 91977
5 (619) 469-6045
6 Attorney, Informa Paupers.



NUNC PRO TUNC
MAR 27 2008

FILED
APR - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
# Southern District of California

CASE NO. 07CV2323-LAB (NLS)

10 AMOS CENDALI JR

11        PLAINTIFF

12

13   vs

14 TREX ENTERPRISES CORP

15        DEFENDANT

COMPLAINT, FILED 07 DEC 12 PM 12:23

TRIAL BY JURY DEMAND

HONORABLE, JUDGE LARRY A BURNS

COURTROOM 9, 2ND FLOOR.

3-28-2008

**PROPOSED SECOND AMENDED ORDER.**

# PROOF OF SERVICE

DATE   3-28-2008     PLACE, State of California

SERVED

US. District Court, Southern District of California, Office of the Clerk

880 Front Street, Suite 4290, San Diego, CA 92101, (619) 557-5600

SERVED ON (PRINT NAME)

By Hand Delivery,

MANNER OF SERVICE

| Amos Cendali jr | Plaintiff |
|---|---|
| SERVED BY (PRINT NAME) | TITLE |

## DECLERATION OF SERVER

I declare that additional information is included & under penalty of perjury under the laws of the United States of America that the forgoing information contained in the Proof of Service is true and correct

Amos Cendali Jr, recerve the right to make future chainges as appropiate

Executed on    3-28-2008                    *Amos Cendali jr*
                    DATE                         SIGNATURE OF SERVER

                1112 Portola Av, Spring Valley CA 91977, (619) 469-6045
                        US MAILING ADDRESS OF SERVER.

07CV2323