# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

*FILED 08 MAY -7 AM 11:51  CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA  BY: Burns  DEPUTY*

*This space for Clerk's Office File Stamp*

TO:  ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE **Burns**
FROM:  C Puttmann, Deputy Clerk   RECEIVED DATE:  5/2/2008
CASE NO.:  07cv2323 LAB NLS   DOCUMENT FILED BY:  Plaintiff
CASE TITLE:  Cendali v. Trex Enterprise Corp
DOCUMENT ENTITLED:  Notice, Motion Proposed, Second Amended Complaint

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: |

*File as Motion for Leave to File Second Amended Complaint.*

Date forwarded: 5/5/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☑ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☑

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF:  **LARRY ALAN BURNS U.S. DISTRICT JUDGE**

Dated: 5/6/08   By: MPM/LC
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]