1. Amos Cendali Jr
2. US Address
3. 1112 Portola Av
4. Spring valley CA 91977
5. (619) 469-6045
6. Attorney, Informa Paupers.

**NUNC PRO TUNC**
MAY 02 2008

FILED
08 MAY -7 AM 11: 52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ⚇
DEPUTY

# United States District Court
# Southern District of California

AMOS CENDALI JR

  PLAINTIFF

vs

TREX ENTERPRISES CORP

  DEFENDANT

CASE NO. 07CV2323-LAB (NLS)

COMPLAINT, FILED 07 DEC 12 PM 12: 23

TRIAL BY JURY DEMAND

HONORABLE, JUDGE LARRY A BURNS

COURTROOM 9, 2ND FLOOR.

DATE, 5-02 -2008

**NOTICE, MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

**PROOF OF SERVICE**

DATE   5-02-2008      PLACE, State of California

SERVED

US. District Court, Southern District of California, Office of the Clerk

880 Front Street, Suite 4290, San Diego, CA 92101, (619) 557-5600
SERVED ON (PRINT NAME)



By Hand Delivery,
MANNER OF SERVICE



Amos Cendali jr                                      Plaintiff
SERVED BY (PRINT NAME)                               TITLE



DECLERATION OF SERVER

I declare that additional information is included & under penalty of perjury under the laws of the United States of America that the forgoing information contained in the Proof of Service is true and correct

Amos Cendali Jr, recerve the right to make future chainges as appropiate

Executed on    5-02-2008                _Amos Cendali jr_
                  DATE                   SIGNATURE OF SERVER

1112 Portola Av, Spring Valley CA 91977, (619) 469-6045
US MAILING ADDRESS OF SERVER.