FILED

08 MAY -7 AM 11: 52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

1 of 34

NUNC PRO TUNC

MAY 02 2008

1  Amos Cendali Jr

2  US Address

3  1112 Portola Av

4  Spring valley CA 91977

5  (619) 469-6045

6  Attorney, Informa Paupers.

# United States District Court
# Southern District of California

10  AMOS CENDALI JR

11          PLAINTIFF

12

13      vs

14  TREX ENTERPRISES CORP

15          DEFENDANT

16

CASE NO. 07CV2323-LAB (NLS)

COMPLAINT, FILED 07 DEC 12  PM 12: 23

TRIAL BY JURY DEMAND

HONORABLE, JUDGE LARRY A BURNS

COURTROOM 9, 2ND FLOOR.

NOTICE, MOTION

PROPOSED, SECOND AMENDED

COMPLAINT.

DATE, 5-02-2008

FIDUCIARIE BREACH OF DUTY

SHORT &  LONG TERM DISAVILITY

INSURANCE.

VIOLATION U.S.C. 29, 1140

DEMAND $250,000.00

REQUEST HEARING DATE.

1    NOTICE, Defendant Trex Enterprises Corp, 10455 Pacific Center Court 92121, (858) 646-5300

2  Sheppard Mullin Richter & Hampton LLP, Attorneys at Law, 501 West Broadway 19th floor

3  San Diego, CA 92101. (619) 338-6500

4

5  United States District Court, Southern District of California, 880 Front St, Suit 4290 SD Cal 92101

6  (519) 557-5600  Fax (619) 702-9900

7   Honorable Judge Larry Alan Burns,  Court Room 9,  2nd floor

8

9  Amos Cendali Jr  vs Trex Enterprises Corp

10  Case No. 07CV2323-LAB (NLS)

11

12                        Thired Amendment Complaint

13    On January 5 2001 Trex Enterprises Corp gave Amos Cendali Jr  an employment extention offer

14  In accordance with our standard employment practice, you will be required to sign a

15  Company Information and Invention Agreement, as well as acknowledgements for

16  company policies on Drugs and Alcohol in the Workplace, Business Conduct, Sexual Harrasment

17  copies of which are enclosed.

18  Plus benefits,  Unum Life Insurance of America, Short & Long Term Disibility & Life & AD&D

19  Certificate PolicysAmos Cendali Jr agreed to and accepted & signd on january 8 2001

20

21                        INTRODUTION

22  On 11-20-2003 Amos Cendali Jr had an Injury at work reported the Injury to Hr Assistant and

23  Hr Director and requested medical assistance.

24  the next day on 11-21-2003 before going in to work Amos Cendali Jr went to the US Health

25  Works Medical Group, Trex Enterprises Corp emergency medical clinic, Dr made an examination

26  X rays where taken, then Amos Cendali Jr went to work after a thing or two went to see Hr Assit

27  filed out an Injury report Hr Assist handed me the DWC 1 form filed it out & the Hr Assist handed

28

1  me my copy, after that went to see my supervisor Hr. Director. toled me today is your last day with

2  the company.

## TREX ENTERPRISES

### CORPORATION

Nov 21, 2003

Amos Cendali Jr

1112 Portola Av

Spring Valley CA 91977

Dear Amos

It is with regret that is has become necessary to terminate your employment as of November 21,

2003. The information below outlines the status of your pay and benefits program, which are

based in your length of service with the company.

Payroll Status: Your last day of work at Trex Enterprises Corporation is today, November 21,

2003. You will receive a lump sum payment for PTO accrued (27.73 hours) through November 21,

2003. There will be no further PTO accrual beyound your last day worked.

You will not be eligable to receive severance pay in accordance with the Companys severance pay

policy, due to willful breach of duty.

Medical, Dental, and Vosion Insurance: Coverage continues throgh November 30, 2003.

Beginning December 1, 2003, you have an option to continue your medical, dental, and vision

coverage through COBRA for a period of 18 months, provided you pay the monthly premiums.

Information and rates regarding COBRA coverage will be sent to you in a seperate

Life and AD&D Insurance: Coverage will cease at midnight on November 21, 2003. A convertion option for your baisic life insurance is available throgh UNUM. if you are interested in this option, please contact Veronica Luna for the proper forms.

Long-Term and Short-Term Disability Insurance coverages cease at midnight on November 21, 2003. A convertision option is not available

Trex 401 (K) Savings Plan: if you are enrolled in the Trex Enterprises 401 (K) Savings Plan, you have the option of continuing to maintain your account with Fidelity, however, if you would like to terminate your account,  please contact Fidelity at 1-800-835-5097. Distribution will occur approximately 7-10 business days after your request for Distribution or Deferral of your acount to Fidelity.

