# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Amos Cendali, Jr

V.            **JUDGMENT IN A CIVIL CASE**

Trex Enterprise Corp

           CASE NUMBER:    07cv2323 LAB(NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that leave to file a Second Amended Complaint is hereby denied. As provided in the April 8 Order, this action is hereby dismissed without leave to amend.

| May 13, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ P. Dela Cruz |
| | (By) Deputy Clerk |
| | ENTERED ON May 13, 2008 |