1  Amos Cendali Jr

2  US Address

3  1112 Portola Av

4  Spring valley CA 91977

5  (619) 469-6045

6  Attorney, Informa Paupers.

NUNC PRO TUNC
MAY 3 0 2008

FILED
08 JUN -3 PM 1:26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _Ec_____ DEPUTY

# United States District Court
# Southern District of California

10  AMOS CENDALI JR

11        PLAINTIFF

12

13     vs

14  TREX ENTERPRISES CORP

15     DEFENDANT

CASE NO. 07CV2323 LAB (NLS)

COMPLAINT, FILED 07 DEC 12 PM 12:23

TRIAL BY JURY DEMAND

HONORABLE, JUDGE LARRY A BURNS

COURTROOM 9, 2ND FLOOR.

NOTICE, MOTION

OBJECTION TO COURT

ORDER RULLING

DATED, MAY 7 2008

&

THE CIVIL JUDGEMENT

ENTERED ON MAY 13 2008

BY THE CLERK & DEPUTY CLERK

DATE, 5-30-2008

07CV2323

1  Honorable Judge Larry Alan Burns, Court Room 9, 2nd floor

2  Notice, United States District Court, Southern District of California, 880 Front St, Suit 4290

3  SD Cal 92101 (519) 557-5600  Fax (619) 702-9900

4

5  This notice motion, consurnes the rulling order dated, 5-7-2008 & the judgment by the clerk

6  entered on 5-13-2008

7  Case name, Amos Cendali Jr vs Trex Enterprises Corp

8  Case No. 07CV2323-LAB (NLS)

9  Notice, motion proposed, secound amended complaint, filed on 5-02-2008

10  fiduciarie breach of duty

11  short & long term disavility insurance

12  violation u.s.c. 29, 1140

13  demand $250,000.00

14  request hearing date.

15  &

16  Notice, motion for leave to file a secound amended complaint, filed on 5-02-2008

17

18  the following short statemen explains the reasson for this Notice Motion.

19  On page 6 in the notice, motion proposed, secound amended complaint, filed on 5-02-2008

20  Mr Amos Cendali Jr respecfully requested to the United States District Court, Southern District

21  Civil Room 9, 2nd floor,, Honorable Judge Larry Alan Burns

22

23  Please review, Notice, motion proposed, secound amended complaint, filed on 5-02-2008

24

25  Mr Amos Cendali Jr respecfully request the United States District Court, Southern District

26  of California 660 Front St, SD CA 92101

27  Honorable Judge Larry Alan Burns, to compel & order Trex Enterprises Corp to answer

28  to this complaint.

1  On page 7

2  **CLAIM PROCEDURE**

3  (1) provide adequate notice in writing to any participant or beneficiary whose claim for benefits u

4  the plan has been denied, setting forth the specific reasons for such denial, written in a mann

5  calculated to be understood by the participant with refrence to those policy proivitions.

6

7  **(A) Long-Term and Short-Term Disability Insurance coverages cease at midnight**

8  **on November 21 2003. A convertision option is not available**

9

10 (2) afford a reasonable opportunity to any participant whose claim for benefits has been denied 1

11 a full and fair review by the appropriate named fiduciary of the decision denying the claim.

12 with refrence to those policy proivitions

13

14                           Civil Rule 4.1 Service

15 United States District Court  Southern District of California, 660 Front St, SD Cal 92101

16 after the thired amended complaint notice, is accepted, Mr Amos Cendali Jr respecfully request to t

17 plaintiff is authorized to proceed in forma paupers under 28 U.S.C. 1915

18

19 Court Civil Rule, C. Instructions to the Marshal.

20 Service of Process. be made by

21 U S Marshal, Form USM 285 & appropriate instructions will be mailed to the plaintiff.

22

23 Mr Amos Cendali Jr respecfully request the United States District Court, Southern District

24 U S Marshal, office administration, to schedule a Hearing date.

25

26 Thank you for your attencion.

27 Amos Cendali Jr

28 ///

1  On August 24, 2004

2  Unum Life Insurance of America, answered to my letter

3  RF: Applicant: Amos Cendali

4      Social Security: 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

5      Group Plan: 552549-011 & 552549-012

6

7  A review of our claims records does not indicate receipt of a claim form from you for benefits under

8  any of your former employer group coverage plans, If you are interested in submitted a claim for

9  benefits ubder your former employer group LTD or Life (AD&D) plans, please contact your

10  former employer for the correct forms & instructions to do so.

11  Elizabeth M. Erickson, FLMI, ACS, Portability Coverage Unit, Unum Life Insurance of America.

12

13  (NOTE) it turnes out my mistake on the continuation group life coverage under the Portability plan

14

15

16  Date, 5-30-2008 with court approval Mr Amos Cendali Jr request a stipulation or continuation

17  just in case its needed to return to the United States District Court, Southern District.

18  Mr Cendali Jr, will contact Unum Life Insurance of America & request the forms needed to file

19  a claim for Long Term Disavility & see if the vocational program that will work for me.

20

21

22  Thank you for Attention                                    Date, 5-30-2008

23  Amos Cendali Jr

24

25  *[signature]*

26

27

28

## PROOF OF SERVICE

DATE, 5-30-2008  PLACE, State of California

SERVED

US. District Court, Southern District of California, Office of the Clerk

880 Front Street, Suite 4290, San Diego, CA 92101, (619) 557-5600
SERVED ON (PRINT NAME)


By Hand Delivery.
MANNER OF SERVICE


Amos Cendali jr                              Plaintiff
SERVED BY (PRINT NAME)                       TITLE


## DECLERATION OF SERVER

I declare that additional information is included & under penalty of perjury under

the laws of the United States of America that the forgoing information contained

in the Proof of Service is true and correct

Amos Cendali Jr, recerve the right to make future chainges as appropiate


Executed on    5-30-2008                          [signature]
               DATE                         SIGNATURE OF SERVER


1112 Portola Av, Spring Valley CA 91977, (619) 469-6045
US MAILING ADDRESS OF SERVER.

07CV2323