Company Property: All company property such as: company badge, keys to office and building credit cards, cellular phone, computer equipment and related software, books, files, etc, must be returned to me today.

Initials    On File.

N-A AC.

1    Amos A. Cendali Jr

2    November 21, 2003

3    Page 2 of 2

4

5    You agree that you will continue to comply with the proivitions of the Business Conduct Policy, a

6    copy of wich you previosly received and the Company Information and Invention Agreement

7    which you previosly signed.

8

9    Please let me know if you have any questions at all in this regard.

10

11        Sincerely.                              Acknowledged and Agreed.

12

13        Sigature on file.                       Sigature on file.

14    Director of Human Resources                 Amos A. Cendali      Date, 11-21-03

15

16

17

18

19

20

21

22

23

24

25

26                                           Initials  On File

27                                                     On File.

28

1  Mr Amos Cendali Jr Employment Injury on 11-20-2003 while employed was Eligable Under the Plan

2  Policy No. 552549-011, Trex Enterprises Corp,  11-21-2003 Termination Letter Indicating

3      **Long-Term & Short-Term Disability Insurance coverages cease at midnight on**

4      **November 21 2003 A convertion option is not available**

5

6  Trex Enterprises Corp,  11-21-2003 Fiduciarie breach of duty to act  prudently & in the intreast of

7   Mr Cendali Jr with respect to the plan from Unum Life Insurance of America, Short & LTD Policy

8  No.552549-011 in violation of the terms of the plan.

9  Damages have Resulted from the Breach of Duty.

10

11  UNUM Life Insurance of America, Short & LTD Policy No 552549-011

12  In addition to creating rights for plan participants, ERISA imposes duties upon the people who

13  are responsible for the operation of the employee benefit plan, the people who operate your plan

14  called fiduciaries of the plan, have a duty to do so prudently & in the interest of you & other

15  plan participants and beneficiaries, no one, including your Employer or any other person, may fire

16  you or discriminate against you in any way to prevent you from obtaining a benefit or exercising

17  your rights under ERISA.

18

19  If your claim for a benefit is denied, in whole or in part, you must receive a written

20  explanation of the reson for the denial. You have the right to have your claim reconsidered.

21

22  Mr Amos Cendali Jr respecfully request the United States District Court, Southern District

23  of California 660 Front St, SD CA 92101

24  Honorable Judge Larry Alan Burns, to compel & order Trex Enterprises Corp to answer

25  to this complaint.

26

27  Next Page.

28

**CLAIM PROCEDURE**

(1)  provide adequate notice in writing to any participant or beneficiary whose claim for benefits und
the plan has been denied, setting forth the specific reasons for such denial, written in a manner
calculated to be understood by the participant with refrence to those policy proivitions.

A)  **Long-Term and Short-Term Disability Insurance coverages cease at midnight**
**on November 21 2003. A convertision option is not available**

(2)  afford a reasonable opportunity to any participant whose claim for benefits has been denied for
a full and fair review by the appropriate named fiduciary of the decision denying the claim.
with refrence to those policy proivitions

Civil Rule 4.1 Service

After the thired amended complaint notice, is accepted, Mr Amos Cendali Jr respecfully request to t

United States District Court  Southern District of California, 660 Front St, SD Cal 92101

Plaintiff is authorized to proceed in forma paupers under 28 U.S.C. 1915

Court Civil Rule, C. Instructions to the Marshal.

Service of Process. be made by

U S Marshal, Form USM 285 & appropriate instructions will be mailed to the plaintiff.

Mr Amos Cendali Jr respecfully request the United States District Court, Southern District

U S Marshal, office administration, to schedule a Hearing date.

Thank you for your attencion.

Amos Cendali Jr

## BENEFIT AT A GLANCE
## LONG TERM DISABILITY PLAN

This long term disability plan provides financial protection for you by paying a portion of income while you are disabled. The amount you receive is based on the amount you earned before your disability began, In some cases, you can receive disability payments even if you work while you are disabled.

EMPLOYERs ORIGINAL PLAN

EFFECTIVE DATE: August 1, 2000

POLICY NUMBER: 552549 011

ELIGABLE GROUP(S):

    All Employees in active employment

MINIMUM HOURS REQUIREMENT:

    Employees must be working at least 30 hours per week.

WAITING PERIOD:

    For employees in an eligable group on or before August 1, 2000: None.

    For employees entering an eligable group after August 1, 2000: None.

REHIRE:

    If your employment ends and you are rehired within 12 months, your previous work while in an eligable group will apply toward the waiting period. All othere policy proivitions apply.

WHO PAYS FOR THE COVERAGE:

    Your Employer pays the cost of your coverage.

Trex Enterprises Corp

Your Group Long Term Disability Policy

Policy No. 5525-49.011

Underwritten by Unum Life Insurance of America

C 1                          10-2000   M8

# CERTIFICATE OF COVERAGE

UNUM Life Insurance Company of America (referred to as UNUM) welcomes you as a client.
This is your certificate of coverage as long as you are eligable for coverage and you
become insured. You will want to read it carefully and keep it in a safe place.

UNUM has written your certificate of coverage in plain English. However, a few terms
and provitions are written as required by insurance law. if you have any questions
about any of the terms and proivitions, please consult UNUMs claims paying office.
UNUM will assist you in any way to help you understand your benefits.

if the terms and proivitions of the certificate of coverage (issued to you) are different
from the policy (issued to the policyholder), the policy will govern. Your coverage may
be cancelled or chainged in whole or in part under the terms and proivitions of the policy.
The policy is delivered in and is governed by the laws of the governing jurisdiction and
to the the extent applicable by the Employee Retirement Income Security Act of 1974
(ERISA) and any amendments. When making a benefit determination under the policy,
UNUM has discretionary authority to determine your eligibility for benefits and to interpret
the terms and proivitions of the policy.

For purposes of effective dates and ending dates under the group policy, all days begin
at 12:01 am, and end at 12:00 midnight at the Policyholders address.

ELIMINATION PERIOD:

    180 days

Benefits begin the day after the elimination period is completed.


MONTHLY BENEFIT:

    60% of monthly earnings to a maximum benefit of $10,000 per month.

    Your payment may be reduced by deductible sources of income and disability earnings. Some disabilities may not be covered or may have limited coverage under this plan.


MAXIMUM PERIOD OF PAYMENT:

| Age at Disability | Maximum Period of Payment |
|---|---|
| Less than age 60 | To age 65 but not less than 5 years. |
| Age 60 | 60 months |
| Age 61 | 48 months |
| Age 62 | 42 months |
| Age 63 | 36 months |
| Age 64 | 30 months |
| Age 65 | 24 months |
| Age 66 | 21 months |
| Age 67 | 18 months |
| Age 68 | 15 months |
| Age 69 and over | 12 months |

# GENERAL PROIVISIONS

What is the certificate of coverage

This certificate of coverage is a written statement prepared by UNUM and may include attachments, it tells you.

· the coverage for which you may be intitled.
· to whom UNUM will make a payment and
· the limitations, exclusions and requiements that apply within a plan.

When are you eligable for coverage ?

If you are working for your Employer in an eligable group, the date you are eligable for coverage is the later of

· the plan effective date, or
· the day after you complete your waiting period.

When does your coverage begin ?

When your Employer pays 100% of the cost of your coverage under a plan, you will be covered at 12:01 am on the date you are eligable for coverage.

1   Douse unum policy replace or affect any workers compensation or state

2   disavility Insurance

3   the policy doss not replace or effect the requirements for coverage by any workers

4   compensation or state disavility insurance.

LONG TERM DISABILITY

BENEFIT INFORMATION

HOW DOES UNUM DEFINE DISABILITY ?

You are disabled when UNUM determines that

· you are limited from performing the material and substantial duties of your

  regular occupation due to your sickness or injury, and

· you have a 20% or more loss in your Indexed monthly earnings due to the same

        sickness or injury.

After 24 months of payments, you are disabled when UNUM determines that due to

the same sickness or injury, you are unable to perform the duties of any gainful

occupation for which you are reasonably fitted by education, training or experiance

The loss of a professional or occupational lic, or certification does not, in itself,

        constitute disability.

We may require you to be examined by a doctor, other medical practitioner and or

vocational expert of our choice. UNUM will pay for this examination. We can

require an examination as often as it is reasonable to do so. We may also require

you to be interviewed by an authorized UNUM Represemtative.

WHO CAN CANCEL, THE POLICY OR A PLAN UNDER THE POLICY ?

The policy or a plan under the policy can be cancelled:

- by UNUM or
- by the policyholder.

UNUM may cancel or offer to modify the policy or a plan if:
- there is less than 75% participation of those eligible employees who pay all or part
  of their premium for a plan, or
- there is less than 100% participation of those eligable employees for a policyholder
  paid plan
- the policyholder does not promply provide UNUM with information that is rea
  sonably required.
- the policyholder fails to perform any of its obligations that relates to the policy.
- fewer than 10 employees are insured under a plan.
- the Policyholder fails to pay any premium within the 31 day grace period.

If UNUM cancels the policy or a plan for reasons other than the Policyholders fail
ure to pay premium, a written notice will be delivered to the Policyholder at least 31
days prior to the cancellation date.

If the premium is not paid during the grace period, the policy or plan will terminate
automaticlly at the end of the grace period. The Policyholder is liable for premium
for coverage during the grace period. The Policyholder must  pay UNUM all premium
due for the full period each plan is inforce.

The Policyholder may cancel the policy or plan by written notice delivered to

1  UNUM at least 31 days prior to the cancellation date. When both the Policyholder

2  and agree, the policy or plan can be cancelled on an earlier date. If UNUM

3  or the Policyholder cancels the policy or a plan, coverage will end at 12:00 midnight

4  on the last day of coverage.

5

6  If the policy or a plan is cancelled, the cancellation will not affect a payable claim.

7

8

9  WHAT ARE YOUR RIGHTS UNDER ERISA ?

10  As a participant in this plan, you are entitled to certain rights and protections under

11  the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides

12  that all plan participants shall be entitled to:

13

14  · examine without charge, at the Plan Administrator office and at other specified

15  locations, all plan documents including insurance contracts, and copies of all

16  documents filed by the plan with the U.S. Department of Labor, such as detailed

17  annual reports and plan descriptions

18  · obtain copies of all plan documents and other plan information upon weitten

19  request to the Plan Administrator. The Plan Administrator may make a resson

20  able charge for the copies and

21  · receive a summary of the plans annual financial report. The Plan Administrator is

22  requiered by law to furnish each participant with a copy of this summary annual report.

23

24  In addition to creating rights for plan participants, ERISA imposes duties upon the

25  people who are responsible for the operation of the employee benefit plan.

26

27  The people who operate your plan called fiduciaries of the plan, have a duty to do

28  so prudently and in the interest of you and other plan participants and beneficiaries.

1  U.S. Department of Labor, listed in your telephone directory or the Division

2  of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration

3  U.S. Department of Labor, 200 Constitution Avenue, N.W. Washington, DC. 20210.

4

5  WHAT IF YOUR CLAIM IS DENIED ?

6

7  In the event that your claim is denied, either in full or in part, UNUM will notify you in

8  writing within 90 days after your claim form was filed. Under special circumstances

9  UNUM is allowed an additional period of not more than 90 days (180 days in total)

10

11                                    ERISA-3  (8-1-2000)                         Page 26

12

13

14  within which to notify you of its decision. If such an extension is required, you will

15  receive a written notice from UNUM indicating the reson for the delay and the date

16  you may expect a final decision. UNUMs notice of denial shall include.

17

18  · the specific reason or reasons for denial with refrence to those policy proivitions

19    on which the denial is besed.

20  · a description of any additional material or information necessary to complete the

21    claim and of why that material or information is necessary and

22  · the steps to be taken if you or your beneficiary wish to have the decision

23    reviewed.

24

25  Please note that if UNUM does not respond to your claim within the time limitsset

26  forth above, you should automatially assume that your claim has been denied and

27  you should begin the appeal process at that time.

28                                    ERISA-4  (8-1-2000)                         Page 27

No one, including your Employer or any other person, may fire you or other discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

If your claim for a benefit is denied, in whole or in part, you must receive a written explanation of the reson for the denial. You have the right to have your claim reconsidered.

Under ERISA, ther are steps you can take to enforce the above rights, For instance, If you request materials from the plan and do not receive them within 30 days, you may file suit in a federal court. In such case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent becouse of reasons beyound the control of the Administrator.

If you have a claim for benefits which is denied or ignored, In whole or in part, you may file suit in a state or federal court. If it should happen that plan fiduciaries mis use the plans money, or if you are discriminated against for asserting your rights you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are succesful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

If you have any questions about your plan, you should contact the Plan Administrator.

If you have any questions about this statement or about your rights under ERISA you should contact the nearest office of the Pension and Welfare Benefits Administration

# GLOSSARY

ACTIVE EMPLOYMENT means you are working for your Employer for earnings that are paid regularly and that you are performing the material and substatial duties of your regular occupation. You must be working at least the minimum number of hours as described under Eligable Groups in each plan.

INJURY means a bodily injury that is the direct result of an accident and not related to any other cause. Disability must begin while you are covered under the plan.

INSURED means any person covered under a plan.

LIMITED means what you cannot or are unable to do.

MATERIAL AND SUBSTANTIAL DUTIES means duties that:
· are normally required for the performance of your regular occupation and
· cannot be resoably omitted or modified, exept that if you are required to work on average in exess of 40 hours per week, UNUM will consider you able to perform that requirement if you are working or have the capacity to work 40 hours per week.

MAXIMUM CAPACITY means, based on your restrictions and limitations.

PAYABLE CLAIM means a claim for which UNUM is liable under the terms of the policy.

REGULAR OCCUPATION means the occupation you are routinely performing when your disability begins. UNUM will look at your occupation as it is normally performed in

07CV2323

1  the national economy, instead of how the work tasks are performed for a specific

2  employer or at a specific location.

3

4  WE, US and OUR means UNUM Life Insurance Company of America.

5

6  YOU means an employee who is eligable for UNUM coverage.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Amos Cendali jr

1112 Portola Av

Spring Valley CA 91977

| | CO | FILE | DEPT | CK | VCHR NO | O70 |
|---|---|---|---|---|---|---|
| | 1 PL | 100493 | 101860 | | 0000470065 | 1 |

Ernings Statement

Period Ending          11-15-2003

Pay Date                  11-21-2003

TREX ENTERPRISES CORP

10455 PACIFIC CENTER COURT

SAN DIEGO CA 92121

(858) 646-5300

Taxable Maritial Statue Single

Exeptions  Allowances

Federal    3, Tax Blocked

State      3

Social Security Number 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.4200 | 68.00 | 980.56 | 23,784.72 |
| Vacation | 14.4200 | 10.00 | 144.20 | 2,163.88 |
| Overtime | | | | 2,349.08 |
| Bonus | | | | 1,000.00 |
| Double Time | | | | 403.76 |
| Holiday | | | | 854.72 |
| Retro | | | | 294.30 |
| Gross Pay | | | $1,124.76 | 30,850.46 |

07CV2323

Other Benefits and

| Information | this period | total to date |
|---|---|---|
| Gtl | 0.36 | 8.04 |
| 401 K Wages Mtd | 1,124.76 | |
| 401 K Wages Ytd | 1,124.76 | 30,850.46 |
| Vacation | | ·14.58 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | ·69.75 | 1,913.23 |
| | Medicare Tax | ·16.32 | 447.45 |
| | CA State Income Tax | ·21.65 | 820.42 |
| | CA SUI SDI Tax | ·10.12 | 277.65 |

Other

| Check | ·1,006.91 | |
|---|---|---|
| Advance | | 135.23 |
| Garnishment | | 474.82 |
| Net Pay | $0,00 | |

Your federal taxable wages this period are

$1,124.76

TREX ENTERPRISES CORP

Injury Prevention Program

Safety Manual


ACCIDENT REPORT

DOI:11-20-2003


Trex Enterprises Corp, 10455 Pacific Center Court 92121, (858) 646-5300

Employee, Amos Cendali Jr, 8-1-2000 to 11-21-2003

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

1  Amos Cendali Jr

2  Title

3

4  Facility administrator and cordinator, general maintenance, safety tech II

5

6  On Thursday 11·20·2003 Iwas covering Gilberto Carrillo for a few days in shipping and receiving

7  I was told by my boos  Nick Amicone, Director of Human Resources that it was

8  urgent to get the furniture packet and on its way to Maui, I contracted and had approval

9  for San Diego crating to build some crates for the cubicle walls and office furniture and

10  liabrary book shelfs and to help me take the furniture down from the 2nd floor and

11  tacking it to the south side of the building wear the (CVC) department is located, this is

12  the are wear we had empty craits tha San Diego crating had build for the office

13  furniture that was going to Maui

14  at around 3:30 pm I moved some items sow we cut have the the finish crates in one side

15  and the empty crates in another side becouse the finisht crates had to be weight on a scale

16  ffor proper shipping documentation and the next day finish out the rest of the crates

17  I picked up a gray (3x2) industrial fuse box and got stuck onthe corner of the table next to the reactor

18  and fell on my left foot toe, I sat down for a few minutes the pain was indescribable, then I went to se

19  if the the guys where ready to pack up for the day when they sow me limping seat what happand

20  one of them told me they sow me leaning over but thinking I was resting, they moved all the crates i

21  side the building, Iwent to get some Ice for the inflation and pain then cloused the 2 roll up door

22  and went to see Veronica Luna, she is HR administrator asst and Injuries claim administrator

23  the person to report in case of Injury, she was in shipping and receiving dep, Itoled her I had injured

24  my toe, she responded by saying I dont want to here about it, Brett Perkings was next to me an

25  just rays his eye brause, sow I went to the East side of the Building wear some old crates needed to

26  trash I cut them up, But I dint finish, then Iwas in to much pain, I was sweating from the task and t

27  pain, Igraved my tools and went to see my boos, left the tools in facility room, then when

28  to his office nalkt on the door and toled him I had an accident and injured my toe and that

1   I need it to see a doctor and told him that I wood need the pair of steel toe boots (he has rejected

2   for the past month) in order for me to do my job becouse my toe was in pain

3   The first thing that came out of his Mouth was, Ho gave you permition to hire this Morrons to healp

4   you take the furniture down stairs, Mr Amicone was toled by me in the beginning when I sheared the

5   project plan, he seat do it. he knew about the additional charge, Included seeing two of the workers

6   early that day San Diego crating office dep, sent a fax to Mr Amicone toled me he was not

7   going to pay for that service and that it will come out from my facility dep

8   But he had no probleam paying $5,200.00 Dlls for (10 crates) plus shipping when this

9   funding was approved by all three managers.

10  I mention the Dr assistance, he seat he needed to go and on our way out of the office

11  I ask him will you approve (sign) the petty cash receipt $80.00 to perches steel boots

12  I drive a saturn stick shift pressing down the clutch feels like a hot needle inside my toe

13  on my way out off the building I felt sad, becouse the person I work for turn his back on

14  me when Iwas injured, I wood never do that to anybody

15  one of my responsabilities and goues whit my nature is for the safety for my self and the people around

16  the next day friday 11-21-2003 my toe was in bad shape swollen black & purple walking was painful

17  driving the car was tremendoussly irritating, I went to see the companys Dr, the receptiomist toled me

18  told me is this job related, I set yes then I had to have paper work from the company stating this claim

19  sow I call Verinica Luna to get here approval for the examination, Veronica responded she needed

20  to fill out the paper work and have my report first, but if Icud walk back to the company that wood

21  be good, I toled here I am here and I am in pain, she set hold on then about 4 min she set o.k.

22  I talk to the Dr. tuck X ray picures and told me I had one & half Broken bones on my toe, with good

23  rest they shot heal in about 8 to 14 weeks if no complications occur

24  I went to trex picked up the selected winning bidder for the comming project, I then went to

25  shipping and receiving then went to see Veronica filled out the report, went to see Nick Amicone

26  and toled me today is your last day with the company.

27  I have work for Mr Amicone for the past 6 months half this time I have requested safety steel toe boots

28  for my co worker Gilberto Carrillo and my self, first they are to expencive $80.00 Dlls, then had Veronic

looking for more lower prize boots, she never fallowed thru, went back over and over answer was no.

I talk to Allen Walsky, the vice president administrative asst, and sheered my concern the best

answer I cut get, was Mr Amicone is your boos, when I tried the vice president for a fue minutes of

here time all I got was mauve, to purchasing talk to Vicky Jackson and Donny Wilder, I expressed the

lack of support from Mr Amicone.

Mr Amicone tuck away my opportunity for growth and income, based on succesful training

accomplishments, Facility Management, Business Writing, Electrical Safety, Laser Safety, that was

scheduled on 6-2003 thru 12- 2003. constantly not to use co workers for help.


Date 1-14-2004

Days later ask for the the boots and I address the HAZ over the (CVC) Silicone carbide dept

Amicone wood chainge the subject, other days wood just say no 11-20-2003

Statement of efforts to resolve Grievance, I talk to the company president and expressed about

the Amicone looking in to the prize for the boots.

I talk to the company vice president expressed about Mr Amicone working against me not with me

when I tried to set an appt , the answer was maybe.

I know the facility compliance and in house program and I did my part to get Amicone related

related to are facility

I told Mr Amicone to set an appt with the vice president him self & me, Amicone set O.K.

it never happand.

Just about all the building personel know about this Issue

In the beginning under Amicone wing supervision I talk to the vice president about Amicone refusing

training progression, the answer was his your boos.

1    Dated 11-21-2003  X Ray No. (25496) Dated 11-21-2003

2    US Health Works Medical Group

3    WORK STATUS REPORT

4    Name.Last, Cendali    First, Amos    Date of Exam, 11-21-2003  Case No.  103015938

5    SS, XXX-XX-XXXX  Date of Birth 11-27-1969  Date of Injury 11-20-2003  Claim No.    Blank

6    Employer, Trex Enterprises Corp.                    Tel.858-646-5300

7    Claim Administrator, Kemper Insurance.              Tel 800-800-7885

8

9    DIAGNOSES (Include ICD-9 code If possible

10   928.3  CRUSH INJURY TOES,        (NOTE) DOI:11-20-2003, AC.

11   826.0  FRACTURE TOE,             (NOTE) DOI:2-6-2003, AC.

12

13   X Return to work as of 11-21-2003 with the restrictions indicated below. Estimated

14   duration of modified duty is 7 days.

15

16   ( ) No  (X) Limited standing or walking to____hrs-day

17   (X) No ( ) Limited kneeling or squatting to____hrs-day

18   (X) No climbing

19   (X) Sit down job.

20   (X) Must wear

21      (X) Other, POST OP SHOE

22   (X) Must keep, LT FOOT elevated

23   IF NO MODIFIED WORK IS AVAILABLE AT PLACE OF WORK, EMPLOYEE SHOULD BE OFF WORK.

24   TREATING PROVIDER

25   Name, ROMANO, JOHN.      Lic, GO74689      Date of Exam, 11-21-2003

26   Issued at: USHW of California-Sorrento Mesa, 5897 OBERLIN DRIVE, SUITE 100, SD CA 92121

27   Tel: 858- 455-0200

28   Arrival Time 11:30 AM      Release Time 2:10 PM      Next Visit Date 11-25-2003 Time 3:00 PM

07CV2323

US Health Works Medical Group                    Patient Information

Employer, Trex Enterprises Corp                  Date, 11-21-2003

Patient, Amos Cendali

Is this your first visit, please fill the blanks

Address, 10455 Pacific Center Court

Home Phone No. (858) 254-6367          City, SD.          State, Cal          Zip, 92121

Birth Date, 11-27-69                   Work Phone, (858) 646-5300

Date of Injury, 11-20-2003             Sex, M.          Marital Statues, S.

Last Day Worked, 11-20-2003            Time, 3:30

Address Where the Injury Occured, 10455 Pacific Center Court, 92121      Occupation, Facility Worker.

Is your probleam coused by something that happand at work ?  (yes)

Injury was Reported to, Veronica Luna, Nick Amicone.

US Health Works MG. ever treated you before ?  (yes)          Date, 11-20-2003      Time, 4:10 PM

Is your first visit, descrive how your present injury- illnes occured          When ? march

Is a follow up visit, indicate any improvement or chainges in your condition,

Was moving an Electrical Commurtial Panel Box 4x2 as I was Pushing got cot on something and

dropt right on my left toe, the same that got fractured in march, I have bean denied steel toes

from my boss meany times,

According to Proof.

          / / /

          / / /

          / / /

          / / /

          / / /

          / / /

          / / /

          / / /

II. The Sport Institute Medical Group, Inc.

Orthopaedic, William J. Previte.

(NOTE) Primary Treating Physicians

Permanent & Stationary Evaluation

May 4 2004

DOI:11-20-2003,  2-6-2003

DOE: 5-4-2004

Claim No. WVA610147122A001

Diagnoses:

1. Contution with fracture, left great toe, now healed with residual metatarsal pain.

2. Aggravation, left great toe fracture, 11-20-2003


Disability Status

The patient may be considered permanent and stationary for rating purposes.

he has been temporarily totally disabled through the course of my evaluation and treatment.


Work Restrictions

He is precluded from prolonged weighbearing, impact such as jumping, running, squatting or other

work activities that would require hyper-dorsiflexion of the metatarsal phalangeal joint & increased

pressure on the great toe, metatarsal phalangeal joint region. He is prophylaciclly precluded

from heavy lifting.


Apportionment

The original injury occured on 2-6-2003 with an aggravation occuring on

11-20-2003  I do believe apportionable disability exist. The patients disability

as it pertains to the left great toe resulting from the 2-6-2003 Injury, would have

precluded him from prolonged weightbearing. The Increase in disability as described above

should be apportioned to the aggravation of 11-20-2003

1  Vocational Rehabilitation

2  He has been terminated from his employment and has not been capable of attempting to

3  return to work.

4  A formal job analysis is not available for my review at this time. The physical

5  capabililities provided me suggest that this individual is required to stand walk for up to 5-6

6  hours per day & lift & carry objects weighing up to 25 lbs. It would not appear that there exist

7  awkward body positions such as squatting. This is as provided me by the nurse case manager

8  If indeed this is accurate, he would be a Qualified Injured Worker with regard to the amount of

9  standing & walking required through the day.  Vocational rehabilitation would therefore

10  be appropriate.

11

12  St Paul Travelers

13  St Paul Mercury Insurance Company

14  September 16 2004

15  Re: Notice of Potential Eligibility for   Vocational  Rehabilitation

16  Claim No. WVA610147122A001

17  Injury Date 11-20-2003

18  We are X advising

19  X  Dr  Previte reports that you cannot return to your regular job duties, A copy of the report X

20  incloused.

21  X  Douse not have a job available within your work restrictions.

22

23  May 23 2006, St Paul Mecury Insurance Company, Accepted Injury for DOI:11-20-2003

24  Claim No. WVA610147122A001

25  St Paul Ins PD Initial base check stube WC claim DOI: 11-20-2003

26  According to Proof.

27

28

III. AME Byron F. King, MD.Agreed Medical Examiners Supplemental Report (ML104-94-97)

Date October 4 2005,   Claim WVA610147122A001   DOI:11-20-2003. Ref 37242

(NOTE) the working diagnoses were.

1. Comminuted fracture minimally displaced, proximal phalanx left great toe

2-6-2003 healed.

2. Fracture distal phalanx left great toe with associated symptoms of

sesamoiditis secondary to the Injury of 11-20-2003 persisting & symptomatic.


Vocational Rehabilitation

Mr cendali in my opinion will not require vocational retraining if his employer would

accommodate his work restrictions. However, it is my understanding he has been Terminated

Mr Cendali should be able to work as a facility maintenance worker with the accommodation

of being able to sit a while, stand a while, & walk a while depending on the level

symptoms he experience in the injured left distal foot.

07CV2323

1    A short and plain statement of the claim showing that the pleader is intitled to relief, and a demand

2    for the relief the sought, whitch may include relief in the alternative  different type of relief.

3

4    - SDI & St Paul Insurance, Injury Compensation for DOI: 11-20-2003 Total $24,072.00

5    - Transaction document shude specificly include the following

6    - Title of Unum Life Ins of America & LTD Policy No.552549-011 & DOI: 11-20-2003

7    - Vocational Benefit Included in the LTD Policy, DOI:11-20-2003

8    - Penalty the mavimum the policy pays, 60% of monthly earnings, liquidation.

9    - in an orderly  $250,000.00

10   - Your payment may be reduced by deductible sources of income and disability earnings.

11

12

13

14   Nexy Pages

15              / / /

16              / / /

17              / / /

18              / / /

19              / / /

20              / / /

21              / / /

22              / / /

23              / / /

24              / / /

25              / / /

26              / / /

27              / / /

28              / / /

TITLE 29  CHAPTER 18  SUBCHAPTER I  SUBTITLE B  PART  5

PART 5-administration and enforcement.


TITLE 29 CHAPTER 18  SUBCHAPTER  SUBTITLE B  PART 5  1132

(a)  Person empowered to bring a civil action


(1)  the district court of the United States shall have exclusive jurisdiction of civil actions

under this chapter broad by a participant or fiduciary.

(2)  where an action under this subchapter is broght in a district court of the

United States it may ne broad in the district where the plan is administered where the breach

took place, where defendant  resides or may be found & process may be served.


TITLE 29 CHAPTER 18 SUBCHAPTER I  SUBTITLE B  PART 5  1140

1140. Interference with protected rights.


The proivitions of section 1132 of this Title shall be appliable in the enforcement of this section.

# PROOF OF SERVICE

### DATE, 5-02-2008  PLACE, State of California

SERVED

US. District Court, Southern District of California, Office of the Clerk

880 Front Street, Suite 4290, San Diego, CA 92101, (619) 557-5600
SERVED ON (PRINT NAME)


By Hand Delivery.
MANNER OF SERVICE


Amos Cendali jr                              Plaintiff
SERVED BY (PRINT NAME)                       TITLE


### DECLERATION OF SERVER

I declare that additional information is included & under penalty of perjury under

the laws of the United States of America that the forgoing information contained

in the Proof of Service is true and correct

Amos Cendali Jr, recerve the right to make future chainges as appropiate


Executed on        5-02-2008                 *Amos Cendali jr*
                   DATE                       SIGNATURE OF SERVER


                   1112 Portola Av, Spring Valley CA 91977, (619) 469-6045
                   US MAILING ADDRESS OF SERVER.

VI. TRIALS  Rule 38

Rule 38.  Right to a Jury  Trial, Demand

(a) Right Preserved.

The right of trial by jury as declared by the Seventh Amendment to the Constitution· & as provided by federal statue· is preserved to the parties inviolate.

   I Certify, that chainges have been made & aditional Information is included & I declare under penalty of perjury under the law of the state of california that the forgoing is thru & correct

Amos Cendali Jr, recerve the right to make future chainges as appropiate

Executed on   5·02·2008     at San Diego, California.

*Amos Cendali Jr*

          Amos Cendali Jr